# EXHIBIT 1

Home › National Media

## National Media

We'd love to share our products and company history with you. Please contact **via email**!



July 2014
This Old House
American Classics



June 2014
Lighting News
Porcelain LED Feature



Summer 2014
Vintage KC Magazine
Historic Home Style



July/August 2013
HGTV Magazine
Front Door of The Month



June 2014
WUCF's ONE
Best Stories from Central Florida



May 2014
HGTV Magazine
Copy Our Cover | Cute Porches



Online Issue 6 2014
Countlan Magazine
Design Material: Enamel



2014 Edition
Man Caves Magazine
Vintage Lighting



December 2013
Southern Living
Before and After







Holiday 2013
Rue Magazine Online
Shopping

December/January 2014
American Woodworker
Radial Wave Lamp

November 2013
Florida Today
Gourmet kitchens decked out...







November 2013
Old House Journal
Design Favorite Things

October 2013
Country Living
Fresh Picks: Timeless Enamelware

October 2013
Space Coast Daily
Light Manufacturing Center Expands...







September 2013
CNN Living
CNN's American Journey Feature

September 2013
CNBC
US ranks as third-best place to live...

September 2013
Tim Russell Racing
New Symerna Speedway







September 2013
Architectural Lighting
Annual Light & Arch. Design Awards

September 2013
HGTV Magazine
Front Door of the Month

August 2013
Wall Street Journal Online
CREE Redefines LED Module







August 2013
Today's Parent
Sarah Gunn Magazine Feature

Spring 2013
Well Styled Bedrooms & Baths
Style File: Clean & Pristine

Spring 2013
Well Styled Home Kitchens
Shopping List: Classic Tales



May 2013
HGTV Magazine - Kitchen Chronicles
New Kitchen, Fresh Start



April 2013
Canada's Style At Home
Decorating Kids Bedrooms



Spring 2013
Better Homes & Gardens Presents
Kitchen+Bath Makeovers | Bath



March 2013
The Marilyn Denis Show
At Home | Spring Trends in the Home



March 2013
Better Homes and Gardens
Color Story



February 2013
Martha Stewart Living
American Made Awards



Spring 2013
Well Styled Home: Bedrooms & Baths
Minimalist Copper Cage Pendant



January 2013
Space Coast Business Magazine
Economic Development Feature



October 2012
Orlando Sentinel - "Barn Light
growing too fast to keep up"



September 2012
Tim Russell Sponsorship
Read about our racing partnership!



September 2012
Your Good House
Radial Wave Pendant, Fargo Pendant



May 2012
House Crashers | Vet's Hall Revamp
Barn Light Electric Pendants



May 2012
House Crashers | Vet's Hall Revamp
Barn Light Electric Pendants



April 2012
Kitchen Crashers | Chicago
Barn Light Electric Pendants



Spring 2012
Victorian Homes Feature
The Halstead



Spring 2012
Renovation Style
Swingarm Adjustable Sconce



March 2012
American Baby Feature
Bell Jar Pendant



February/March 2012
Cottages & Bungalos Feature
Goodrich™ Husky Porcelain Gooseneck



January 2012
House Crashers | Butcher Shop
Ivanhoe™ Sky Chief



December 2011
Victorian Homes
Edison Light Bulbs



December 2011
Cottages & Bungalows
Edison Light Bulbs



December 2011
Old House Interiors
Angle Shade Sign Light



November 2011
DIY Network | Blog Cabin
Brewster Pendant



October 2011
Southern Living
Vented Warehouse Pendant



Fall 2011
Women's Day | Remodeling
Marathon Yard Light



September 2011
DIY Network | I Hate My Kitchen
Ivanhoe™ Sinclair & Flute Pendants



September 2011
Space Coast Business
Featured Business Article



September 2011
Southern Living | Texas Idea House
Ivanhoe™ Sinclair



August 2011
Log Home Living
Chestnut Pendant



Fall 2011
Arts & Crafts Homes
The Outback Gooseneck



July 2011
Man Caves | Bert Kreischer
Chestnut Pendant



June 2011
Martha Stewart Living
Discount Sconce & Pendant



May 2011
Better Homes & Gardens
Deep Bowl Gooseneck Light



May 2011
Extreme Makeover | Hall Family
Porcelain Goosenecks & Pendants



May 2011
Cottages & Bungalows
Landscape Lighting



April 2011
Space Coast Living
The Turbine & The Cabin Lodge



April 2011
Old House Interiors
Vintage Industrial Workstation



April 2011
Coastal Living
Atomic Cast Guard CGU Sconce



Spring 2011
Bedrooms & Baths
Acworth Wall Sconce



Spring 2011
Kitchens
Edison Cloth Cord Pendant



Spring 2011
Arts & Crafts Homes
Urban Raw Copper Pendant



December 2010
Garage Mahal | Hot Rod
Warehouse Pendants & Sconce



December 2010
Cottages & Bungalows
Homestead Pendant



November 2010
Southern Living
Deep Bowl Pendant



September 2010
NBC's School Pride
Schoolhouse Pendants



September 2010
Cottages & Bungalows
Ivanhoe™ Sinclair



August 2010
RealSimple.com
Ivanhoe™ Dino



Summer 2010
Cambria Style
Benjamin Industrial Pendant



June 2010
Garage Mahal | Airplane Hangar
Atomic CGU Wall Sconces



June 2010
Garage Mahal | Daytime Soap Stars
Danielle Wall Sconce



June 2010
Discovery Channel | Brooklyn Farmacy
Schoolhouse Pendants & Sign Lights



June 2010
Real Simple Magazine
Ivanhoe™ Sinclair



June 2010
This Old House
Gooseneck Barn Lights



June 2010
Cowboys & Indians
Boxwood Barn Chandelier



May 2010
Extreme Makeover | Williams Family
Sign Lights & Factory Cart



May 2010
The Week
The Outback Pendant



May 2010
Garage Mahal | Bill Goldberg
Ivanhoe™ Sinclairs & Flush Mounts



May 2010
Garage Mahal | Jay Leno
Custom Pendants & Flush Mounts



April 2010
Discovery | Construction Intervention
Al Di La Restaurant



April 2010
Coastal Living
Atomic Cast Guard CGU Sconce



Spring 2010
Old House Interiors | Early Homes
Rosewood Chandelier



March 2010
Country Living
The Outback Pendant



January 2010
Extreme Makeover | Creasey Family
All Weather Gooseneck Light



November/December 2009
Hobby Farms
The Outback Gooseneck Light



November 2009
Country Living
The Artesia Gooseneck & The Aztec



October 2009
Extreme Makeover | Hill Family
Warehouse Pendants & Sign Lights



March/April 2009
Old House Interiors
Radial Wave & Wall Sconces



May 2008
Traditional Home
The Radial Wave & Post Mount Lights

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use