# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,748,277**
Registered Feb. 16, 2010

**Int. Cl.: 35**

**SERVICE MARK
PRINCIPAL REGISTER**

BARN LIGHT ELECTRIC COMPANY, L.L.C. (FLORIDA LIMITED LIABILITY COMPANY)
SUITE B-208
3235 GARDEN ST.
TITUSVILLE, FL 32796

FOR: THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS, NAMELY LIGHTS, LIGHT FIXTURES AND CEILING FANS, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-14-2008; IN COMMERCE 8-14-2008.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BARN LIGHT ELECTRIC COMPANY", APART FROM THE MARK AS SHOWN.

THE COLOR(S) BLACK, RED, AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF AN OBLONG-SHAPE FIGURE WITH DECORATIVE POINTS AT THE MIDDLE OF THE TOP AND BOTTOM OF THE FIGURE, CONTAINING THE WORDS "BARN LIGHT" IN WHITE ABOVE THE WORD "ELECTRIC" IN WHITE, WHICH IS ABOVE THE ABBREVIATION "CO". IN WHITE. BENEATH THE LETTERING IS A WHITE INTERTWINED DESIGN, AND ABOVE THE LETTERING IS A LIGHT IN BLACK AND WHITE WITHIN A CIRCLE, WITH WHITE RAYS EMANATING FROM THE CIRCLE. THE ENTIRE FIGURE IS OUTLINED IN RED AND WHITE, AND THE BACKGROUND IS RED WITH A WOOD GRAINING EFFECT IN BLACK.

SER. NO. 77-578,601, FILED 9-25-2008.

MICHAEL WEBSTER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office

## BARN LIGHT ELECTRIC COMPANY

**Reg. No. 3,723,964** BARN LIGHT ELECTRIC COMPANY (FLORIDA LIMITED LIABILITY COMPANY)
Registered Dec. 8, 2009 3235 GARDEN ST.
SUITE B-208
TITUSVILLE, FL 32796

**Int. Cl.: 35**

FOR: THE BRINGING TOGETHER, FOR THE BENEFIT OF OTHERS, OF A VARIETY OF GOODS, NAMELY, LIGHTS, LIGHTING FIXTURES AND CEILING FANS, ENABLING CUSTOMERS TO CONVENIENTLY VIEW AND PURCHASE THOSE GOODS FROM AN INTERNET WEB SITE PARTICULARLY SPECIALIZING IN THE MARKETING OF THE SALE OF GOODS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

**SERVICE MARK
SUPPLEMENTAL REGISTER**

FIRST USE 2-12-2008; IN COMMERCE 2-14-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BARN LIGHT" AND "COMPANY", APART FROM THE MARK AS SHOWN.

SER. NO. 77-578,532, FILED P.R. 9-25-2008; AM. S.R. 10-7-2009.

MICHAEL WEBSTER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT 4

```
Domain Name: barnlightoriginals.com
Registry Domain ID:
Registrar WHOIS Server: whois.register.com
Registrar URL: http://www.register.com
Updated Date: 2012-09-11T00:00:00-0400
Creation Date: 2012-09-11T16:17:16-0400
Registrar Registration Expiration Date: 2022-09-11T00:00:00-0400
Registrar: Register.com
Registrar IANA ID: 9
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.4042602594
Reseller:
Domain Status: clientTransferProhibited

Registry Registrant ID:
Registrant Name: Jeffrey Ohai
Registrant Organization: Barnlight Originals
Registrant Street: P.O. Box 3540
Registrant City: Silver Springs
Registrant State/Province: NV
Registrant Postal Code: 89429
Registrant Country: US
Registrant Phone: +1.7752765125
Registrant Phone Ext.:
Registrant Fax:
Registrant Fax Ext.:
Registrant Email: admin@barnlightoriginals.com
Registry Admin ID:
Admin Name: Jeffrey Ohai
Admin Organization: Barnlight Originals
Admin Street: P.O. Box 3540
Admin City: Silver Springs
Admin State/Province: NV
Admin Postal Code: 89429
Admin Country: US
Admin Phone: +1.7752765125
Admin Phone Ext.:
Admin Fax:
Admin Fax Ext.:
Admin Email: admin@barnlightoriginals.com
```

