# EXHIBIT A


# GRAY | ROBINSON
## ATTORNEYS AT LAW

SUITE 2700
401 E. JACKSON STREET (33602)
P.O. BOX 3324
TAMPA, FLORIDA 33601-1324
TEL 813-273-5000
FAX 813-273-5145

BOCA RATON
FORT LAUDERDALE
JACKSONVILLE
KEY WEST
LAKELAND
MELBOURNE
MIAMI
NAPLES
ORLANDO
TALLAHASSEE
TAMPA

813-273-5073
STEPHEN.ANDERSON@GRAY-ROBINSON.COM

March 24, 2015

**VIA EMAIL AND U.S. MAIL**

Alejandro J. Fernandez, Esq.
Feldman Gale, P.A.
400 N. Tampa St., Suite 2830
Tampa, FL 33602

> Re:  Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et al.
> Civil Action No. 8:14-cv-01955-MSS-AEP
> Client-Matter No. 5500060-1

Dear Alex:

    As you know, the plaintiffs in the referenced matter have sought a declaratory judgment of non-infringement and invalidity regarding U.S. Patent No. 8,556,477. Jeffrey Ohai, the sole inventor of the invention disclosed in the '477 patent, has determined that he will not be asserting any infringement of the '477 patent based on the product depicted in Exhibit A attached hereto, which is the same product to which the cease and desist letter dated August 21, 2014 was directed. I wanted to bring this matter to your attention as soon as possible. Please let me know if you are agreeable to dismissing the declaratory judgment claims based upon this development. Please call me with any questions.

    Sincerely,

Stephen G. Anderson, Ph.D.

SA

# EXHIBIT A

