# EXHIBIT B



400 NORTH TAMPA STREET
SUITE 2830
TAMPA, FL 33602
TEL. 813-374-8890
FAX. 800-695-6306

REPLY TO:  TAMPA OFFICE

E-MAIL:  AFERNANDEZ@FELDMANGALE.COM

TOLL FREE: 800.489.9814
www.FeldmanGale.com

March 25, 2015

*via email*

Stephen Anderson, Esq.
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Stephen.Ansderson@gray-robinson.com

      RE:    Barn Light Electric Company, LLC v. Barnlight Originals, Inc., et al
            Case No. 8:14-cv-01955

Dear Steve:

The Court held Michael Colitz's letter of October 9, 2014 was insufficiently broad to extinguish the controversy raised by Hi-Lite's patent infringement threats. (Dkt. 49). The Court further held "[i]n the event Defendant*s* present Plaintiff with an *unconditional* covenant not to sue at some point, they may reassert the mootness of Plaintiff's declaratory judgment filing…." *Id*.

Your letter of March 24, 2015 is in large part *verbatim* the letter sent by Mr. Colitz on October 9, 2014. The difference is that your letter now references a new photograph, which Jeffrey Ohai now claims is the subject of the original cease and desist letter. In reality, however, the Hi-Lite cease and desist did not identify any specific product, let alone reference a photograph. Instead, it broadly threatened Barn Light Electric based on its "product*s*." For reasons already briefed and decided by the Court, to moot the present patent controversy, Defendants must provide an *unconditional* covenant commensurate with the Defendants' threats to Barn Light Electric.

If the Defendants are serious about extinguishing the case and controversy, we re-invite them to execute the following covenant, at which point we will be pleased to dismiss the declaratory judgment counts.

> Hi-Lite Mfg. Co. and Jeffrey Ohai unconditionally agree not to sue Barn Light Electric Co. for any past, present or future infringement as to any claim of U.S. Pat. No. 8,556,477 based upon the products manufactured and sold by Barn Light Electric Co. on or before the date of this agreement.

MIAMI • TAMPA • LOS ANGELES • WASHINGTON, DC

Stephen Anderson
March 25, 2015
Page 2


If there is something objectionable in the proposed language, please let us know what it is and we will work with you in good faith to reach a mutually acceptable covenant.

On the other hand, Hi-Lite and Mr. Ohai's insistence on recycling their qualified and ambiguous language—which the Court rejected—indicates Defendants are deliberately holding open their past threats to sue Barn Light Electric at any moment.  So long as Defendants hold open their threats, Barn Light Electric will pursue its declaratory judgment claims.

                                            Sincerely yours,
                                            FELDMAN GALE,  P.A.

                                            Alejandro J. Fernandez