UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC,

        Plaintiff,

v.                                          Case No. 8:14-cv-1955-T-35AEP

BARNLIGHT ORIGINALS, INC., *et al.*,

        Defendants.
_____/

## ORDER

This cause came before the Court for a hearing upon Plaintiff's Motion to Compel Discovery Responses (Doc. 65), Defendants' response in opposition thereto (Doc. 70), and Plaintiff's reply (Doc. 79). For the reasons articulated during the hearing, it is hereby

ORDERED:

1. Plaintiff's Motion to Compel Discovery Responses (Doc. 65) is GRANTED IN PART AND DENIED IN PART as follows:

    a. Discovery related to the '477 Patent is STAYED for thirty (30) days pending resolution of Defendants' Second Motion to Dismiss (Doc. 64).

    b. In all other respects, the motion is denied.

2. A hearing regarding the scheduling of discovery is set for June 29, 2015, at 2:00 p.m. in Courtroom 10A of the Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. Any party who seeks to appear telephonically for the hearing shall notify the chambers of Magistrate Judge Anthony E. Porcelli at 813-301-5541 at least one business day

prior to the hearing. Once notice has been given, the party may appear telephonically at the hearing by calling toll-free number 1-888-684-8852 on the day of the hearing and entering access code 8895301 followed by security code 0629 upon request.

DONE AND ORDERED in Tampa, Florida, this 29th day of May, 2015.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record