IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida Limited Liability Company,

    Plaintiff,

v.                                                                                          Case No. 8:14-CV-1955-T-35AEP

BARNLIGHT ORIGINALS, INC.,
a Nevada Corporation;
HI-LITE MANUFACTURING COMPANY, INC.,
a California Corporation; and
JEFFREY L. OHAI, an individual California resident

    Defendants.
_____/

**AGREED MOTION FOR ENLARGEMENT OF TIME**

    Plaintiff, Barn Light Electric Company, LLC and Defendants, Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey L. Ohai, hereby move for an enlargement of time in which to file their initial expert reports and subsequent rebuttal reports. In support of this motion, the parties state as follows:

    1.    Under Federal Rule of Civil Procedure 6(b), this Court has the authority to grant an enlargement of time for good cause shown. Here, good cause exists because the parties agree that an extension of time is warranted to allow the parties and experts to complete a review of produced documents and conduct additional discovery relating to the numerous claims in suit.

    2.    Accordingly, the parties propose moving the initial expert report deadline from July 17, 2015 to August 14, 2015 and the rebuttal report deadline from August 14, 2015 to September 11, 2015.

3. This modification to the Case Management Report will not require modifying the trial date or any other dates therein.

Dated: June 16, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen G. Anderson | /s/ Alejandro J. Fernandez |
| Michael J. Colitz, III | Alejandro J. Fernandez |
| Florida Bar No. 164348 | Florida Bar No. 32221 |
| Stephen G. Anderson | Gregory L. Hillyer |
| Florida Bar No. 0105697 | Florida Bar No. 682489 |
| GRAYROBINSON, P.A. | David M. Stahl |
| 401 E. Jackson Street, Suite 2700 | Florida Bar No. 84713 |
| Tampa, FL 33602 | Matthew N. Horowitz |
| (813) 273-5000 | Florida Bar No. 98564 |
| (813) 273-5145 (fax) | FELDMAN GALE, P.A. |
| michael.colitz@gray-robinson.com | 400 N. Tampa Street, Suite 2830 |
| stephen.anderson@gray-robinson.com | Tampa, FL 33602 |
| | (813) 374-8890 |
| *Attorneys for Defendants* | (305) 358-3309 |
| | afernandez@feldmangale.com |
| | ghillyer@feldmangale.com |
| | dstahl@feldmangale.com |
| | mhorowitz@feldmangale.com |
| | |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF CONFERENCE**

Pursuant to M.D. Fla. L.R. 3.01(g), counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested in this motion and the parties agree to the requested relief.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

    */s/ Stephen G. Anderson*
    Stephen G. Anderson

# 5924132 v1