# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

## COUNTERCLAIM PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO COUNTERCLAIM DEFENDANTS AND THIRD-PARTY DEFENDANTS

Pursuant to Fed. R. Civ. P. 26 and 34, Counterclaim Plaintiffs, Barnlight Originals, Inc. and Hi-Lite Manufacturing Company, Inc., (hereinafter collectively referred to as "Counterclaim Plaintiffs"), hereby request that Counterclaim Defendant, Barn Light Electric Company, LLC (hereinafter referred to as "BLE") and Third-party Defendants Bryan and Donna Scott (collectively "Third-party Defendants") produce the documents and materials described in this request for inspection and copying no later than thirty (30) days from the date of service at the offices of Gray Robinson, P.A., 401 E. Jackson Street, Suite 2700, Tampa, FL 33602 or at another mutually agreeable location.

## DEFINITIONS

1. These Requests are deemed to be continuing so as to require additional answers and further information as it is obtained through the time of trial.

2. Please see L.R. 3.03 for additional instructions and definitions.

3. Each Request shall be construed to include any documents and/or things that are later discovered by you.

4. If any Request for Documents is deemed to call for the production of privileged or work product materials and such privilege or work product is asserted, provide the following information in the written response designating those documents which you decline to produce:

    a. the reason for withholding the document;

    b. a statement of the basis for the claim of privilege, work product or other ground of nondisclosure;

    c. a brief description of the document, including:

        i. the date of the document;

        ii. number of pages, attachments and appendices;

      iii.  the names of its author, authors or preparers and an identification by employment and title of each such person;

      iv.  the name of each person who was sent, shown, has had access to or custody of the document, together with an identification of each such person;

      v.  the present custodian; and

      vi.  the subject matter of the document, and in the case of any document relating or referring to a meeting or conversation, identification of such meeting or conversation.

5. Separate and complete responses are required for each Request.

6. If any document requested herein was at one time in existence, but has been lost, discarded, or destroyed, identify each such document and provide the following information in the written response designating each document that cannot be produced:

   a.  The date or approximate date it was lost, discarded, or destroyed;

   b.  The circumstances and manner in which it was lost, discarded, or destroyed;

   c.  The reason or reasons for disposal of the document (if discarded or destroyed);

   d.  The identity of all persons authorizing or having knowledge of the circumstances surrounding the disposal of the document;

   e.  The identity of the person(s) who lost, discarded, or destroyed the document; and

   f.  The identity of all persons having knowledge of the contents thereof.

7. If you claim there is any ambiguity in any term in any request, without waiver of Defendant's right to seek a full and complete answer to the request, you shall assume a reasonable meaning, state what that assumed meaning is, and answer the request according to the assumed meaning. You shall set forth the matter deemed ambiguous and the construction used in answering.

8. Each request shall be deemed to call for the production of the original document or documents, to the extent that they are in or subject to, directly or indirectly, your control. In addition, each request should be considered as including all copies and, to the extent applicable, preliminary drafts of documents which, as to content, differ in any respect from the original or final draft or from each other (e.g., by reason of handwritten notes or comments having been added to one copy of a document but not on the original or other copies thereof).

9. If any request is allegedly objectionable because of over breadth, you must respond to the extent the request is overbroad. In other words, an objection for over breadth does not relieve your duty to respond to an extent that it is not overbroad while the parties await judicial determination on the validity of the objection.

10. No part of any request shall be left unanswered merely because an objection is interposed to another part of the request.

11. "All documents" means every document which can be located, discovered, or obtained by reasonable diligent efforts, including without limitation all documents possessed by: (a) you or your counsel; or (b) any other person or entity from whom you can obtain such documents by request or which you have a legal right to bring within you possession by demand.

12. "Plaintiff," "you," "your," "yours," "Barn Light Electric Company," and "BLE" means Plaintiffs/Counterclaim-Defendants and Third-Party Defendants Bryan and Donna Scott,

and includes any and all of their predecessors and successors-in-interest in their business, and any and all parents, subsidiaries, divisions, affiliates and affiliated entities and persons as well as the respective present and former officers, directors, agents, employees, attorneys, accountants, consultants, representatives and all others associated with the foregoing.

