# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

       Plaintiff,

v.

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

       Defendants.

_____/      CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation,

       Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

       Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

       Third-Party Defendants.

_____/

## **COUNTERCLAIM PLAINTIFFS' FIRST SET OF INTERROGATORIES TO COUNTERCLAIM DEFENDANTS AND THIRD-PARTY DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 33, Barnlight Originals, Inc. ("Barnlight Originals") and Hi-Lite Manufacturing Company, Inc. ("Hi-Lite") hereby requests that Barnlight Electric Company, LLC ("BLE"), Bryan Scott, and Donna Scott provide full and complete answers in writing under oath to the following interrogatories within thirty (30) days after service of this Request.

## DEFINITIONS AND INSTRUCTIONS

1.      These requests are deemed to be continuing so as to require additional answers and further information as it is obtained through the time of trial.

2.      Please see L.R. 3.03 for additional instructions and definitions.

3.      Each interrogatory shall be construed to include any information that is later discovered by you.

4.      With respect to any refusal to respond to any of these interrogatories based upon a claim of privilege, state for each objection to the interrogatory to which the purportedly privileged information is responsive, its general subject matter, all person(s) with information relating to the interrogatory, all person(s) with information relating to the subject matter that is purportedly privileged, and the nature or basis of the privilege claimed.

5.      Separate and complete responses are required for each interrogatory.

6.      If you claim there is any ambiguity in any term in any interrogatory, without waiver of Defendants' right to see a full and complete answer to the interrogatory, you shall assume a reasonable meaning, state what that assumed meaning is, and answer the interrogatory according to the assumed meaning.  You shall set forth the matter deemed ambiguous and the construction used in answering.

7.      If any interrogatory is allegedly objectionable because of over breadth, you must answer the interrogatory to the extent the interrogatory is not overbroad.  In other words, an

objection for over breadth does not relieve your duty to respond to an extent that it is not overbroad, while the parties await judicial determination on the validity of the objection.

8.      In answering these interrogatories, you are to furnish all information known to you, including information obtained by or in possession of your attorneys, and not merely information known to you of your own knowledge.

9.      If you are unable after due diligence to answer any of the interrogatories fully and completely or to secure information necessary to make such a full and complete answer, so state such fact, and answer each interrogatory to the fullest extent possible, specifying the information known to you and your inability to answer the remainder of the interrogatory, and stating whatever information or knowledge you may have concerning the unanswered portions of the interrogatory and the efforts made by you to obtain the requested information.

10.     No part of any interrogatory shall be left unanswered merely because an objection is interposed to another part of the interrogatory.

11.      "All documents" means every document which can be located, discovered or obtained by reasonable diligent efforts, including without limitation all documents possessed by: (a) you or your counsel; or (b) any other person or entity from whom you can obtain such documents by request or which you have a legal right to bring within your possession by demand.

12.      "Plaintiff," "you," "your," "yours," "Barn Light Electric Company," and "BLE" means Plaintiffs/Counterclaim-Defendants and Third-Party Defendants Bryan and Donna Scott, and includes any and all of their predecessors and successors-in-interest in their business, and any and all parents, subsidiaries, divisions, affiliates and affiliated entities and persons as well as

the respective present and former officers, directors, agents, employees, attorneys, accountants, consultants, representatives and all others associated with the foregoing.

13.     "Identify," "identification," and "identity" as used herein mean:

a.     with respect to a document,

   i.     the type of document, whether a letter, memorandum, report, agreement, recording, notation, electronic data, etc.;

   ii.     any caption, heading and/or date shown on the face of the document or in the electronic media;

   iii.     the identity of each individual who organized, initialed, signed, authored, prepared or received (and if the same was done on behalf on any person, the identity of such person), or is in any way referred to in the document or electronic data;

   iv.     the number of pages if written or the approximate size or length if recorded; and

   v.     the general subject matter of the document and/or electronic data;

b.     with respect to a natural person, his or her

   i.     full name;

   ii.     occupation and employer, if any;

   iii.     business and home address; and

   iv.     business and home telephone number;

c.     with respect to an entity,

   i.     its full name;

   ii.     the jurisdiction under whose laws it was organized;

   iii.     its principal office and address and telephone number; and

iv.        its principal officer or member known to you.

14.        "BLE Marks" as used herein means the marks BARN LIGHT ELECTRIC, BARN LIGHT ELECTRIC COMPANY, BARN LIGHT ELECTRIC CO., HOME OF "THE ORIGINAL BARN LIGHT," THE ORIGINAL, U.S. Trademark Registration No. 3,748,277, and U.S. Trademark Registration No. 3,723,964.

