# EXHIBIT D

# Katie L. Chambers

| | |
|---|---|
| **From:** | Evi Katsantonis <EKatsantonis@FeldmanGale.com> |
| **Sent:** | Wednesday, July 01, 2015 11:04 AM |
| **To:** | Stephen G. Anderson, Ph.D.; Michael J. Colitz, III; Katie L. Chambers |
| **Cc:** | Alejandro J. Fernandez; Matthew Horowitz; Joseph R. Sozzani; Gregory L. Hillyer |
| **Subject:** | BLE v. BLO - Production |

Counsel,

Please let this e-mail serve as confirmation that we have produced all documents responsive to Defendants' First Set of Requests for Production.

Regards,
Evi Katsantonis

Evi Katsantonis
Attorney at Law
Feldman Gale, P.A.
5335 Wisconsin Ave, NW Suite 410
Washington, D.C. 20015
Tel: 800.489.9814 | Fax: 800.429.1795
EKatsantonis@FeldmanGale.com
www.FeldmanGale.com



IRS Circular 230 Disclosure: To comply with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained herein (including any attachments), unless specifically stated otherwise, is not intended or written to be used, and cannot be used, for the purposes of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter herein.
_____
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient, or the employer agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately.
Thank you.

Please visit http://www.FeldmanGale.com/ for more information about our Firm.