# EXHIBIT "A"

# AMENDED CASE MANAGEMENT AND SCHEDULING ORDER

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mandatory Initial Disclosures** | 11/20/2014 |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | Completed |
| **Motions to Add Parties or to Amend Pleadings** | 2/13/2015 |
| **Disclosure of Expert Reports** | Party w/ burden: 9/18/2015<br>Rebuttal: 10/16/15 |
| **Discovery Deadline** | 10/26/2015 |
| **Dispositive, *Daubert* and *Markman* Motions** | 11/23/2015 |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement**<br>[10 days before Joint Final Pretrial Statement] | 2/2/2016 |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | 2/12/2016 |
| **All Other Motions Including Motions *In Limine*** | 2/19/2016 |
| **Final Pretrial Conference** | As set by the Court |
| **Trial Briefs** | 3/7/2016 |
| **Trial Term:**<br>**Trial Term Begins:**<br><br>Parties shall be prepared to try this case anytime during the trial term. A more specific date will follow, by separate notice. | APRIL 2016<br>APRIL 4, 2016 |
| **Estimated Length of Trial** | 8-10 days |
| **Jury / Non-Jury** | JURY TRIAL |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mediation Deadline:** | **DECEMBER 14, 2015** |
| **Mediator:**<br>**Address:**<br>**Telephone:** | Jill Sarnoff Riola<br>TBD<br>407.244.8246 |
| **Designated Lead Counsel for Plaintiff:**<br>**Pursuant to Local Rule 9.04(a)(3) Lead Counsel Telephone Number:** | Alejandro J. Fernandez<br>305.374.8890 |