UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

## HI-LITE MANUFACTURING COMPANY, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING THE DEPOSITION OF DOROTHY OHAI ON SEPTEMBER 24 AND MEMORANDUM OF LAW IN SUPPORT

Defendant Hi-Lite Manufacturing Company, Inc., by its undersigned counsel, respectfully moves this Court, upon an urgent basis pursuant to Rule 26(c), Fed. R. Civ. P., and Local Rule 3.04, for a protective order with respect to the noticed deposition of Dorothy Ohai on September 24, 2015, upon the basis that Mrs. Ohai is medically unable to participate in any deposition proceedings at this time. Ms. Ohai's condition has been confirmed by her longtime personal attorney. The notice of deposition is attached as Exhibit A. The statement made by Mrs. Ohai's personal attorney, Richard Soll, is attached as Exhibits B. This motion is made in good faith and not for purposes of delay. The Protective Order requested is that this discovery not be had at this time under subsection (1) of rule 26(c), Fed. R. Civ. P.

Rule 26(c)(1) allows for a protective order precluding any type of discovery "for good cause shown." The party requesting a protective order must make "a specific demonstration of facts in support of the request as opposed to conclusory or speculative statements about the need for a protective order and the harm which will be suffered without one." *Dunford v. Rolly Marine Service Co.*, 233 F.R.D. 635, 636 (S.D. Fla. 2005). While it is understood that the burden of showing good cause is a heavy one, *id.* at 637, one of the circumstances that calls for the preclusion of deposition altogether is the incapacity of a witness to attend and sit through a deposition. *In re McCorhill Publishing, Inc.*, 91 B.R. 223, 225 (Bankr. S.D.N.Y. 1988). Based on the facts enumerated below, the deposition should be quashed.

Mrs. Ohai is 77 years old and has suffered multiple strokes and has had heart by-pass surgery. She is medically incapable of sitting for a deposition. It is unknown whether Mrs. Ohai will be able to give testimony in this matter at any time. The undersigned counsel spoke with counsel for Barn Light Electric Company on September 18, 2015 regarding Ms. Ohai's condition. It was suggested that, at a minimum, Ms. Ohai's deposition be postponed until after

the deposition of other Hi-Lite employees; namely, the deposition of David McAdam on September 22 and the Fed. R. Civ. P. 30(b)(6) deposition of Hi-Lite on October 14. This would allow counsel to assess the needed Ms. Ohai's testimony and it would reduce the time of any deposition should she be compelled to testify. It would also give the Court time to rule on the present motion and Ms. Ohai's personal attorney time to document her medical condition and consider possible accomodiations. This suggestion of postponing Ms. Ohai's deposition was rejected by counsel for Barn Light Electric Company.

## CONCLUSION

It is respectfully submitted that this Motion for Protective Order should be granted in view of Ms. Ohai's medical condition and that Mrs. Ohai's deposition should be quashed. In the alterntaive, it is requested that Ms. Ohai's deposition be postponed until after the testimony of any other Hi-Lite employees.

Date: September 19, 2015                    Respectfully submitted,

*/s/Michael J. Colitz, III*
Michael J. Colitz, III
Florida Bar No. 164348
Stephen G. Anderson
Florida Bar No. 0105697
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (fax)
michael.colitz@gray-robinson.com
stephen.anderson@gray-robinson.com

*Attorneys for Counterclaim Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), counsel for Counterclaim Plaintiffs conferred with opposing counsel regarding the relief requested herein.  No resolution was achieved and it is therefore submitted to the Court for determination.

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

/s/Michael J. Colitz, III
Michael J. Colitz, III