**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO.: 8:14-CV-1955-T-35AEP

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

 Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a Nevada corporation,
JEFFREY L. OHAI, an individual California resident,

 Defendants.
_____/

## PLAINTIFF AND THIRD PARTY DEFENDANTS' NOTICE OF DEPOSITION OF DOROTHY OHAI

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant, Barn Light Electric Company, LLC ("Plaintiff" or "BLE"), by and through its attorneys of record, will take the deposition of Dorothy Ohai, commencing at 9:00 AM (PST) on September 24, 2015 at The Westin Bonaventure, 404 S. Figueroa Street, Los Angeles, California, 90071, Wilshire B meeting room, (3rd Fl).  The deposition will be taken upon oral examination before a duly authorized notary public or other officer authorized or commissioned to administer oaths at deposition, and will be recorded by video and stenographic means.  The deposition shall and will continue from time to time until completed or adjourned or as authorized by the Court or stipulated by the parties.

Dated: September 11, 2015   By:   */s/ Alejandro J. Fernandez*
                                    Alejandro J. Fernandez

Alejandro J. Fernandez, Esq.
Fla. Bar No. 32221
**FELDMAN GALE, P.A.**
400 N. Tampa Street, Suite 2830
Tampa, FL 33602
Telephone: (813) 374-8890
Facsimile:  (305) 358-3309
AFernandez@FeldmanGale.com

Gregory L. Hillyer, Esq.
Fla. Bar No. 682489
GHillyer@FeldmanGale.com
Joseph R. Sozzani, Esq.
*Admitted Pro Hac Vice*
JSozzani@FeldmanGale.com
Matthew N. Horowitz, Esq.
Fla. Bar No. 98564
MHorowitz@FeldmanGale.com
David M. Stahl, Esq.
Fla. Bar No. 84713
DStahl@FeldmanGale.com

*Attorneys for Plaintiff and Counterclaim-Defendant*
BARN LIGHT ELECTRIC COMPANY, LLC