# Michael J. Colitz, III

**From:** Richard A. Soll <R.Soll@verizon.net>
**Sent:** Thursday, September 17, 2015 5:34 PM
**To:** Michael J. Colitz, III
**Cc:** 'Richard A. Soll'
**Subject:** FW: Deposition

Michael,

    I am Mrs. Ohai's personal attorney and I have been her attorney for over 15 years. You are going to have to cancel Mrs. Ohai's deposition set for Sept. 24. She is 77 years old and has had multiple strokes and heart by-pass surgery. She is medically incapable of sitting for a deposition. I am obtaining a letter from her doctor attesting to this. Please let the other attorney know this.


Richard A. Soll
Mahoney & Soll LLP
150 West First Street, Suite 280
Claremont, CA 91711
(909) 399-9987 (phone)
(909) 399-0130 (fax)