# EXHIBIT B

# PROOF OF SERVICE

| | | |
|---|---|---|
| **U.S. District Court** | **County of Hillsborough** | **State of Florida** |

**Barn Light Electric Company, LLC**

     Plaintiff

vs.

**Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc. and Jeffrey L. Ohai**

     Defendant

Attorney:

Michael Colitz, III
Gray Robinson, P.A.
401 E. Jackson St., # 2700
Tampa, FL. 33602

**Case Number:** 8:14-cv-01955-MSS-AEP

**Court / Appearance Date:** 10-16-2015
**Court Time:** 05:00 pm

Legal documents received by Tampa Process Service on September 25th, 2015 at 9:00 AM to be served upon **BAI, Inc., c/o Shawn R. Best at 20115 Bay Cedar Ave., Tampa, FL. 33647**

I, Thomas E. Santarlas, Ph.D, swear and affirm that on **September 25th, 2015 at 10:30 AM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Subpoena Duces Tecum Without Deposition to Shawn R. Best as Registered Agent** of the within named corporation. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Supplemental Data Appropriate to this Service:**
The service was effectuated at 4951 E. Adamo Dr., # 238, Tampa, Florida

I declare that I am legally authorized to serve litigation papers, over 18 YOA and not a party to the action. No notary is required pursuant to FS 92.525(2).

*Thomas E. Santarlas*
_____
**Thomas E. Santarlas, Ph.D**
Process Server

**Tampa Process Service**
P.O. Box 3314
Riverview, FL 33568

**(813) 662-1450**

Internal Job ID: 2015000100

Reference Number:

The foregoing instrument was acknowledged before me on this _____ day of _____ _____, 2015, by _____, who is personally known to me or who has produced _____ as identification.

_____   _____
Notary Printed Name      Notary Signature

_____
Commission Expiration Date

Copyright © 2014 Process Server Central, LLC. US Pat. 8,396,765. All Rights Reserved.