# EXHIBIT B

*Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et. al.*

Exhibit 5.0

**Survey Results - Barn Light Electric Compared to Block A Net Confusion** [1]

*Treatment Group - Barnlight Originals webpage*

| Responses | Numeric Responses |
|---|---|
| Same Company | 134 |
| Is Sponsored or Approved | 17 |
| Total | 151 |
| | |
| Total Treatment Group Respondents | 249 |
| | |
| **Percentage of Respondents Exhibiting Confusion** | **60.6%** |

*Control Group - Modified Barnlight Originals webpage*

| Responses | Numeric Responses |
|---|---|
| Same Company | 48 |
| Is Sponsored or Approved | 25 |
| Total | 73 |
| | |
| Total Control Group Respondents | 251 |
| | |
| **Percentage of Respondents Exhibiting Confusion** | **29.1%** |
| | |
| **Net Confusion** | **31.5%** |

**Note:**

(1) Exhibit 5.1.

Confidential – Attorneys' Eyes Only

*Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et. al.*

Exhibit 5.1
**Survey Results – Barn Light Electric Compared to Block A**

Q1. Do you believe this web page shows lighting fixtures that are put out by the **same company** that puts out the lighting fixtures that you saw in the first web page **or** do you believe this web page shows lighting fixtures that are put out by a **different company** than the one that puts out the lighting fixtures that you saw in the first web page?

*Treatment Group – Barnlight Originals webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Same Company | 134 | 53.8% |
| Different Company | 86 | 34.5% |
| Don't Know | 29 | 11.6% |
| **Total** | **249** | **100.0%** |

*Control Group – Modified Barnlight Originals webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Same Company | 48 | 19.1% |
| Different Company | 157 | 62.5% |
| Don't Know | 46 | 18.3% |
| **Total** | **251** | **100.0%** |

Confidential – Attorneys' Eyes Only

*Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et. al.*

Exhibit 5.1
**Survey Results – Barn Light Electric Compared to Block A**

Q3. Do you believe that the company that puts out these lighting fixtures that are shown on this web page **is** sponsored or approved to do so by the same company that puts out the lighting fixtures you saw in the first web page **or** do you believe that the company that puts out these lighting fixtures that are shown on this web page **is not** sponsored or approved to do so by the same company that puts out the lighting fixtures you saw in the first web page?

*Treatment Group - Barnlight Originals webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Is Sponsored or Approved | 17 | 14.8% |
| Is Not Sponsored or Approved | 54 | 47.0% |
| Don't Know | 44 | 38.3% |
| **Total** | **115** | **100.0%** |

*Control Group - Modified Barnlight Originals webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Is Sponsored or Approved | 25 | 12.3% |
| Is Not Sponsored or Approved | 97 | 47.8% |
| Don't Know | 81 | 39.9% |
| **Total** | **203** | **100.0%** |

Confidential – Attorneys' Eyes Only

*Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et. al.*

Exhibit 5.2
**Survey Results - Barn Light Electric Compared to Block B**

Q5. Do you believe this web page shows lighting fixtures that are put out by the **same company** that puts out the lighting fixtures that you saw in the first web page **or** do you believe this web page shows lighting fixtures that are put out by a **different company** than the one that puts out the lighting fixtures that you saw in the first web page?

*Treatment Group - wayfair webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Same Company | 56 | 22.5% |
| Different Company | 164 | 65.9% |
| Don't Know | 29 | 11.6% |
| **Total** | **249** | **100.0%** |

*Control Group - wayfair webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Same Company | 62 | 24.7% |
| Different Company | 152 | 60.6% |
| Don't Know | 37 | 14.7% |
| **Total** | **251** | **100.0%** |

Confidential – Attorneys' Eyes Only

*Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et. al.*

Exhibit 5.2

**Survey Results – Barn Light Electric Compared to Block B**

Q7. Do you believe that the company that puts out these lighting fixtures that are shown on this web page **is** sponsored or approved to do so by the same company that puts out the lighting fixtures you saw in the first web page **or** do you believe that the company that puts out these lighting fixtures that are shown on this web page **is not** sponsored or approved to do so by the same company that puts out the lighting fixtures you saw in the first web page?

*Treatment Group - wayfair webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Is Sponsored or Approved | 31 | 16.1% |
| Is Not Sponsored or Approved | 98 | 50.8% |
| Don't Know | 64 | 33.2% |
| **Total** | **193** | **100.0%** |

*Control Group - wayfair webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Is Sponsored or Approved | 39 | 20.6% |
| Is Not Sponsored or Approved | 81 | 42.9% |
| Don't Know | 69 | 36.5% |
| **Total** | **189** | **100.0%** |

Confidential – Attorneys' Eyes Only

*Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et. al.*

Exhibit 5.3
**Survey Results - Barn Light Electric Compared to Block C**

Q9. Do you believe this web page shows lighting fixtures that are put out by the **same company** that puts out the lighting fixtures that you saw in the first web page **or** do you believe this web page shows lighting fixtures that are put out by a **different company** than the one that puts out the lighting fixtures that you saw in the first web page?

*Treatment Group - Capital Lighting Fixtures Company webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Same Company | 40 | 16.1% |
| Different Company | 177 | 71.1% |
| Don't Know | 32 | 12.9% |
| **Total** | **249** | **100.0%** |

*Control Group - Capital Lighting Fixtures Company webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Same Company | 51 | 20.3% |
| Different Company | 158 | 62.9% |
| Don't Know | 42 | 16.7% |
| **Total** | **251** | **100.0%** |

Confidential – Attorneys' Eyes Only

*Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et. al.*

Exhibit 5.3
**Survey Results – Barn Light Electric Compared to Block C**

Q11. Do you believe that the company that puts out these lighting fixtures that are shown on this web page **is** sponsored or approved to do so by the same company that puts out the lighting fixtures you saw in the first web page **or** do you believe that the company that puts out these lighting fixtures that are shown on this web page **is not** sponsored or approved to do so by the same company that puts out the lighting fixtures you saw in the first web page?

*Treatment Group - Capital Lighting Fixtures Company webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Is Sponsored or Approved | 28 | 13.4% |
| Is Not Sponsored or Approved | 102 | 48.8% |
| Don't Know | 79 | 37.8% |
| **Total** | **209** | **100.0%** |

*Control Group - Capital Lighting Fixtures Company webpage*

| Responses | Numeric Responses | Percentages |
|---|---|---|
| Is Sponsored or Approved | 38 | 19.0% |
| Is Not Sponsored or Approved | 88 | 44.0% |
| Don't Know | 74 | 37.0% |
| **Total** | **200** | **100.0%** |

Confidential – Attorneys' Eyes Only