BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

     Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a California corporation; and
JEFFREY L. OHAI, an individual California Resident

     Defendant.

_____/

Case No. 8:14-CV-1955-T-35AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation,

     Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

     Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

     Third-Party Defendants.

_____/

## NOTICE OF FILING DEPOSITION EXCERPTS OF MICHAEL SCHULTZ, DONNA SCOTT, AND BRYAN SCOTT

Defendants, Hi-Lite Manufacturing Company, Inc. and Jeffrey L. Ohai hereby give notice of filing redacted excerpts of the following deposition transcripts:

- Michael William Schultz dated September 29, 2015;

- Donna Scott dated October 5, 2015 (including various exhibits); and

- Bryan Scott dated October 6, 2015.

These excerpts are being filed in support of their Motion for Summary Judgment and Memorandum of Law in Support. Unredacted copies of the foregoing will be filed following the Court's ruling on Defendants' concurrently filed Motion for Leave to File Under Seal.

Date: November 23, 2015

Respectfully submitted,

*/s/Michael J. Colitz*
Michael J. Colitz, III
Florida Bar No. 164348
Stephen G. Anderson
Florida Bar No. 0105697
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (fax)
michael.colitz@gray-robinson.com
stephen.anderson@gray-robinson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

*/s/ Michael J. Colitz*
Michael J. Colitz

\5500060\1 - # 6234764 v1

CONFIDENTIAL

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:14-CV-01955-MSS-AEP

BARN LIGHT ELECTRIC COMPANY, LLC,

     Plaintiff,

  vs.

BARNLIGHT ORIGINALS, INC., HI-LITE
MANUFACTURING COMPANY, INC., and
JEFFREY L. OHAI,

     Defendants.

_____/


\*\*\* HIGHLY CONFIDENTIAL \*\*\*


VIDEOTAPED DEPOSITION OF MICHEAL WILLIAM SCHULTZ
Tuesday, September 29, 2015
10:22 a.m. - 4:07 p.m.

GRAY ROBINSON, P.A.
401 East Jackson Street, Suite 2700
Tampa, Florida  33602
------------------------------------------------


REPORTED BY:
MICHELLE OLSEN BADEN, RPR, FPR, CSR(IL)
Registered Professional Reporter
Florida Professional Reporter
Certified Shorthand Reporter(IL)
Job No.: 1327734

U.S. LEGAL SUPPORT, INC.
813-876-4722



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20

21         MR. COLITZ: Can you read -- reread the

22 question?

23         (Record read as follows:

24         "Q  Was Donna Scott aware of that

25         plan?")

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO. 814-CV-O1955MSSAEP

DONNA SCOTT,

     Plaintiff,

vs.

BARNLIGHT ORIGINALS, LLC,

     Defendant.

_____/

DEPOSITION OF DONNA SCOTT
Volume 1 of 2, Pages 1 through 200

Monday, October 5, 2015
9:00 a.m. - 6:20 p.m.
Gray-Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, Florida  32808

"HIGHLY CONFIDENTIAL"

Stenographically Reported By:

RICHARD CASTILLO
Certified LiveNote Reporter
Notary Public, State of Florida

1     A   Yes.

2     Q   So if I'm somebody who wanted a lighting

3 fixture, I can walk into your showroom and pick out

4 a light fixture and purchase it?

5     A   Yes.

6     Q   So I could pay for it right there in the

7 showroom?

8     A   Yes.

9     Q   Or I could go on the website and order it

10 online?

11    A   Yes.

12    Q   Okay.  Does Barn Light Electric put out

13 any catalogs?

14    A   Yes.

15    Q   So -- and who do you distribute those

16 catalogs to?

17    A   Whoever requests them.

18    Q   Okay.  And so do you get some orders in

19 from the catalog over the phone?

20       (Pause.)

21    A   I don't know.

22    Q   Okay.  What I'm trying to get at -- this

23 may be an unclear question.

24           How many different ways can a

25 customer order a product from Barn Light Electric?

1    A    Online.

2    Q    **Okay.**

3    A    In person.

4    Q    **Um-hum.**

5    A    Over the phone.









1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19    Q    (By Mr. Colitz) Okay.  Giving you now what

20  I'm marking as Exhibit No. 5.

21

22

23

24

25



1  2012?

2          MR. FERNANDEZ:  Object to form.

3      A   I don't know.  I can't read the -- what's

4  on top here, so I --

5  ~~(By Mr. Colitz) Is it possible that when~~

6  ~~Gendays placed this order in January of 2011~~

7  ~~...~~

8  ~~MR. FERNANDEZ:  Object to form.~~

9  ~~A   Webs to changed ... concept. We just~~

10  ~~...~~

11  ~~Q   (By Mr. Colitz) So you don't know~~

12  ~~...~~

13  ~~...~~

14      Q   Do you see the part number there on page

15  one of H15116?

