UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/  CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Counterclaim Defendant,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

## **STIPULATION OF AGREED MATERIAL FACTS**

Pursuant to the Amended Case Management and Scheduling Order of August 21, 2015 [Dkt. 106], the parties hereby stipulate to the following material facts. These agreed material facts are being presented in connection with Plaintiff's Corrected Motion for Summary Judgment [Dkt. 198] and Defendants' Motion for Partial Summary Judgment [Dkt. 167].

1. The trade dress in which Hi-Lite claims rights in this litigation are not registered.

2. Hi-Lite does not sell products retail (or to end users), but rather, sells to various distributors (or accounts).

3. The Second Amended Complaint [Dkt. 60] provides pictures and descriptions for twelve lighting fixtures.

4. Hi-Lite was founded in 1959.

5. U.S. Pat. 8,556,477, entitled "Lighting Fixture Mounting Post," issued on October 15, 2013 from U.S. Application Serial No. 12/906,404, filed on October 18, 2010.

6. Hi-Lite gave Barn Light Electric a license to use its copyrighted photographs during the course of the business relationship to sell Hi-Lite products.

7. The alphanumeric symbols comprising Hi-Lite part number H-15116 describe the following characteristics: "H" stands for Hi-Lite, "151" represents the style of the light fixture and "16" represents the diameter of the light fixture's shade.

8. The alphanumeric symbols comprising Hi-Lite part number H-CGU-F describe the following characteristics: "H" stands for "Hi-Lite", the "CGU" describes a "Cast Guard Unit" and the "F" describes the function of the part as a "Flush Mount."

9. Hi-Lite has not applied for a state or federal trademark for any of its part numbers.

10. Barn Light Electric sells products to consumers over the Internet.

11. Exhibits J, K, L, M, N, and O of Jeffrey Ohai's declaration each include a photograph of a Hi-Lite product. *See* Ohai Dec. at ¶¶ 19-24 [Dkt. 172.]

12. Barn Light Electric had access to the Hi-Lite photographs depicted in Exhibits J, K, L, M, N and O. *See* Ohai Dec. at ¶ 14 [Dkt. 172.]

13. Barn Light Electric had access to Hi-Lite's Catalog 203, Catalog 205, and Catalog 208.

Dated: December 23, 2015

Respectfully submitted,

| | |
|---|---|
| */s/ Michael J. Colitz, III* | */s/ Alejandro J. Fernandez* |
| Michael J. Colitz, III | Alejandro J. Fernandez |
| Trial Counsel | Trial Counsel |
| Florida Bar No. 164348 | Board Certified in Intellectual Property Law |
| Stefan V. Stein | Florida Bar No. 32221 |
| Florida Bar No. 300527 | Gregory L. Hillyer, Esq |
| Stephen G. Anderson | Florida Bar No. 682489 |
| Florida Bar No. 0105697 | Stephen J. Leahu, Esq. |
| GRAYROBINSON, P.A. | Florida Bar No. 54037 |
| 401 E. Jackson Street, Suite 2700 | Joseph R. Sozzani, Esq. |
| Tampa, FL 33602 | Admitted Pro Hac Vice |
| Tel: (813) 273-5000 | Matthew N. Horowitz, Esq. |
| Fax: (813) 273-5145 | Florida Bar No. 98564 |
| michael.colitz@gray-robinson.com | FELDMAN GALE, P.A. |
| stefan.stein@gray-robinson.com | 400 N. Tampa Street, Suite 2830 |
| stephen.anderson@gray-robinson.com | Tampa, FL 33602 |
| | Tel: (813) 374-8890 |
| *Attorneys for Defendants and Counterclaim Plaintiffs* | Fax: (305) 358-3309 |
| | MHorowitz@FeldmanGale.com |
| | JSozzani@FeldmanGale.com |
| | SLeahu@FeldmanGale.com |
| | GHillyer@FeldmanGale.com |
| | AFernandez@FeldmanGale.com |
| | |
| | *Attorneys for Plaintiff, Counterclaim-Defendants, and Third Party Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2015 I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record.

/s/ *Michael J. Colitz, III*
Michael J. Colitz

\5500060\1 - # 6289649v1