UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

     Plaintiff,

v.                             CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

     Defendants.

_____/

## <u>DECLARATION OF JEFFREY L. OHAI</u>

1.     My name is Jeffrey L. Ohai and I am over the age of 21 and am competent to testify about the matters stated herein. I am the Vice-President of Hi-Lite Manufacturing Company, Inc. ("Hi-Lite").

2.     Hi-Lite is a family owned and operated manufacturing business headquartered in Chino, California. Hi-Lite has been in business for approximately sixty (60) years. During this time, Hi-Lite has sold millions of different lighting fixtures in the United States and around the world.

3.     Although Hi-Lite sells many common light fixture designs, it also sells a wide variety of unique lighting fixture designs. These designs are proprietary to Hi-Lite. Hi-Lite has spent millions of dollars developing these designs. It has also spent considerable time and money advertising these lighting fixtures.

4.     I personally designed some of Hi-Lite's bestselling lighting fixtures. Twelve of Hi-Lite's most unique and distinctive lighting fixture designs are depicted below (collectively, the "Hi-Lite

Designs"). Each of the Hi-Lite Designs is actually a series of lighting fixtures available in varying sizes. Although the sizes may vary, the design of each series is the same.

5. The Hi-Lite Designs have been featured in Hi-Lite's catalogs, at trade shows, in magazines, on the Internet, as well as in various show rooms. As detailed below, each of the Hi-Lite Designs has been sold thousands, if not tens of thousands, of times.

6. Many of the Hi-Lite Designs are featured in national retail chains. For example, Hi-Lite's H-15312 series lighting fixtures are featured in Golden Corral restaurants; the H-MCGUS-6S series lighting fixtures are featured in Joe's Crab Shack restaurants; our H-15412 series fixture is used by Blaze Pizza restaurants; and the H-WGUGR series lighting fixture can be found in Rib Crib restaurants.

7. I believe the uniqueness and popularity of the Hi-Lite Designs have led them to be readily identifiable within the lighting industry and by consumers.

8. As noted below, some of the Hi-Lite Designs first appeared in our catalogs starting as early as 2003. All of the Hi-Lite Designs are featured in Hi-Lite's Commercial and Residential Lighting Catalog 208 which has been widely distributed since 2008 (hereinafter the "208 Catalog"). I estimate that between 30,000 to 40,000 copies of the 208 Catalog are currently in circulation. The 208 Catalog is also distributed via CD ROM at trade shows and is available via our website: http://www.hilitemfg.com. Hi-Lite's 208 Catalog contains a copyright notice and also states that our lighting designs are the property of Hi-Lite and are protected by trade dress.

9. Our 208 Catalog is approximately 369 pages long and has a list price of $25.00. It is not intended to be disposable. Rather we designed it to serve as a reference guide for architects, designers, and other consumers who may wish to order our lighting products.

<u>**THE HI-LITE DESIGNS**</u>

<u>**Hi-Lite's H-16812 Series Lighting Fixture**</u>

10.     Depicted below is Hi-Lite's H-16812 lighting fixture.  This design first appeared in Hi-Lite's 208 Catalog.  The 208 Catalog was first published in 2008 and has been widely distributed over the past seven years. Our first sale of a H-16812 series lighting fixture occurred in early 2008.  Since that time, Hi-Lite has sold tens of thousands of its H-16812 series lighting fixtures.



Hi-Lite's H-16812 Lighting Fixture

## Hi-Lite's H-19412 Series Lighting Fixture

11.     Depicted below is Hi-Lite's H-19412 lighting fixture.  This design first appeared in Hi-Lite's 208 Catalog, which was published in 2008 and has been widely distributed over the past seven years. Our first sale of a H-19412 series lighting fixture occurred in early 2008.  Since that time, Hi-Lite has sold tens of thousands of its H-19412 series lighting fixtures.



Hi-Lite's H-19412  Lighting Fixture

**<u>Hi-Lite's H-15312 Series Lighting Fixture</u>**

12.      Depicted below is Hi-Lite's H-15312 lighting fixture.  This design first appeared in Hi-Lite's 208 Catalog, which was published in 2008 and has been widely distributed over the past seven years. Our first sale of a H-15312 series lighting fixture occurred in early 2008.  Since that time, Hi-Lite has sold tens of thousands of its H-15312 series lighting fixtures.



