# EXHIBITS A-E

(To be filed under seal)