# EXHIBIT F

## AMENDMENT TO COPYRIGHT ASSIGNMENT

WHEREAS, Dimitri Newman, an individual having an address of 1839 Blake Ave. #6, Los Angeles, CA 90039 (hereinafter "Author") previously executed a Copyright Assignment dated April 4, 2013 (hereinafter "Assignment") in favor of Hi-Lite Manufacturing Co., Inc., a corporation having a place of business at 13450 Monte Vista Ave., Chino, CA 91710 (hereinafter "Purchaser"). Author and Purchaser are collectively referred to herein as the "Parties;"

WHEREAS, the Assignment conveyed to Purchaser all right, title, and interest in the "Work" designated as a Collection of Photographs as illustrated in Exhibit A to the Assignment; and

WHEREAS, the Author would now like to amend the Assignment by clarifying the contents of Exhibit A;

NOW THEREFORE, Author amends the Assignment as follows:

1. Author hereby affirms that, for good and valuable consideration, receipt of which is hereby acknowledged, I, transferred and set over and assigned to Purchaser, its successors, assigns, nominees or other legal representatives, all of my entire right, title and interest (including copyright) of every kind whatsoever throughout the entire world in the Work, to the extent that I have any right, title and interest in the Work;

2. Author also clarifies that Exhibit A of the Assignment included, *inter alia*, the photographs attached hereto as Supplemental Exhibit A;

3. Author also assigns *nunc pro tunc* as of the date of the Assignment all right, title, and interest in any and all photographs taken by Author for the benefit of Purchaser pursuant to the Assignment, including any photographs depicted in the Hi-Lite Mfg. Co. Commercial and Residential Lighting Catalog 208, the front cover of which is attached hereto as Exhibit B;

4. The rights transferred hereunder comprise all of the rights in the Works of every kind, nature and description, including, but not by way of limitation: (a) documentation, graphic designs, methodology, processes, programs and other physical documents and things relating to the Works; (b) the right to secure copyrights thereon anywhere throughout the world, in the name of Purchaser or otherwise; (c) any and all publication rights therein, in whatever form; (d) the right to use, license, exploit, sell or otherwise dispose thereof in any manner and for any purpose seen fit; (e) the sole right to reproduce, adapt, and prepare derivative works, distribute, and

CONFIDENTIAL
BLO0162186

publicly display the Works; (f) any and all subsidiary rights therein; and (g) the right to recover for all infringements, past, present, or future. Author hereby waives any and all moral rights relating to the Works;

5. In the event that any one or more provisions of the Assignment and/or this Amendment to Copyright Assignment shall for any reason be held to be invalid, illegal or unenforceable, any such invalid, illegal or unenforceable provision shall be treated as modified to the least extent necessary to rectify its invalidity, illegality or unenforceability, and shall be enforced as so modified. If no feasible modification shall save such provision, it will be severed from the remainder of the Assignment and/or this Amendment to Copyright Assignment, as appropriate. The remaining provisions of the Assignment and this Amendment to Copyright Assignment shall be unimpaired, and remain in full force and effect; and

6. The Assignment and this Amendment to Copyright Assignment shall be governed by the laws of California and the United States of America. The parties agree that jurisdiction and venue for any action brought arising out of or in connection with the Assignment and/or this Amendment to Copyright Assignment shall be exclusively in the state or federal courts located in Los Angeles County, California.

ATTEST: _____

AUTHOR (Dimitri Newman)

*/s/ D. Newman/*

Dated: 10/16/14

2

CONFIDENTIAL

BLO0162187