**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:14-cv-1955 MSS AEP | DATE: | 1/12/16 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **BARN LIGHT ELECTRIC COMPANY, LLC**<br>        **Plaintiff,**<br>v.<br><br>**BARNLIGHT ORIGINALS, INC.**<br>        **Defendant** | | **PLAINTIFF'S COUNSEL**<br>Alejandro Fernandez, Stephen Leahu, Joseph Sozzarin | |
| | | **DEFENSE COUNSEL**<br>Stephen Stein, Valeen Arena, Michael Colitz, Stephen Anderson | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:11 to 11:48   **TOTAL:** 1 hr 37 min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**    Hearing on Defendants' Motion to Compel Discovery Responses (Doc. 133)

* Court discussed deferring ruling on Plaintiff's motion to compel (Doc. 134) until the district judge enters an order on Plaintiff's objections to the undersigned's prior Order.

* Parties presented oral argument on Defendants' motion to compel (Doc. 133).

* As discussed during the hearing, the Court will enter an Order allowing Defendants to seek a sampling of Plaintiff's purchase orders, permitting a deposition of Plaintiff's custodian, and requiring Plaintiff to produce the employment agreements of Michael Schultz and Walter Solms.

* Order to follow.