UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY, LLC,

    Plaintiff,

v.                                      Case No. 8:14-cv-1955-T-35AEP

BARNLIGHT ORIGINALS, INC., *et al.*,

    Defendants.
_____/

## **ORDER**

This cause came before the Court for a hearing upon Defendants' Motion to Compel (Doc. 133), Plaintiff's response in opposition thereto (Doc. 146), and Defendants' reply (Doc. 194).[1] For the reasons stated at the hearing, it is hereby

ORDERED:

    1. Defendants' Motion to Compel (Doc. 133) is GRANTED to the extent set forth below:

        a. With respect to the production of Plaintiff's purchase orders, Defendants shall select a sampling of one hundred (100) purchase orders that Plaintiff shall produce. Within fourteen (14) days of Defendants' request, or any time period agreed upon by the parties, Plaintiff shall produce the requested purchase orders.

        b. Within thirty (30) days of the date of this Order, the parties shall schedule a deposition of Plaintiff's custodian to discuss the issues raised during the hearing, including but not limited to how Plaintiff maintains its information and records and how documents were

---

[1] Defendants also filed an unredacted version of their reply under seal (Doc. 223).

produced in this action.  Absent agreement of the parties, the deposition shall not exceed two (2) hours in length.  If the parties cannot agree upon a mutually agreeable date and time to conduct the deposition, the parties may contact the undersigned's chambers at 813-301-5541 to schedule a telephonic hearing.

      c. Within fourteen (14) days of the date of this Order, Plaintiff shall produce to Defendants a copy of the employment agreements of Michael Schultz and of Walter Solms.

DONE AND ORDERED in Tampa, Florida, on this 12th day of January, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record