# EXHIBITS A-H

## (TO BE FILED UNDER SEAL)