**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO. 8:14-cv-01955-MSS-AEP

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

Plaintiff,

v.

BARNLIGHT ORIGINALS, INC., a Nevada corporation; HI-LITE MANUFACTURING COMPANY, INC., a California corporation; and JEFFREY L. OHAI, an individual California Resident,

Defendants.

_______________________________________________/

BARNLIGHT ORIGINALS, INC., a Nevada corporation; and HI-LITE MANUFACTURING COMPANY, INC., a California corporation,

Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual Florida Residents,

Third-Party Defendants.

_______________________________________________/

**PLAINTIFFS' UNOPPOSED MOTION FOR CLARIFICATION AND LEAVE TO FILE RESPONSES IN OPPOSITION TO THE PENDING MOTIONS**

Plaintiff and Counterclaim-Defendant Barn Light Electric Company, LLC ("BLE"), joined by Third Party Defendants, Bryan Scott and Donna Scott (the "Scotts") (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby respectfully move for clarification of the Court's Order [Dkt. 283] and, if appropriate, leave to file responses in opposition to the pending motions: Dkts. 260, 264, and 269 ("Pending Motions").

This Court limited motions practice by prohibiting any party from further filings without leave of Court. *See* Dkt. 283, ¶ 16. Given the import of Defendants' allegations and severity of relief sought in the Pending Motions, Plaintiffs seek clarification about whether opposition briefing is appropriate to: (i) preserve Plaintiffs' objections; and (ii) fully present Plaintiffs' arguments against the Pending Motions. To closely follow the Court's orders of February 23 and 26, 2016 limiting motions practice, Plaintiffs move for leave to file responses to:

a. Defendants' Renewed Motion to Compel Discovery [Dkt. 260][1], which was referred to Magistrate Judge Porcelli.

b. Defendants' Motion in Limine to Exclude Evidence or Argument Concerning Clerical Error [Dkt. 264].

c. Defendant Barnlight Originals, Inc.'s Motion for Judgment on the Pleadings Under Fed.R.Civ.P. 12(c) and Motion in Limine to Exclude Evidence Concerning Similarities in the Parties' Websites [Dkt. 269].

**<u>Certification Pursuant to Local Rule 3.01(g)</u>**

Pursuant to Local Rule 3.01(g), undersigned counsel hereby certify that they have conferred with opposing counsel, and opposing counsel stated that they do not oppose the relief sought herein.

Dated: March 1, 2016

Respectfully submitted,

<u>/s/ Alejandro J. Fernandez</u>

By: Alejandro J. Fernandez
Board Certified in Intellectual Property Law

[1] Magistrate Porcelli has set a hearing on the Motion to Compel for March 10, 2016.

FL. Bar No. 32221
E-mail: AFernandez@FeldmanGale.com
Gregory L. Hillyer, Esq
Fl. Bar No. 682489
E-mail: GHillyer@FeldmanGale.com
Stephen J. Leahu, Esq.
FL Bar No. 54037
E-mail: SLeahu@FeldmanGale.com
Joseph R. Sozzani, Esq.
Fl. Bar No. 120297
E-Mail: JSozzani@FeldmanGale.com
Matthew N. Horowitz, Esq.
Fl. Bar No. 98564
E-mail: MHorowitz@FeldmanGale.com
**FELDMAN GALE, P.A.**
400 N. Tampa Street, Suite 2830
Tampa, FL 33602
Telephone No. (813) 374-8890
Telefacsimile No. (305) 358-3309

***Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive filings electronically.

/s/ Alejandro J. Fernandez
Alejandro J. Fernandez

## SERVICE LIST

***Barn Light Electric Company, LLC v. Barnlight Originals, Inc., et al.***
Case No.: 8:14-CV-1955-T-35AEP
United States District Court, Middle District of Florida

Stefan Vaughn Stein
Email: stefan.stein@gray-robinson.com
Michael J. Colitz, III
Email: michael.colitz@gray-robinson.com
Stephen Gregory Anderson
Email: Stephen.anderson@gray-robinson.com
**GrayRobinson, P.A.**
401 E. Jackson Street, Suite 2700
Post Office Box 3324
Tampa, FL 33602
Telephone No. (813) 273-5000

*Attorneys for Defendant/Counter-Plaintiffs*