UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARN LIGHT ELECTRIC COMPANY,**
**LLC, a Florida limited liability company,**

    Plaintiff,

v.                                    CASE NO.: 8:14-cv-1955-MSS-AEP

**BARNLIGHT ORIGINALS, INC.,** a
Nevada Corporation; **HI-LITE**
**MANUFACTURING COMPANY, INC.,** a
California corporation; and **JEFFREY L.**
**OHAI,** an individual California Resident,

    Defendants.
_____/

**BARNLIGHT ORIGINALS, INC.,** a
Nevada Corporation; **HI-LITE**
**MANUFACTURING COMPANY, INC.,** a
California corporation; and **JEFFREY L.**
**OHAI,** an individual California Resident,

    Counterclaim Plaintiffs,

v.

**BARN LIGHT ELECTRIC COMPANY, LLC,**
a Florida limited liability company,

    Counterclaim Defendants,

**and**

**BRYAN AND DONNA SCOTT,** individual
Florida residents,

    Third-Party Defendants.
_____/

## **ORDER**

    **THIS CAUSE** comes before the Court for consideration of the Unopposed Motion

for Clarification and Leave to File Responses in Opposition to the Pending Motions (Dkt.

287) filed by Plaintiff/Counter-Defendant, Barn Light Electric Company, LLC ("BLE"), and Third-Party Defendants, Bryan and Donna Scott (the "Scotts"). In the Motion, BLE and the Scotts seek clarification of the Court's previous Order (Dkt. 283), which prohibited the Parties from filing any further motions in this case unless they first seek leave of the Court to do so. It appears that BLE and the Scotts seek clarification as to whether the Order also prohibits them from filing responses in opposition to three pending motions that were filed by Defendants prior to the entry of the Court's Order. (Dkt. 260, 264, 269)

Upon review, the Court **GRANTS** BLE and the Scotts' Motion (Dkt. 287) and clarifies that its previous Order only prohibits the filing of any further *motions* by any Party absent leave of the Court. (See Dkt. 283 at ¶ 16) The Court did not prohibit the filing of *responses* to motions. Accordingly, the Parties are not prohibited from filing responses to motions that remain pending. Likewise, if the Court hereafter grants any Party leave to file a motion after a request is filed, the opposing Parties shall be permitted to file a response in opposition to the motion in the normal course.

**DONE** and **ORDERED** in Tampa, Florida, this 1st day of March, 2016.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person