IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a California corporation; and
JEFFREY L. OHAI, an individual California Resident

    Defendants.
_____/    Case No. 8:14-CV-1955-T-35AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Counterclaim Defendant,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

## UNOPPOSED MOTION FOR LEAVE TO FILE
## A MOTION FOR ENLARGEMENT OF TIME

1. Defendants and Counterclaim Plaintiffs Hi-Lite Manufacturing Company, Inc. and Jeffrey L. Ohai (collectively "Defendants") hereby seek leave to file a Motion for Enlargement of Time to provide a covenant regarding U.S. Pat. 8,556,477[1]. The undersigned counsel has conferred with opposing counsel and opposing counsel does not object to the relief requested herein.

2. Pursuant to the Court's Order of February 25, 2016 [Dkt. 283], the Court ordered that Defendants shall have seven (7) days in which to file a satisfactory covenant not to sue Barn Light Electric. The parties have been working towards a mutually agreeable covenant, but additional time is needed to finalize such covenant.

3. Defendants will be respectfully seeking an additional three (3) days, or up to and including March 7, 2016, in which to file a covenant.

WHEREFORE, Defendants Hi-Lite and Ohai respectfully seek leave to file a Motion for Enlargement of Time for an additional three (3) days, or up to and including March 7, 2016, in which to file a covenant.

### Certification Pursuant to Local Rule 3.01(g)

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Plaintiff regarding the relief requested herein and counsel for Plaintiff does not object to the requested relief.

Dated: March 3, 2016.  Respectfully submitted,

/s/ *Michael J. Colitz, III*
Michael J. Colitz, III
Trial Counsel
Florida Bar No. 164348
Stefan V. Stein

---

[1] This is presented as a Motion for Leave to File in view of the Court's prohibition against filing any further motions in the case. [Dkt. 283.]

Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

\5500060\1 - # 9477272 v1