UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC,

      Plaintiff,

v.                                            Case No. 8:14-cv-1955-T-35AEP

BARNLIGHT ORIGINALS, INC., *et al.*,

      Defendants.
_____/

## ORDER

This cause came before the Court for a hearing upon Defendants' Renewed Motion to Compel Discovery Responses and for Sanctions (Doc. 260) and Plaintiff's response in opposition thereto (Doc. 296). For the reasons articulated at the hearing, it is hereby

ORDERED:

    1. Defendants' Renewed Motion to Compel Discovery Responses and for Sanctions (Doc. 260) is GRANTED IN PART AND DENIED IN PART as follows:

        a. The parties are directed to meet and confer to identify additional custodians whose email communications are to be searched with agreed upon search terms. Once the custodians are identified and agreed upon by the parties, Plaintiff shall have thirty (30) days to produce the information as to those custodians, if any. If the parties cannot agree to the list of additional custodians, the parties shall contact the undersigned's chambers at 813-301-5541 to schedule a telephonic hearing.

        b. Plaintiff shall conduct another search of the "Solidworks Server" with new keyword search terms beyond those identified in the Declaration of Michael S. Koller (Doc. 296, Ex. 1, at 4). Once the keyword search terms are identified and agreed upon by the parties,

Plaintiff shall have thirty (30) days to produce the information obtained, if any, from the use of those keyword search terms. If the parties cannot agree on the additional keyword search terms, the parties shall contact the undersigned's chambers at 813-301-5541 to schedule a telephonic hearing.

    c. Plaintiff shall produce any electronically stored purchase orders from January 1, 2008, through December 31, 2012, for those transactions identified on the previously provided "Products Sold" spreadsheet. Defendant may also review the paper purchase orders in Plaintiff's possession and control.

    d. In all other respects, the motion is denied.

DONE AND ORDERED in Tampa, Florida, on this 11th day of March, 2016.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record