UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

     Plaintiff,

v.                       CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

     Defendants.

_____/

## NOTICE OF *IN CAMERA* FILING

Defendants Barnlight Originals, Inc., Jeffrey L. Ohai, and Hi-Lite Manufacturing Company,

Inc., pursuant to Paragraph 6 of the Court's Order dated February 25, 2016 [Dkt. 283], hereby give

notice of the *in camera* filing of the unredacted copy of the Declaration of David McAdam.

Date:  March 17, 2016.          Respectfully submitted,

                          */s/ Michael J. Colitz, III*
                          Michael J. Colitz, III
                          Florida Bar No. 164348
                          Stefan V. Stein
                          Florida Bar No. 300527
                          Stephen G. Anderson
                          Florida Bar No. 0105697
                          GrayRobinson, P.A.
                          401 E. Jackson Street, Suite 2700
                          Tampa, FL 33602
                          Tel: 813/273-5000
                          Fax: 813/273-5145
                          michael.colitz@gray-robinson.com
                          stefan.stein@gray-robinson.com

stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy to all counsel of record.

/s/ *Michael J. Colitz, III*
Michael J. Colitz, III

# 9500243 v1