UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,
    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a Nevada corporation,
JEFFREY L. OHAI, an individual California resident,
    Defendants.
_____/

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a Nevada corporation,
JEFFREY L. OHAI, an individual California resident,
    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,
    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida residents,
    Third-Party Defendants.
_____/

CASE NO.:
8:14-CV-1955-T-35AEP
Honorable Mary S. Scriven
Magistrate Anthony E. Porcelli

**PLAINTIFF BARN LIGHT ELECTRIC COMPANY, LLC'S AND
THIRD PARTY DEFENDANTS BRYAN AND DONNA SCOTT'S
NOTICE OF PATENT ISSUANCE AND MOTION FOR LEAVE TO FILE
FOURTH AMENDED COMPLAINT**

Plaintiff Barn Light Electric Company, LLC and Third-Party Defendants Bryan Scott and Donna Scott (collectively, "Plaintiffs"), by and through their undersigned counsel, Feldman Gale, P.A., hereby file this Notice of Patent Issuance and pursuant to this Court's Order [Dkt. 283] and Rules 15(a)(2) and 16 of the Federal Rules of Civil Procedure, respectfully requests leave to file a Motion for Leave to File Its Fourth Amended Complaint against Barnlight Originals, Inc., Hi-Lite Manufacturing, Inc., and Jeffrey Ohai (collectively, "Defendants").

1. On August 21, 2014, counsel for Defendant Jeffrey Ohai and Hi-Lite Manufacturing, Inc. sent Plaintiffs a cease-and-desist letter which expressly accused Plaintiffs of infringing the invention claimed in U.S. Patent Number 8,556,477 (the "'477 Patent") and U.S. Patent Application Serial Number 14/054,535 (the "'535 Application"). (*See* Dkt. 107, Exhibit 9 at 1.) ("It has come to our attention that you are selling goods which may infringe upon U.S. Patent No. 8,556,477 and, upon issuing, U.S. Patent Application Serial Number 14/054,535.")

2. The '535 Application was filed on Oct. 15, 2013 and is a continuation in part of application No. 12/906,404, filed on Oct. 18, 2010, granted, now the '477 Patent.

3. On January 12, 2016, the '535 Application was issued by the United States Patent and Trademark Office ("USPTO") as Patent Number 9,234,651 (the "'651 Patent").

4. Upon learning of the issuance of the '651 Patent, Plaintiffs scheduled a meet and confer with Defendants to request that Defendant Ohai include reference to the '651 Patent in his covenant not to sue in order to fully extinguish the case or controversy which is the subject of Plaintiff's Declaratory Judgment action relating to the '477 Patent [Dkt. 107, Counts IX-XII].

5. Notwithstanding that the '651 Patent is a continuation in part of the '477 Patent and expressly made the subject of Defendant Ohai's cease-and-desist letter, and that the case or controversy cannot be fully extinguished without addition of the '651 Patent, Defendant Ohai has

refused to include reference to the '651 Patent in Defendants' covenant not to sue.

6.  Plaintiffs therefore respectfully request leave to file its Motion for Leave to file a Fourth Amended Complaint to include the '651 Patent to its action for Declaratory Judgment.

**Certification Pursuant to Local Rule 3.01(g)**

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with counsel for defendant regarding the relief requested and Defendants and Counterclaim Plaintiffs object to the requested relief.

Dated: March 21, 2016

Respectfully Submitted,

/s/ Alejandro J. Fernandez

By: Alejandro J. Fernandez
Board Certified in Intellectual Property Law
FL. Bar No. 32221
E-mail: AFernandez@FeldmanGale.com
Gregory L. Hillyer, Esq
FL. Bar No. 682489
E-mail: GHillyer@FeldmanGale.com
Joseph R. Sozzani, Esq.
FL. Bar No. 120297
E-Mail: JSozzani@FeldmanGale.com
Stephen J. Leahu, Esq.
FL Bar No. 54037
E-mail: SLeahu@FeldmanGale.com
Matthew N. Horowitz, Esq.
FL. Bar No. 98564
E-mail: MHorowitz@FeldmanGale.com
**FELDMAN GALE, P.A.**
400 N. Tampa Street, Suite 2830
Tampa, FL 33602
Telephone No. (813) 374-8890
Telefacsimile No. (305) 358-3309
*Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive filings electronically.

/s/ Alejandro J. Fernandez
Alejandro J. Fernandez

## SERVICE LIST
*Barn Light Electric Company, LLC v. Barnlight Originals, Inc., et al.*
Case No.: 8:14-CV-1955-T-35AEP
United States District Court, Middle District of Florida

Stefan Vaughn Stein
Email: stefan.stein@gray-robinson.com
Michael J. Colitz, III
Email: michael.colitz@gray-robinson.com
Stephen Gregory Anderson
Email: Stephen.anderson@gray-robinson.com
**GrayRobinson, P.A.**
401 E. Jackson Street, Suite 2700
Post Office Box 3324
Tampa, FL 33601
Telephone No. (813) 273-5000

*Attorneys for Defendants/Counterclaim Plaintiffs*