UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,
    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a Nevada corporation,
JEFFREY L. OHAI, an individual California resident,
    Defendants.
_____/

CASE NO.:
8:14-CV-1955-T-35AEP
Honorable Mary S. Scriven
Magistrate Anthony E. Porcelli

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a Nevada corporation,
JEFFREY L. OHAI, an individual California resident,
    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,
    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida residents,
    Third-Party Defendants.
_____/

**PLAINTIFF BARN LIGHT ELECTRIC COMPANY, LLC'S AND THIRD PARTY DEFENDANTS BRYAN AND DONNA SCOTT'S MOTION FOR LEAVE TO FILE RENEWED MOTION TO COMPEL**

Plaintiff Barn Light Electric Company, LLC and Third-Party Defendants Bryan Scott and Donna Scott (collectively, "Plaintiffs"), by and through their undersigned counsel, Feldman Gale, P.A., pursuant to this Court's Order [Dkt. 283] hereby respectfully requests leave to file a Renewed Motion to Compel against Hi-Lite Manufacturing, Inc. ("Hi-Lite"), Barnlight Originals, Inc. ("BLO"), and Jeffrey Ohai ("Ohai") (collectively, "Defendants").

1. On August 27, 2015, Plaintiffs filed their Expedited Third Motion to Compel Production of Documents and for Discovery Sanctions [Doc. 109] seeking to compel Defendants Hi-Lite and Ohai to provide responses to interrogatories and documents responsive to Plaintiffs' Requests for Production of Documents and further requesting *inter alia* attorneys fees be awarded pursuant to Federal Rules of Civil Procedure 26(g)(3) and 37(b)(2).

2. Thereafter, Defendants filed their Response [Dkt. 113] and Plaintiffs filed their Reply [Dkt. 124].

3. On November 24, 2015, the Magistrate Judge issued an Order denying Plaintiffs' Motion to Compel [Dkt. 109]. (Dkt. 174).

4. On December 7, 2015, Plaintiffs filed their Objections To The Magistrate Judge's Order Denying Motion To Compel [Dkt. 109] (hereinafter, the "Objections"). (Dkt. 184).

5. On February 3, 2016, this Court held a Status Conference wherein the Court sustained Plaintiff's Objections and ordered Defendants to produce to Plaintiffs: (i) all underlying financial documents (e.g., Excel spreadsheets) showing product level sales from Hi-Lite to Barn Light Electric; (ii) transactional information of referrals from BLO to Hi-Lite; (iii) financial information demonstrating Hi-Lite having fulfilled orders through BLO, whether referred to Hi-Lite or otherwise originating through use of the BARNLIGHT ORIGINALS mark. The Court specifically noted that purchase orders alone would not satisfy the Court's order. *See*

Transcript of Status Conference (February 3, 2016) at p. 109: ln. 6 – p. 112: ln. 22; p. 113: ln. 19— p.114: ln. 3;  p. 114: ln. 9—p. 124; ln. 7; *see also* (Dkt. 283 at ¶6).

6. Additionally, the Court ordered Hi-Lite to produce *in camera* the financial records of all profits made by Hi-Lite through sales to BLO (as Hi-Lite's client or customer or distributor—however designated).  (Dkt. 283 at ¶6).

7. On February 25, 2016, this Court issued its Order requiring Defendants to complete its production of documents within 21 days of the Order.  (Dkt. 283 at ¶6).

8. As of the date of this filing, Hi-Lite has yet to produce to Defendants: (i) all purchase orders for all sales and purchases from Hi-Lite to Barn Light Electric; (ii) any of the underlying financial documents relating to such sales; (iii) financial documents sufficient to show product level sales from Hi-Lite to Barn Light Electric; (iv) any transactional information of referrals from BLO to Hi-Lite; or (v) any other financial information demonstrating Hi-Lite having directly fulfilled orders received from BLO, whether referred to Hi-Lite or otherwise originating from the use of the BARNLIGHT ORIGINALS mark.  Moreover, Defendants have not produced any documents or responses to the Requests for Production or Interrogatories included in its originally filed Motion to Compel [Dkt. 109].

9. Instead, on March 17, 2016, Defendants responded by: (i) directing Plaintiff to Bates Number Ranges for Barn Light Electric purchase orders already produced in this litigation and inviting Plaintiff to inspect additional hard copy purchase orders, at Plaintiff's cost, at its facility in Chino, California; (ii) a one page, five line summary of monthly payment totals made from Barn Light Electric to Hi-Lite, and (iii) a declaration from David McAdam claiming that, "to the best of his knowledge," Hi-Lite never sold lighting fixtures to a consumer as a result of a referral from BLO. The declaration also included as an attachment a list summarizing total

payment amounts allegedly made from Barn Light Originals to Hi-Lite.

10. Plaintiffs therefore respectfully request leave to file its Renewed Motion to Compel.

### Certification Pursuant to Local Rule 3.01(g)

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Defendants regarding the relief requested and Defendants object to the requested relief.

Dated:  March 25, 2016                                   Respectfully Submitted,

/s/ *Joseph R. Sozzani*

By: Alejandro J. Fernandez, Esq.
Board Certified in Intellectual Property Law
FL. Bar No. 32221
E-mail: AFernandez@FeldmanGale.com
Gregory L. Hillyer, Esq
FL. Bar No. 682489
E-mail: GHillyer@FeldmanGale.com
Joseph R. Sozzani, Esq.
FL. Bar No. 120297
E-Mail: JSozzani@FeldmanGale.com
Stephen J. Leahu, Esq.
FL Bar No. 54037
E-mail: SLeahu@FeldmanGale.com
Matthew N. Horowitz, Esq.
FL. Bar No. 98564
E-mail: MHorowitz@FeldmanGale.com
**FELDMAN GALE, P.A.**
400 N. Tampa Street, Suite 2830
Tampa, FL 33602
Telephone No. (813) 374-8890
Telefacsimile No. (305) 358-3309
*Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive filings electronically.

/s/ *Joseph R. Sozzani*
Joseph R. Sozzani

## SERVICE LIST
*Barn Light Electric Company, LLC v. Barnlight Originals, Inc., et al.*
Case No.: 8:14-CV-1955-T-35AEP
United States District Court, Middle District of Florida

Stefan Vaughn Stein
Email: stefan.stein@gray-robinson.com
Michael J. Colitz, III
Email:  michael.colitz@gray-robinson.com
Stephen Gregory Anderson
Email:  Stephen.anderson@gray-robinson.com
**GrayRobinson, P.A.**
401 E. Jackson Street, Suite 2700
Post Office Box 3324
Tampa, FL 33601
Telephone No. (813) 273-5000

*Attorneys for Defendants/Counterclaim Plaintiffs*