UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARN LIGHT ELECTRIC COMPANY,**
**LLC, a Florida limited liability company,**

    **Plaintiff,**
**v.**　　　　　　　　　　　　　　　　　　　　**CASE NO.: 8:14-cv-1955-MSS-AEP**

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    **Defendants.**
_____/

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    **Counterclaim Plaintiffs,**
**v.**

**BARN LIGHT ELECTRIC COMPANY, LLC,**
**a Florida limited liability company,**

    **Counterclaim Defendants,**

**and**

**BRYAN AND DONNA SCOTT, individual**
**Florida residents,**

    **Third-Party Defendants.**
_____/

**ORDER**

    **THIS CAUSE** comes before the Court for consideration of the Notice of Patent

Issuance and Motion for Leave to File Fourth Amended Complaint (Dkt. 309) filed by

Plaintiff, Barn Light Electric Company, LLC and Third-Party Defendants Bryan and Donna Scott. Due to the litigious nature of this case, the Court has imposed limitations on the Parties' ability to file motions. (Dkt. 283) Specifically, the Court Ordered that:

> The Parties are **PROHIBITED** from filing any further motions in this case without leave of the Court. To the extent that any party seeks to file a motion, it must first file a motion requesting leave to do so. The Parties are required to meet and confer regarding any motion requesting leave. Additionally, any motion requesting leave shall not exceed **three (3) pages** and shall contain a brief enumerated list of the proposed contents of the motion (i.e., "1. BLE/BLO seeks leave to file a motion to compel production of discovery regarding a, b, & c").

(Dkt. 283 at ¶ 16)

The instant motion has been filed in violation of the Court's Order. However, because the motion is minimal in length and includes the requisite 3.01(g) certificate of conferral, the Court deems the motion to be filed as of the date of this Order. Accordingly, Defendants and Counter-Plaintiffs, Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey Ohai, shall file their response in opposition to the motion within **fourteen (14) days** of the date of this Order.

The Parties are further reminded of the Court's requirement to first seek leave prior to filing any motions going forward.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of March, 2016.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE