**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:14-cv-1955-T-35AEP | **DATE:** | March 31, 2016 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| BARN LIGHT ELECTRIC COMPANY, LLC<br><br>v.<br><br>BARNLIGHT ORIGINALS, INC., et al. | | **PLAINTIFF'S COUNSEL**<br>Alejandro Fernandez<br>Joseph Sozzani<br>Stephen Leahu | |
| | | **DEFENSE COUNSEL**<br>Michael Colitz, III<br>Stephen Gregory Anderson | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** 2:00 p.m. - 2:41 p.m. | **TOTAL:** 41 min. | **COURTROOM:** | 10A |

**PROCEEDINGS:    TELEPHONE CONFERENCE**

The parties presented oral argument with respect to the issues identified in the Court's Order (Doc. 303). Plaintiff shall have 45 days to produce responsive discovery, as articulated during the hearing. If Plaintiff needs more time to conduct its searches and produce its responsive discovery, Plaintiff may contact chambers to request an extension.