UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,
    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a Nevada corporation,
JEFFREY L. OHAI, an individual California resident,
    Defendants.
_____/

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a Nevada corporation,
JEFFREY L. OHAI, an individual California resident,
    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,
    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida residents,
    Third-Party Defendants.
_____/

CASE NO.:
8:14-CV-1955-T-35AEP
Honorable Mary S. Scriven
Magistrate Anthony E. Porcelli

**PLAINTIFF BARN LIGHT ELECTRIC COMPANY, LLC'S AND
THIRD PARTY DEFENDANTS BRYAN AND DONNA SCOTT'S
CORRECTED MOTION FOR LEAVE TO FILE RENEWED MOTION TO COMPEL**

Plaintiff Barn Light Electric Company, LLC and Third-Party Defendants Bryan Scott and Donna Scott (collectively, "Plaintiffs"), by and through their undersigned counsel, Feldman Gale, P.A., pursuant to this Court's Order [Dkt. 283] hereby respectfully seeks leave of the Court to file a Renewed Motion to Compel against Hi-Lite Manufacturing, Inc. ("Hi-Lite"), Barnlight Originals, Inc. ("BLO"), and Jeffrey Ohai ("Ohai") (collectively, "Defendants") and in support states as follows:

1. BLE respectfully seeks leave to file a Renewed Motion to Compel Production of Documents and for Discovery Sanctions [Dkt.109] pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) regarding Defendants' failure to comply with this Court's Order [Dkt. 283] *inter alia* sustaining Plaintiff's Objections [Dkt. 184] and ordering the production of Defendants' financial and business records.

## Certification Pursuant to Local Rule 3.01(g)

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Defendants regarding the relief requested and Defendants object to the requested relief.

Dated: April 1, 2016            Respectfully Submitted,

/s/ *Joseph R. Sozzani*

By: Alejandro J. Fernandez, Esq.
Board Certified in Intellectual Property Law
FL. Bar No. 32221
E-mail: AFernandez@FeldmanGale.com
Gregory L. Hillyer, Esq
FL. Bar No. 682489
E-mail: GHillyer@FeldmanGale.com
Joseph R. Sozzani, Esq.
FL. Bar No. 120297
E-Mail: JSozzani@FeldmanGale.com
Stephen J. Leahu, Esq.
FL Bar No. 54037
E-mail: SLeahu@FeldmanGale.com

Matthew N. Horowitz, Esq.
FL. Bar No. 98564
E-mail: MHorowitz@FeldmanGale.com
**FELDMAN GALE, P.A.**
400 N. Tampa Street, Suite 2830
Tampa, FL 33602
Telephone No. (813) 374-8890
Telefacsimile No. (305) 358-3309
*Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of April 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive filings electronically.

/s/ *Joseph R. Sozzani*
Joseph R. Sozzani

## SERVICE LIST
*Barn Light Electric Company, LLC v. Barnlight Originals, Inc., et al.*
Case No.: 8:14-CV-1955-T-35AEP
United States District Court, Middle District of Florida

Stefan Vaughn Stein
Email: stefan.stein@gray-robinson.com
Michael J. Colitz, III
Email: michael.colitz@gray-robinson.com
Stephen Gregory Anderson
Email: Stephen.anderson@gray-robinson.com
**GrayRobinson, P.A.**
401 E. Jackson Street, Suite 2700
Post Office Box 3324
Tampa, FL 33601
Telephone No. (813) 273-5000

*Attorneys for Defendants/Counterclaim Plaintiffs*