# EXHIBIT 5

Add Selected to Cart

barnlightoriginals.com

Is this your domain name? Renew it now.

```
Domain Name: barnlightoriginals.com
Registry Domain ID: 1744301584_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.register.com
Registrar URL: http://www.register.com
Updated Date: 2012-09-11T00:00:00-0400
Creation Date: 2012-09-11T16:17:16-0400
Registrar Registration Expiration Date: 2022-09-11T00:00:00-0400
Registrar: Register.com
Registrar IANA ID: 9
Registrar Abuse Contact Email: abuse@web.com
Registrar Abuse Contact Phone: +1.8773812449
Reseller:
Domain Status: clientTransferProhibited
Registry Registrant ID:
Registrant Name: James Rasnick
Registrant Organization: Barnlight Originals
Registrant Street: P.O.Box 3540
Registrant City: Silver Springs
Registrant State/Province: NV
Registrant Postal Code: 89429
Registrant Country: US
Registrant Phone: +1.8553501888
Registrant Phone Ext.:
Registrant Fax:
Registrant Fax Ext.:
Registrant Email: barnlightoriginals@gmail.com
Registry Admin ID:
Admin Name: James Rasnick
Admin Organization: Barnlight Originals
Admin Street: P.O.Box 3540
Admin City: Silver Springs
Admin State/Province: NV
Admin Postal Code: 89429
Admin Country: US
Admin Phone: +1.8553501888
Admin Phone Ext.:
Admin Fax:
Admin Fax Ext.:
Admin Email: barnlightoriginals@gmail.com
Registry Tech ID:
Tech Name: Domain Registrar
Tech Organization: Registercom
Tech Street: 12808 Gran Bay Pkwy
Tech City: West Jacksonville
Tech State/Province: FL
Tech Postal Code: 32258
Tech Country: US
Tech Phone: +1.9027492701
Tech Phone Ext.:
Tech Fax: +1.9027492701
Tech Fax Ext.:
Tech Email: domainregistrar@register.com
Name Server: dns249.d.register.com
Name Server: dns153.c.register.com
Name Server: dns119.b.register.com
Name Server: dns075.a.register.com
DNSSEC: Unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.i
>>> Last update of WHOIS database: 2012-09-11T00:00:00-0400 <<<
```

The data in Register.com's WHOIS database is provided to you by
Register.com for information purposes only, that is, to assist you in
obtaining information about or related to a domain name registration
record.  Register.com makes this information available "as is," and
does not guarantee its accuracy.  By submitting a WHOIS query, you
agree that you will use this data only for lawful purposes and that,
under no circumstances will you use this data to: (1) allow, enable,
or otherwise support the transmission of mass unsolicited, commercial
advertising or solicitations via direct mail, electronic mail, or by
telephone; or (2) enable high volume, automated, electronic processes
that apply to Register.com (or its systems).  The compilation,
repackaging, dissemination or other use of this data is expressly
prohibited without the prior written consent of Register.com.
Register.com reserves the right to modify these terms at any time.

By submitting this query, you agree to abide by these terms.

The previous information has been obtained either directly from the registrant or a registrar of the domain name other than Network Solutions. Network Solutions, therefore, does not guarantee its accuracy or completeness.

Show underlying registry data for this record



Make an instant, anonymous offer to the current domain registrant. Learn More

Make Offer

Search Again

Search again here...

Search by either

- ⦿ Domain Name e.g. networksolutions.com
- ○ IP Address e.g. 205.178.187.13

Search

# EXHIBIT 6





## Finish Chart / Features

| | | |
|---|---|---|
| Powdercoat Finishes: | Durable finish colors to fit any style from traditional to retro to modern | Click to View |
| Gooseneck Arms: | Dozens of styles, projections, designs and angles to choose from | Click to View |
| Wire Cage : | Add vintage flavor to any shade with a wire cage | Click to View |
| Guard & Glass : | Protect your bulb and add vintage style and color | Click to View |
| Dusk-to-Dawn Photocell: | Turns your fixture on at dusk and off at dawn! | Click to View |

## Product Details

The Original™ barn light is one of our best selling gooseneck lights! This classic style warehouse shade can fit on any one of our traditional gooseneck arms and can be customized in multiple finishes. Whether used in a traditional barn setting, placed on your front porch, or utilized as storefront lighting, this quality, American made RLM warehouse shade can withstand years of use. Be sure to check out the coordinating Warehouse Pendant too! Read More >

# EXHIBIT 7

# CHECK OUT BARNLIGHT ORIGINALS™ GALVANIZED VINTAGE STYLED WAREHOUSE SHADE



(http://barnlightoriginals.com/goosenecks/barn-sign-goosenecks/the-authentic-warehouse-shade-gooseneck)

One of our most popular barn lighting fixtures at Barnlight Originals™ is The Authentic Warehouse Shade. The picture you see to the left is showing a Galvanized finish that is perfect for quality warehouse shade pendants, goosenecks, and wall sconce lighting. Just like all of our products, The Authentic is Made in America and this custom barnlight will last you a lifetime.

Check out our drop down menu and see how easy it is to customize a light: http://barnlightoriginals.com/goosenecks/barn-sign-goosenecks/the-authentic-warehouse-shade-gooseneck (http://barnlightoriginals.com/goosenecks/barn-sign-goosenecks/the-authentic-warehouse-shade-gooseneck)

These goosenecks, and many other light fixtures we carry come in Copper Finishes. Check the drop downs, when configuring it will let you know. Just make sure to go from top to bottom in the drop down when making choices because that way you get the best possible outcome. And remember if you need anything, have any questions, just give us a call 855.350.1888

Don't settle for the rest, Come and shop with the best http://barnlightoriginals.com