    13. "Identify," "identification," and "identity" as used herein mean:

        a. with respect to a document,

            i. the type of document, whether a letter, memorandum, report, agreement, recording, notation, electronic data, etc.;

            ii. any caption, heading and/or date shown on the face of the document or in the electronic media;

            iii. the identity of each individual who organized, initialed, signed, authored, prepared or received (and if the same was done on behalf on any person, the identity of such person), or is in any way referred to in the document or electronic data;

            iv. the number of pages if written or the approximate size or length if recorded; and

            v. the general subject matter of the document and/or electronic data;

        b. with respect to a natural person, his

            i. full name;

            ii. occupation and employer, if any;

            iii. business and home address; and

            iv. business and home telephone number;

        c. with respect to an entity,

    i. its full name;

    ii. the jurisdiction under whose laws it was organized;

    iii. its principal office and address and telephone number; and

    iv. its principal officer or member known to you.

14. Counterclaim Defendants expressly request electronic data and electronically stored information be produced as searchable .pdf or .tiff documents or another format agreed upon by the parties.

15. Unless otherwise indicated, the relevant time period for the following interrogatories is January 1, 2008 to present, inclusive.

## **DOCUMENTS AND THINGS TO BE PRODUCED**

1. All documents evidencing any communication between you and Hi-Lite Manufacturing Company, Inc., Barnlight Originals, Inc. and/or Jeffrey Ohai.

2. All documents concerning Hi-Lite Manufacturing Company, Inc., Barnlight Originals, Inc. and/or Jeffrey Ohai.

3. All documents sufficient to show your use of the mark Barn Light Originals.

4. All documents sufficient to show the following information for all products identified in Exhibit A attached hereto:

  a) The number of units sold, and to whom the units were sold;

  b) The sales price of each unit;

  c) The gross income received from sales of these units;

  d) The net income received from sale of these units;

  e) The profits received from sales of these units; and

f) An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this request will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

5. All documents sufficient to show the following information for all products identified in Exhibit B attached hereto:

a) The number of units sold, and to whom the units were sold;

b) The sales price of each unit;

c) The gross income received from sales of these units;

d) The net income received from sale of these units;

e) The profits received from sales of these units; and

f) An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this request will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

6. All documents sufficient to show the following information for all products sold in which the purchaser's initial entry to www.barnlightelectric.com was via www.barnlightelectric.com/barn-light-originals.html:

a) The name and part number of each product;

b) The number of units sold, and to whom the units were sold;

c) The sales price of each unit;

d) The gross income received from sales of these units;

e) The net income received from sale of these units;

f) The profits received from sales of these units; and

g) An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this request will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above for any product in which the purchaser's initial entry to www.barnlightelectric.com was via www.barnlightelectric.com/barn-light-originals.html.

7. All documents sufficient to show the following information for all sales of the "Outback Cord Hung Pendant":

a) The number of units sold, and to whom the units were sold.

b) The sales price of each unit;

c) The gross income received from sales of these units;

d) The net income received from sale of these units;

e) The profits received from sales of these units; and

f) An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this request will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

8. All documents sufficient to show the following information for all sales of "The Outback Gooseneck Light":

    a)     The number of units sold, and to whom the units were sold.

    b)     The sales price of each unit;

    c)     The gross income received from sales of these units;

    d)     The net income received from sale of these units;

    e)     The profits received from sales of these units; and

    f)     An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

9. All documents sufficient to show the following information for all sales of the "Barn Light Benjamin Industrial Pendant":

    a)     The number of units sold, and to whom the units were sold.

    b)     The sales price of each unit;

    c)     The gross income received from sales of these units;

    d)     The net income received from sale of these units;

    e)     The profits received from sales of these units; and

f) An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

10. All documents sufficient to show each and every instance in which BLE has used a photograph of a Hi-Lite product on any of its websites or third-party websites since September 4, 2012. A complete response to this interrogatory will include BLE's use of photographs that were provided to it by Hi-Lite as well as any and all photographs depicting Hi-Lite products.

11. All documents reflecting communications to or from BLE regarding changes or modifications to the [www.barnlightelectric.com](www.barnlightelectric.com) website from October 1, 2014 to date.