15.        Unless otherwise indicated, the relevant time period for the following interrogatories is January 1, 2008 to present, inclusive.

## INTERROGATORIES

**Interrogatory No. 1**:  Please specify whether any oral agreements have been in place between Plaintiff and Hi-Lite Manufacturing Company, Inc.  If so, please state the terms of any such agreement(s), identify the parties who formed the agreement(s), identify any parties with knowledge of any such agreement(s), and specify the dates any such agreement(s) were in effect.

**Answer to Interrogatory No. 1**:

**Interrogatory No. 2**:  Please identify each and every instance in which BLE has used a photograph of a Hi-Lite product on any of its websites or third-party websites since September 4, 2012.  A complete response to this interrogatory will include BLE's use of photographs that were provided to it by Hi-Lite as well as any and all photographs depicting Hi-Lite products.

**Answer to Interrogatory No. 2**:

**Interrogatory No. 3**:  Please provide the following information for all products identified in Exhibit A attached hereto:

 a)     The number of units sold, and to whom the units were sold;

 b)     The sales price of each unit;

 c)     The gross income received from sales of these units;

 d)     The net income received from sale of these units;

 e)     The profits received from sales of these units; and

 f)     An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

**Answer to Interrogatory No. 3:**

**Interrogatory No. 4**:   Please provide the following information for all products identified in Exhibit B attached hereto:

       a)      The number of units sold, and to whom the units were sold;

       b)      The sales price of each unit;

       c)      The gross income received from sales of these units;

       d)      The net income received from sale of these units;

       e)      The profits received from sales of these units; and

       f)      An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

**Answer to Interrogatory No. 4**:

**Interrogatory No. 5**:  Please provide the following information for all products sold in which the purchaser's initial entry to www.barnlightelectric.com was via www.barnlightelectric.com/barn-light-originals.html:

    a)        The name and part number of each product;

    b)        The number of units sold, and to whom the units were sold;

    c)        The sales price of each unit;

    d)        The gross income received from sales of these units;

    e)        The net income received from sale of these units;

    f)        The profits received from sales of these units; and

    g)        An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above for any product in which the purchaser's initial entry to www.barnlightelectric.com was via www.barnlightelectric.com/barn-light-originals.html.

**Answer to Interrogatory No. 5**:

**Interrogatory No. 6**:  Please provide the following information for all sales of the "Outback Cord Hung Pendant":

a)      The number of units sold, and to whom the units were sold.

b)      The sales price of each unit;

c)      The gross income received from sales of these units;

d)      The net income received from sale of these units;

e)      The profits received from sales of these units; and

f)      An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

**Answer to Interrogatory No. 6**:

**Interrogatory No. 7**: Please provide the following information for all sales of "The Outback Gooseneck Light":

      a)      The number of units sold, and to whom the units were sold.

      b)      The sales price of each unit;

      c)      The gross income received from sales of these units;

      d)      The net income received from sale of these units;

      e)      The profits received from sales of these units; and

      f)      An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

**Answer to Interrogatory No. 7**:

**Interrogatory No. 8**:  Please provide the following information for all sales of the "Barn Light Benjamin Industrial Pendant":

  a)  The number of units sold, and to whom the units were sold.

  b)  The sales price of each unit;

  c)  The gross income received from sales of these units;

  d)  The net income received from sale of these units;

  e)  The profits received from sales of these units; and

  f)  An itemized list of the fixed and variable costs associated with the manufacture, production, marketing, advertising, and selling of these units.

A complete response to this interrogatory will identify each customer or distributor who has purchased or received Plaintiff's products and include all of the information in (a) through (f) above.

**Answer to Interrogatory No. 8**:

**Interrogatory No. 9**:  Please specify whether you received any clearance opinions or any other opinions relating to whether the "BLE Marks" could be registered on the principal register.

**Answer to Interrogatory No. 9**:

**Interrogatory No. 10**:  Please describe the terms of any agreement or release between BLE and third-party publishers relating to the display of any images in third-party publications depicted in Exhibit C attached hereto.