16      A   Yes.

17      Q   And you  ... that photograph that's next

18  to it, does that appear to be a Hi-Lite product?

19      A   In this particular page, it appears to be

20  that way or  ...

21      Q   Okay.  Are you familiar with  ... any

22  standards or organizations such as underwriters

23  laboratory or the Canadian Standards Association?

24          MR. FERNANDEZ:  Object to form.

25      A   I'm familiar with  ... the  ... two

Wayback Machine

http://www.barnlightelectric.com/pendant-lighting/barn-pendant-lights/    Go

145 captures
8 Dec 2012 - 3 Sep 12

DEC  **JAN**  FEB
◄    **9**    ►
2012  **2013**  2013

Close ✖

Help

Loading...



Search



WHERE VINTAGE *and* MODERN COLLIDE®          **BLOG**          LIVE HELP   3 item(s) $0.00 🛒

Sign in  Register
Home
Wish List
Barn Lighting
Pendants
Sconces
Commercial
Accessories

Home · Indoor Lighting · Barn Pendant

# Barn Pendants



Mirroring our Barn Wall Sconces and Gooseneck Barn Lighting, our Barn Pendants represent the same nostalgic appearance that was created in the 1930's. Available in numerous sizes, finishes, and mounting options, these high quality, American made RLM shades have the ability to provide you with years of use.



EXHIBIT

6

tabbies

Pages: 1 2
Sort by: Bestselling

- Default
- Name
- Price
- Popularity
- Bestselling


Barn Light Warehouse Pendant - 12" to 27" Shade
CODE: H-15116
Price: $99.00
Customize this product


Barn Light Benjamin Industrial Product
CODE: BLE-98643
Price: $98.00
Customize this product


Barn Light Deep Bowl Pendant - 7" to 16"
CODE: H-16007-C
Price: $69.00
Customize this product


Barn Light Fargo Pendant
CODE: BE-95605
Price: $149.00
Customize this product


Barn Light Warehouse Pendant - 8" to 10"
CODE: H-15008
Price: $85.00
Customize this product


Barn Light Vented Warehouse Pendant 12" to 27"
CODE: H-15612
Price: $119.00
Customize this product


Barn Light Bermuda Product
CODE: H-2020
Price: $107.00
Customize this product


Barn Light Providence Pendant

Barn Light Outback Warehouse Pendant
CODE: BLE-91541277-P
Price: $173.00
Customize this product


Barn Light Flush Mount Warehouse Pendant - 12" to 27" Shade
CODE: H-15112-FM
Price: $124.00
Customize this product


Barn Light Chestnut Pendant
CODE: H-4110
Price: $135.00
Customize this product


Barn Light Indy Industrial Pendant
CODE: BLE-PHSCKT
Price: $85.00
Customize this product


Barn Light Radial Wave Flare Pendant
CODE: BE-269
Price: $119.00
Customize this product


Barn Light Warehouse Pendant - 11" to 17"
CODE: H-15117
Price: $99.00
Customize this product


Barn Light Colby Pendant
CODE: H-2040
Price: $107.00
Customize this product


Barn Light Homestead Pendant

 CODE: BE-309

Price: $103.00

Customize this product
Barn Light Loraine Pendant

 CODE: H-7508

Price: $115.00

Customize this product
Barn Light Hydraform Pendant

 CODE: H-1403-P

Price: $169.00

Customize this product
Barn Light Shallow Bowl Pendant - 12" to 16"

CODE: H-15512-P

Price: $119.00

Customize this product
Barn Light Saddleback Pendant

 CODE: H-24208

Price: $115.00

Customize this product
Barn Light Denver Pendant

 CODE: H-405010

Price: $228.00

Customize this product
Barn Light Outback Radial Wave Pendant

CODE: BLE-9919214179

Price: $264.00

Customize this product
Barn Light Steinhead Pendant

 CODE: H-22640

Price: $324.00

Customize this product
Barn Light Cradle Pendant

 CODE: H-23680

Price: $325.00

Customize this product
Barn Light Hudson Pendant

 CODE: H-17118

Price: $199.00

Customize this product
School House Pendant 'The Verona'

 CODE: H-93710

Price: $215.00

Customize this product
Barn Light Bandera Pendant

 CODE: H-52012-P

Price: $225.00

Customize this product
Barn Light Barlow Pendant

 CODE: H-506

Price: $199.00

Customize this product
Barn Light Scout Pendant

CODE: H-23670

Price: $259.00

Customize this product
Barn Light Taos Pendant

 CODE: H-22639

Price: $239.00

Customize this product
Barn Light Jupiter Pendant

 CODE: H-16915

Price: $279.00

 CODE: BE-410

Price: $93.00

Customize this product
Barn Light Radial Wave Pendant - 12"x34"