<u>Hi-Lite's H-15312  Lighting Fixture</u>

**<u>Hi-Lite's H-15416 Series Lighting Fixture</u>**

13.    Depicted below is Hi-Lite's H-15416 lighting fixture.  This design first appeared in Hi-Lite's 208 Catalog, which was published in 2008 and has been widely distributed over the past seven years. Our first sale of a H-15416 series lighting fixture occurred in early 2008.  Since that time, Hi-Lite has sold tens of thousands of its H-15416 series lighting fixtures.



<u>Hi-Lite's H-15416  Lighting Fixture</u>

## Hi-Lite's H-WGUGR  Series Lighting Fixture

14.     Depicted below is Hi-Lite's H-WGUGR  lighting fixture.  This design first appeared in Hi-Lite's RLM Catalog, which was first published in 2003 and has been widely distributed over the past twelve years. Our first sale of a H-WGUGR series lighting fixture occurred sometime in September of 2003.  Since that time, Hi-Lite has sold tens of thousands of its H-WGUGR series lighting fixtures.



Hi-Lite's H-WGUGR Lighting Fixture

**Hi-Lite's H-4MNBL Series Lighting Fixture**

15.     Depicted below is Hi-Lite's H-4MNBL lighting fixture.  This design first appeared in Hi-Lite's RLM Catalog, which was published in 2003 and has been widely distributed over the past twelve years.  Our first sale of a H-4MNBL series lighting fixture occurred sometime in September of 2003.  Since that time, Hi-Lite has sold thousands of its H-4MNBL series lighting fixtures.



Hi-Lite's H-4MNBL Lighting Fixture

## Hi-Lite's H-CGU-10/3C25 Series Lighting Fixture

16.     Depicted below is Hi-Lite's H-CGU-10/3C25 lighting fixture.  This design first appeared in Hi-Lite's RLM Catalog, which was first published in 2003 and has been widely distributed over the past twelve years. Our first sale of a H-CGU-10/3C25 series lighting fixture occurred sometime in September of 2003.  Since that time, Hi-Lite has sold thousands of its H-CGU-10/3C25 series lighting fixtures.


Hi-Lite's H-CGU-10/3C25 Lighting Fixture

## Hi-Lite's H-CGU-10/3S25 Series Lighting Fixture

17.     Depicted below is Hi-Lite's H-CGU-10/3S25 lighting fixture.  This design first appeared in Hi-Lite's RLM Catalog, which was published in 2003 and has been widely distributed over the past twelve years. Our first sale of a H-CGU-10/3S25 series lighting fixture occurred sometime in September of 2003.  Since that time, Hi-Lite has sold thousands of its H-CGU-10/3S25 series lighting fixtures.


Hi-Lite's H-CGU-10/3S25 Lighting Fixture

**<u>Hi-Lite's H-CGU-10/2S11 Series Lighting Fixture</u>**

18.     Depicted below is Hi-Lite's H-CGU-10/2S11 lighting fixture.  This design first appeared in Hi-Lite's RLM Catalog, which was first published in 2003 and has been widely distributed over the past twelve years. Our first sale of a H-CGU-10/2S11 series lighting fixture occurred sometime in September of 2003.  Since that time, Hi-Lite has sold thousands of its H-CGU-10/2S11 series lighting fixtures.



Hi-Lite's H-CGU-10/2S11   Lighting Fixture

**<u>Hi-Lite's H-MCGUS-10-4D Series Lighting Fixture</u>**

19.     Depicted below is Hi-Lite's H-MCGUS-10-4D lighting fixture.   This design first appeared in Hi-Lite's RLM Catalog, which was first published in 2003 and has been widely distributed over the past twelve years. Our first sale of a H-MCGUS-10-4D series lighting fixture occurred sometime in September of 2003.  Since that time, Hi-Lite has sold thousands of its H-MCGUS-10-4D series lighting fixtures.



Hi-Lite's H-MCGUS-10-4D Lighting Fixture

**Hi-Lite's H-MCGUS-6S Series Lighting Fixture**

20.     Depicted below is Hi-Lite's H-MCGUS-6S lighting fixture.  This design first appeared in

Hi-Lite's RLM Catalog, which was published in 2003 and has been widely distributed over the

past twelve years. Our first sale of a H-MCGUS-6S series lighting fixture occurred sometime in

July of 2003.  Since that time, Hi-Lite has sold thousands of its H-MCGUS-6S series lighting

fixtures.