Dated: October 30, 2014

Respectfully submitted,

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III
Florida Bar No. 164348
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 30, 2014 a true and correct copy of the foregoing was furnished via US Mail and electronic mail to: Alejandro Fernandez, Esquire and David Stahl, Esquire, at Feldman Gale, P.A., 400 N. Tampa Street, Suite 2830, Tampa, FL 33602, and at the following email addresses: afernandez@feldmangale.com and dstahl@feldmangale.com.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

\5500060\1 - # 5458545 v1

# EXHIBIT A

Home » Barn Light Originals™

# Barn Light Originals™


The Original™ LED Wall Sconce
CODE: BLE-W-WHS-PC-LED
$379.00


The Hitchen Post Warehouse Gooseneck Light
CODE: BLE-G-WHS-PC-G19
$317.00


The Original™ Stem and Flush Mount LED Pendant
CODE: BLE-S-WHS-PC-LED
$329.00


The Original™ Warehouse LED Pendant
CODE: BLE-C-WHS-PC-LED
$299.00


The Original™ Warehouse LED Gooseneck Light
CODE: BLE-G-WHS-PC-LED
$368.00


The Original™ Wall Sconce
CODE: BLE-W-WHS-PC
$197.00


The Original™ Stem Mount Pendant
CODE: BLE-S-WHS-PC
$142.00


The Original™ Warehouse Flush Mount Pendant
CODE: BLE-F-WHS-PC
$137.00


The Original™ Warehouse Pendant
CODE: BLE-C-WHS-PC
$109.00


The Original™ Warehouse Gooseneck Light
CODE: BLE-G-WHS-PC
$177.00


The Original™ Stem Mount LED Pendant 24" & 28"
CODE: BLE-S-WHS24-PC-LED
$610.00


The Original™ Warehouse LED Pendant 24" & 28"
CODE: BLE-C-WHS24-PC-LED
$580.00


The Original™ Warehouse LED Gooseneck Light 24" & 28"
CODE: BLE-G-WHS24-PC-LED


The Original™ Stem Mount Pendant 24" & 28"
CODE: BLE-S-WHS24-PC


The Original™ Warehouse Pendant 24" & 28"
CODE: BLE-C-WHS24-PC

$639.00    $410.00    $380.00

The Original™ Warehouse Gooseneck Light 24" & 28"
CODE: BLE-G-WHS24-PC
$439.00

The Original™ Industrial Guard Post Mount
CODE: BLE-PMS-TGG-WHS
$275.00

The Original™ Copper Stem Mount Pendant
CODE: BLE-S-WHS-COP
$245.00

The Original™ Copper Gooseneck Light
CODE: BLE-G-WHS-COP
$379.00

The Original™ Copper Pendant
CODE: BLE-C-WHS-COP
$199.00

The Original™ Vented Warehouse Stem Mount Pendant
CODE: BLE-S-VWHS-PC
$172.00

The Original™ Vented Warehouse Cord Hung Pendant
CODE: BLE-C-VWHS-PC
$140.00

The Original™ Vented Warehouse Gooseneck Light
CODE: BLE-G-VWHS-PC
$207.00

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use

# EXHIBIT B

Home » Gooseneck Lighting » Barn Lighting

# Barn Lighting



Gooseneck Lighting — Our locally-crafted gooseneck lights add classic, turn-of-the-century charm to your barn and exterior facades.