**Answer to Interrogatory No. 10**:

Dated: <u>October 30, 2014</u>

Respectfully submitted,

<u>/s/ Michael J. Colitz, III</u>
Michael J. Colitz, III
Florida Bar No. 164348
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 30, 2014 a true and correct copy of the foregoing was furnished via US Mail and electronic mail to: Alejandro Fernandez, Esquire and David Stahl, Esquire, at Feldman Gale, P.A., 400 N. Tampa Street, Suite 2830, Tampa, FL 33602, and at the following email addresses: afernandez@feldmangale.com and dstahl@feldmangale.com.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

# EXHIBIT A

Home » Barn Light Originals™

# Barn Light Originals™



**The Original™ LED Wall Sconce**

CODE: BLE-W-WHS-PC-LED

$379.00



**The Hitchen Post Warehouse Gooseneck Light**

CODE: BLE-G-WHS-PC-G19

$317.00



**The Original™ Stem and Flush Mount LED Pendant**

CODE: BLE-S-WHS-PC-LED

$329.00



**The Original™ Warehouse LED Pendant**

CODE: BLE-C-WHS-PC-LED

$299.00



**The Original™ Warehouse LED Gooseneck Light**

CODE: BLE-G-WHS-PC-LED

$368.00



**The Original™ Wall Sconce**

CODE: BLE-W-WHS-PC

$197.00



**The Original™ Stem Mount Pendant**

CODE: BLE-S-WHS-PC

$142.00



**The Original™ Warehouse Flush Mount Pendant**

CODE: BLE-F-WHS-PC

$137.00



**The Original™ Warehouse Pendant**

CODE: BLE-C-WHS-PC

$109.00



**The Original™ Warehouse Gooseneck Light**

CODE: BLE-G-WHS-PC

$177.00



**The Original™ Stem Mount LED Pendant 24" & 28"**

CODE: BLE-S-WHS24-PC-LED

$610.00



**The Original™ Warehouse LED Pendant 24" & 28"**

CODE: BLE-C-WHS24-PC-LED

$580.00



**The Original™ Warehouse LED Gooseneck Light 24" & 28"**

CODE: BLE-G-WHS24-PC-LED



**The Original™ Stem Mount Pendant 24" & 28"**

CODE: BLE-S-WHS24-PC



**The Original™ Warehouse Pendant 24" & 28"**

CODE: BLE-C-WHS24-PC

$639.00                          $410.00                          $380.00




The Original™ Warehouse Gooseneck Light 24" & 28"

CODE: BLE-G-WHS24-PC

$439.00

The Original™ Industrial Guard Post Mount

CODE: BLE-PMS-TGG-WHS

$275.00

The Original™ Copper Stem Mount Pendant

CODE: BLE-S-WHS-COP

$245.00



The Original™ Copper Gooseneck Light

CODE: BLE-G-WHS-COP

$379.00

The Original™ Copper Pendant

CODE: BLE-C-WHS-COP

$199.00

The Original™ Vented Warehouse Stem Mount Pendant

CODE: BLE-S-VWHS-PC

$172.00

The Original™ Vented Warehouse Cord Hung Pendant

CODE: BLE-C-VWHS-PC

$140.00

The Original™ Vented Warehouse Gooseneck Light

CODE: BLE-G-VWHS-PC

$207.00

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use

# EXHIBIT B

Home › Gooseneck Lighting › Barn Lighting

# Barn Lighting



## Gooseneck Lighting
*Our locally-crafted gooseneck lights add classic, turn-of-the-century charm to your barn and exterior facades.*