CODE: H-19112

Price: $123.00

Customize this product
Barn Light Deep Bowl Vent Pendant - 14" to 18"

 CODE: H-16510

Price: $129.00

Customize this product
Warehouse Barn Light - The Jenkins Pendant

CODE: H-36114-P

Price: $223.00

Customize this product
Barn Light Mayer Pendant

 CODE: H-51008

Price: $89.00

Customize this product
Barn Light Radial Wave Vent Pendant - 14" to 24"

CODE: H-19314

Price: $148.00

Customize this product
Barn Light Radial Shade Pendant - 68"x36"

 CODE: H-19008-P

Price: $85.00

Customize this product
Barn Light Graeson Pendant

 CODE: H-7275

Price: $193.00

Customize this product
Barn Light Cameron Pendant

 CODE: H-7116

Price: $123.00

Customize this product
Barn Light Outback Deep Bowl Pendant

CODE: BLE-991621275

Price: $289.00

Customize this product
Barn Light Warrior Pendant

CODE: H-60314

Price: $175.00

Customize this product
Barn Light Montana Pendant

 CODE: H-7319

Price: $95.00

Customize this product
School House Pendant 'The Boyston'

CODE: H-93703

Price: $152.00

Customize this product
Barn Light Toggenburg Pendant

CODE: H-1356

Price: $202.00

Customize this product
Barn Light High Roller Head Lamp

CODE: H-7230

Price: $169.00

Customize this product
Barn Light Chaparition Pendant

CODE: H-23650

Price: $239.00



Customize this product
Barn Light Emulsve Pendant

CODE: H-23660

Price: $319.00



Customize this product
Barn Light Mesa Pendant

CODE: H-7350

Price: $199.00

Customize this product

Pages: 1 2



Customize this product
Barn Light Hansford Pendant

CODE: H-30109

Price: $103.00

Customize this product
Barn Light Trailblaze Pendant

24" Trailblaze Pendant, 11-Sotus Steel

CODE: H-54016

Price: $179.00

Customize this product

## Information

With the same styles as our Barn Wall Sconces and Gooseneck Barn Lighting, our collection of Barn Pendants has the same nostalgic styles that were first created around 1930. Available in numerous sizes, finishes, and mounting options, these high quality, American-made RLM shades have the ability to provide you with years of use. Cord hung Barn Pendants are perfect for kitchens or dining areas, while stem mounting a pendant makes an ideal lighting source on front or back porches.

Were we nice to?

| About | Customer Service | Rums | Contact |

**About**
- About Us
- Retail Store
- Our Employees
- National Media
- Press Releases
- Customer Testimonials
- Video Gallery
- Photo Gallery
- Upload Photos
- Sitemap

**Customer Service**
- Terms & Conditions
- Contact Us
- Frequently Asked Questions
- Return Policy
- Shipping Rates
- Trade Discounts
- Catalog Requests
- Download PDF Catalog
- Gift Certificates
- Glossary

**Rums**
- Latest Post
- Living Room
- Kitchen
- Dining Room
- Bathroom
- Outdoor
- Customer Submissions

**Contact**
Barn Light Electric Company
3405 S. Washington Avenue
Titusville, FL 32780
1 800 407 8784 (Toll Free)
321 269 2289 (Local)
321 607 6979 (Fax)
sales@barnlightelectric.com

## Mailing List

HTML

Join our Barn Light Electric email list - learn about NEW products and be the first to know about upcoming sales and promotions!

E-mail  Enter Email Address









**Can't Find These Anywhere Else!**
- Porcelain Lighting
- Barn Lighting
- Warehouse Lighting
- Outdoor Barn Lighting

- Gooseneck™ Gooseneck Light
- Benjamin™ Stem Mount
- Ivanhoe™ Pendant Lights
- Caster Shades
- Industrial Pendants
- Vintage Industrial Furniture

**Wall Lighting**
- Wall Sconces
- Barn Lights

**CLEARANCE**

**Fast Production**

**Really Cool Furniture**
- Vintage Industrial
- Factory Carts
- Antique Furniture

**100's of Pendants!**
- Ceiling Lighting
- Vintage Industrial Lights
- Cloth Cord Pendants
- Benjamin™ Stem Mount
- Ivanhoe™ Pendant Lights

**On a Tight Budget!**
- Warehouse Lighting
- American Made Barn Lighting
- Outdoor Barn Lights
- Nautical Lights

**Commercial Lighting**
- Porcelain Enamel
- Restaurant Lighting
- Entrance Sign Lighting
- Commercial Lanterns

**Vintage Barn Lights**
- Caster Hoods Lighting
- Vintage Barn Lights

**Gooseneck Lighting**
- Gooseneck™ Gooseneck Light
- Barn Lights
- Mini Barn Lights
- Farmhouse Lights

Mobile Version

SSL                    Terms of Use



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO. 814-CV-O1955MSSAEP


BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability
company,

     Plaintiff,

vs.