Hi-Lite's H-MCGUS-6S  Lighting Fixture

**Hi-Lite's SP-H-15112 Series Lighting Fixture**

21.     Depicted below is Hi-Lite's SP-H-15112 lighting fixture.  This design first appeared in

Hi-Lite's RLM Catalog, which was published in 2003 and has been widely distributed over the

past twelve years. Our first sale of a SP-H-15112 series lighting fixture occurred sometime in

September of 2003.  Since that time, Hi-Lite has sold thousands of its SP-H-15112 series lighting

fixtures.



Hi-Lite's SP-H-15112 Lighting Fixture

### U.S. PAT. 8,556,477 TO JEFFREY OHAI

22.     I am listed as an inventor on several patents relating to lighting fixtures.  One of these is U.S. Pat. 8,556,477 ("'477 Patent").  The '477 Patent relates to a light fixture mounting post. As noted from the annotated figure below, the mounting post is designed to connect a light shade with a light fixture. The mounting post has an upper threaded portion that is designed to be attached to the light shade, and a lower threaded portion that is designed to be attached to the light fixture.  The lower threaded portion has a series of spaced apart tapered threaded segments that allow the lower portion to be easily shortened as needed. A nut and O-Ring are used to seal the top of the fixture.



23.     We refer to the mounting post described in the '477 Patent as a mounting unit or "MU." Hi-Lite's outside manufacturer produced a prototype version of the MU sometime in July 2008. We then field tested these units from January 2009 until about December 2010.

24.     Our testing revealed that the prototype MU parts were defective.  I believe that the defects were the result of how the MU part was die cast by our manufacturer.  Die casting is a process whereby molten metal is placed into a die cavity.  Our manufacturer likely did not allow the parts to cool sufficiently before removing them from the die cavity.  As a result, the prototype MU parts were warped and largely unusable.

25.     We also discovered that the threads on the MU part were the wrong size. The threads did not allow the MU to be properly coupled to the upper shade or lower lighting fixture. The defective threads on the MU part resulted in either the lighting fixture or shade being crooked. Some of the lighting fixtures became loose as a result.

26.     The MU design also includes an internal opening to allow electrical wires to be routed through the light shade.  These wires provide the necessary electrical connection to the light fixture. The internal opening is depicted in Figure 7 of the '477 Patent.  The prototype MUs included internal openings that had sharp and exposed edges.  This resulted in the electrical wires becoming frayed and damaged. This defect posed a potential safety hazard. A picture of one of the defective prototypes is included as **EXHIBIT A**.

27.     A further defect related to the nut and the O-Ring.  The nut should include a recess for accepting the O-Ring.  The defective prototypes included recesses that were not sufficiently deep.  As a result, the MU was not properly sealed at the top of the lighting fixture.

28.     In view of these defects we substantially redesigned the MU.  The redesign involved changing the thickness of the wall, correcting the tapering of the threads, eliminating any sharp

and exposed edges in the internal opening, and modifying the nut to properly accept the O-Ring. Our manufacturer sent us the redesigned MUs sometime in July of 2010. The redesigned MUs were then sold for the first time sometime in December of 2010.

29.     I have reviewed the Declaration of Donna Scott of November 19, 2015 submitted in support of Barn Light Electric's Motion for Summary Judgment. Her declaration relies on the following invoice as evidence of a commercial sale of the MU part in March of 2009. However, the "Description" listed on the invoice does not reference the MU part. The H-15116 Warehouse Shade 96 references a Hi-Lite galvanized light shade. "10' ST HDSMC-3/4"-96" references a 10 inch stem and canopy (galvanized), which is the component that permits the light shade to hang from the ceiling. "LCGU-RIB-96" references a cast guard unit, which is the glass and wire enclosure placed around the light. Nothing in the description or the invoice reflects the MU part.

30.     I have checked Hi-Lite records and find no evidence that the sale identified by Ms. Scott included an MU part. And the identified lighting fixture could have been installed without a MU part.

31.　Even if a MU part was included as part of the light fixture, given the date of the invoice, it necessarily would have been one of our initial prototypes. As such, it would have been subject to the defects discussed above.

32.　I declare under penalty of perjury that the foregoing declaration, consisting of thirty-two (32) numbered paragraphs is, to the best of my knowledge and belief, true and correct.

Jeffrey L. Ohai

Date　December 23, 2015.

# 6273779 v5