Photo Courtesy of Greg Daniel


The Original™ Warehouse Gooseneck Light
CODE: BLE-G-WHS-PC
$177.00


The Cherokee Uplight Gooseneck Light
CODE: BLE-G-ULC-PC
$304.00


The Brisbane Gooseneck Light
CODE: BLE-G-ULM-PC
$264.00


The Secondary Schoolhouse Gooseneck Light
CODE: BLE-G-SCH-PC
$224.00


The Universal Gooseneck Light
CODE: BLE-G-WHU-PC
$177.00


The Old Dixie Gooseneck Light
CODE: BLE-G-WHB-PC
$177.00


The Sydney Gooseneck Light
CODE: BLE-G-ULS-PC
$264.00


The Maritime Yard Light
CODE: BLE-G-YDM-PC/C-G27-990
$208.00


The Rodeo Warehouse Gooseneck Light
CODE: BLE-G-WHS20-PC/G24
$247.00


The Emblem Sign Light
CODE: BLE-G-ASE-PC
$224.00


The Starfire Radial Wave Reflector Gooseneck Light
CODE: BLE-G-RWS-PC
$217.00


The Wesco Gooseneck Light
CODE: BLE-G-DBW-PC
$166.00


The Hitchen Post Warehouse Gooseneck Light
CODE: BLE-G-WHS-PC-G19
$317.00


The Wallaby Gooseneck Light
CODE: BLE-G-ULA-PC
$274.00


Bantam Artesia 8" and 10" Gooseneck Light
CODE: BLE-G-WHBA-PC
$166.00


The Ashland Gooseneck Light
CODE: BLE-G-WHA-PC
$177.00


The Elliptical Sign Light
CODE: BLE-G-ASL-PC
$194.00


The Drake Gooseneck Light
CODE: BLE-G-WHD-PC
$188.00


The Laramie Gooseneck
CODE: BLE-G-LAR-PC
$260.00


The Sydney Industrial Gooseneck Light
CODE: BLE-G-ULSI-PC
$248.00


The District Gooseneck Light
CODE: BLE-G-SBD-PC
$199.00


The Maritime Shallow Bowl Gooseneck Light
CODE: BLE-G-YDM-PC
$177.00


The Original™ Warehouse Gooseneck Light 24" & 28"
CODE: BLE-G-WHS24-PC
$439.00


The Eclipse Gooseneck Light
CODE: BLE-G-WHE-PC
$166.00


The Wallaby Industrial Gooseneck Light
CODE: BLE-G-ULAI-PC
$258.00


The Astro Shallow Bowl Gooseneck Light
CODE: BLE-G-SBA-PC
$188.00


The Skylark Shallow Bowl Gooseneck Light
CODE: BLE-G-SBS-PC
$166.00


The Bonsai Gooseneck Light
CODE: BLE-G-HIB-PC
$228.00


Industrial Guard Gooseneck
CODE: BLE-G-CGGFS-PC
$219.00


The Circle B Flat Cone Reflector Gooseneck Light
CODE: BLE-G-FCC-PC
$166.00


The Chateau Gooseneck Light
CODE: BLE-G-BIS-PC
$189.00


Atomic Industrial Guard Gooseneck
CODE: BLE-G-CGGWH-PC
$254.00


Atomic Wire Guard Gooseneck
CODE: BLE-G-WGGWH
$254.00


Wire Guard Gooseneck
CODE: BLE-G-WGGFS-PC
$219.00


The Tuscany Gooseneck Light
CODE: BLE-G-CAF-PC
$189.00


The Fluted Shade Gooseneck Light
CODE: BLE-G-FLT-PC
$176.00






| The Brisbane Industrial Gooseneck Light | The Dual Arm Emblem Sign Light | The Dual Arm Angle Sign Light | The Dual Arm Warehouse Sign Light |
|---|---|---|---|
| CODE: BLE-G-ULMI-PC | CODE: BLE-G-ES2/G55-12-PC | CODE: BLE-G-AS2/G55-12-PC | CODE: BLE-G-WS2/G55-12-PC |
| $248.00 | $550.00 | $550.00 | $550.00 |

   

| The Outback Gooseneck Light | The Original™ Copper Gooseneck Light | The Astro Shallow Bowl Vented Gooseneck Light | The Original™ Vented Warehouse Gooseneck Light |
|---|---|---|---|
| CODE: BLE-G-ULO-PC | CODE: BLE-G-WHS-COP | CODE: BLE-G-VSBA-PC | CODE: BLE-G-VWHS-PC |
| $286.00 | $379.00 | $218.00 | $207.00 |

   

| The Drake Copper Gooseneck Light | The Wesco Vented Gooseneck Light | The Maritime Copper Gooseneck Light | The Astro Copper Gooseneck Light |
|---|---|---|---|
| CODE: BLE-G-WHD-COP | CODE: BLE-G-VDBW-PC | CODE: BLE-G-YDM-COP | CODE: BLE-G-SBA-COP |
| $379.00 | $216.00 | $379.00 | $379.00 |

 

| The Radial Wave Copper Gooseneck Light | The Academia Clear Schoolhouse Gooseneck Light |
|---|---|
| CODE: BLE-G-RWS-COP | CODE: BLE-G-SCHCL-PC |
| $379.00 | $224.00 |

← PREV  1  2  NEXT →

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use