The Original™ Warehouse Gooseneck Light
CODE: BLE-G-WHS-PC
$177.00



The Cherokee Uplight Gooseneck Light
CODE: BLE-G-ULC-PC
$304.00



The Brisbane Gooseneck Light
CODE: BLE-G-ULM-PC
$264.00



The Secondary Schoolhouse Gooseneck Light
CODE: BLE-G-SCH-PC
$224.00



The Universal Gooseneck Light
CODE: BLE-G-WHU-PC
$177.00



The Old Dixie Gooseneck Light
CODE: BLE-G-WHB-PC
$177.00



The Sydney Gooseneck Light
CODE: BLE-G-ULS-PC
$264.00



The Maritime Yard Light
CODE: BLE-G-YDM-PC/C-G27-990
$208.00



The Rodeo Warehouse Gooseneck Light
CODE: BLE-G-WHS20-PC/G24
$247.00



The Emblem Sign Light
CODE: BLE-G-ASE-PC
$224.00



The Starfire Radial Wave Reflector Gooseneck Light
CODE: BLE-G-RWS-PC
$217.00



The Wesco Gooseneck Light
CODE: BLE-G-DBW-PC
$166.00



The Hitchen Post Warehouse Gooseneck Light
CODE: BLE-G-WHS-PC-G19
$317.00



The Wallaby Gooseneck Light
CODE: BLE-G-ULA-PC
$274.00



Bantam Artesia 8" and 10" Gooseneck Light
CODE: BLE-G-WHBA-PC
$166.00



The Ashland Gooseneck Light
CODE: BLE-G-WHA-PC
$177.00



The Elliptical Sign Light

CODE: BLE-G-ASL-PC

$194.00



The Drake Gooseneck Light

CODE: BLE-G-WHD-PC

$188.00



The Laramie Gooseneck

CODE: BLE-G-LAR-PC

$260.00



The Sydney Industrial Gooseneck Light

CODE: BLE-G-ULSI-PC

$248.00



The District Gooseneck Light

CODE: BLE-G-SBD-PC

$199.00



The Maritime Shallow Bowl Gooseneck Light

CODE: BLE-G-YDM-PC

$177.00



The Original™ Warehouse Gooseneck Light 24" & 28"

CODE: BLE-G-WHS24-PC

$439.00



The Eclipse Gooseneck Light

CODE: BLE-G-WHE-PC

$166.00



The Wallaby Industrial Gooseneck Light

CODE: BLE-G-ULAI-PC

$258.00



The Astro Shallow Bowl Gooseneck Light

CODE: BLE-G-SBA-PC

$188.00



The Skylark Shallow Bowl Gooseneck Light

CODE: BLE-G-SBS-PC

$166.00



The Bonsai Gooseneck Light

CODE: BLE-G-HIB-PC

$228.00



Industrial Guard Gooseneck

CODE: BLE-G-CGGFS-PC

$219.00



The Circle B Flat Cone Reflector Gooseneck Light

CODE: BLE-G-FCC-PC

$166.00



The Chateau Gooseneck Light

CODE: BLE-G-BIS-PC

$189.00



Atomic Industrial Guard Gooseneck

CODE: BLE-G-CGGWH-PC

$254.00



Atomic Wire Guard Gooseneck

CODE: BLE-G-WGGWH

$254.00



Wire Guard Gooseneck

CODE: BLE-G-WGGFS-PC

$219.00



The Tuscany Gooseneck Light

CODE: BLE-G-CAF-PC

$189.00



The Fluted Shade Gooseneck Light

CODE: BLE-G-FLT-PC

$176.00









**The Brisbane Industrial Gooseneck Light**
CODE: BLE-G-ULMI-PC
$248.00

**The Dual Arm Emblem Sign Light**
CODE: BLE-G-ES2/G55-12-PC
$550.00

**The Dual Arm Angle Sign Light**
CODE: BLE-G-AS2/G55-12-PC
$550.00

**The Dual Arm Warehouse Sign Light**
CODE: BLE-G-WS2/G55-12-PC
$550.00






**The Outback Gooseneck Light**
CODE: BLE-G-ULO-PC
$286.00

**The Original™ Copper Gooseneck Light**
CODE: BLE-G-WHS-COP
$379.00

**The Astro Shallow Bowl Vented Gooseneck Light**
CODE: BLE-G-VSBA-PC
$218.00

**The Original™ Vented Warehouse Gooseneck Light**
CODE: BLE-G-VWHS-PC
$207.00






**The Drake Copper Gooseneck Light**
CODE: BLE-G-WHD-COP
$379.00

**The Wesco Vented Gooseneck Light**
CODE: BLE-G-VDBW-PC
$216.00

**The Maritime Copper Gooseneck Light**
CODE: BLE-G-YDM-COP
$379.00

**The Astro Copper Gooseneck Light**
CODE: BLE-G-SBA-COP
$379.00




**The Radial Wave Copper Gooseneck Light**
CODE: BLE-G-RWS-COP
$379.00

**The Academia Clear Schoolhouse Gooseneck Light**
CODE: BLE-G-SCHCL-PC
$224.00

← PREV    1    2    NEXT →

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use

# EXHIBIT C

Home » National Media » Old House Interiors December 2011

## Old House Interiors December 2011



Special thanks to Old House Interiors Magazine for featuring our angle shade light! Get the Look: Angle Shade Sign Light >

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use

Home  »  National Media  »  Arts and Crafts Homes Fall 2011

## Arts and Crafts Homes Fall 2011



Featured Products:

Outback Gooseneck Light >

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use

## Cowboys & Indians June 2010



Featured Products:

Boxwood Chandelier >

© 2004-2014 Barn Light Electric Co.® - A division of Barn Light USA™ | Terms of Use