BARNLIGHT ORIGINALS, INC, a
Nevada corporation: HI-LITE
MANUFACTURING COMPANY INC., a
California corporation; and
JEFFREY L. OAHI, an individual
California Resident.


     Defendants.

_____/




DEPOSITION OF BRYAN SCOTT
Volume 1 of 2, Pages 1 through 121


Tuesday, October 6, 2015
10:15 a.m. - 5:32 p.m.
Gray, Robinson, P.A.
301 East Pine Street
Suite 1400
Orlando, Florida  32808



"HIGHLY CONFIDENTIAL"

1    exhibit to the camera.

2              MR. FERNANDEZ:  I understand.

3        Q    (By Mr. Colitz) There is a  ... a nut

4    there, too, in the photo.  What is the nut attached

5    to?

6        A    Attaches to the top.

7        Q    And, again, you said you refer to this --

8    to this as a two piece extended coupler?

9        A    Yes, sir.

10       Q    You can put the photo down.

11             Do you have a part number for that,

12   or you just don't know it?

13       A    There is a part number.  I just can't

14   recall it offhand.

15       Q    And does that come in various lengths?

16       A    It  ...

17             MR. FERNANDEZ:  Object to form.

18       A    I mean  ... yes, I believe so.

19       Q    (By Mr. Colitz) Okay.  Does it come in --

20   how many different variations of that product do you

21   make?

22       A    There's multiple.  I don't know the exact

23   number.

24       Q    Okay.  Is it 100 variations, 50

25   variations?

1          MR. FERNANDEZ:  Object to form.

2      A    I ... I would estimating, three to four.

3      Q    **(By Mr. Colitz) And from the three to**

4  **four, what varies?  Is it the size that varies?**

5          MR. FERNANDEZ:  Object to form.

6      A    Yes, the size.

7      Q    **(By Mr. Colitz) Of these three to four**

8  **variations, are there any differences other than**

9  **size?**

10     A    No.

11     Q    **Do you sell -- does Barn Light Electric**

12 **sell any other products other than these three to**

13 **four variations that are similar to that?**

14         MR. FERNANDEZ:  Object to form.

15     A    We sell multiple other products.  You

16 know, I don't think there's anything quite like

17 this.

18     Q    **(By Mr. Colitz) Going to mark now is what**

19 **I think is No. 7.**

20         **(Exhibit No. 7 marked for identification.)**

21         MR. FERNANDEZ:  This is seven?

22         MR. COLITZ:  This is seven.

23     Q    **(By Mr. Colitz) I would just ask if you've**

24 **seen that before.**

25              **(Pause.)**

1 

2 

3 

4 

5 

6 

7 

8 

9 

10 

11 

12 

13 

14     Q    (By Mr. Colitz) Okay.  Mark what I believe

15 is No. 8.

16          (Exhibit No. 8 marked for identification.)

17          THE WITNESS:  If you don't mind, I'm going

18     to take another cough drop.

19          MR. COLITZ:  That's fine no.

20          THE WITNESS:  Sorry.

21     Q    (By Mr. Colitz) No one likes a sore

22     throat.

23              So I'm not going -- I'm not going to

24     ask you any details on the patent.  I don't -- we

25     need to study it here.  I just want to know whether

1   or not you've seen it before?

2       A    Yes, sir.





1

2

3

4

5

6

7

8

9

10

11

12

13

14

15    Q    (By Mr. Colitz) Do you understand -- do

16  you know who owns the patent that's in Exhibit No.

17  8?

18    A    I believe Jeffrey Ohai.

19

20

21

22

23

24    Q    (By Mr. Colitz) Giving you Exhibit No.

25  ... 9.

1          (Exhibit No. 9 marked for identification.)

2          (Pause.)

3      Q     (By Mr. Colitz) And have you seen that

4   before?

5      A     Yes, sir.













```
15        MR. COLITZ:  Can we go off the record for
16   a second?
17        THE VIDEOGRAPHER:  We're off the record,
18   11:45.
19        (Recess.)
20        THE VIDEOGRAPHER:  We're going back on the
21   record at 12:03.
22   BY MR. COLITZ:
23        Q    Thank you.  Back on the record.
24   Mr. Scott, we'll remind you that you're still under
25   oath.
```



