UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.

CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation[1]; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

## **DEFENDANTS' OPPOSITION TO PLAINTIFF BARN LIGHT ELECTRIC COMPANY, LLC'S AND THIRD-PARTY DEFENDANTS BRYAN AND DONNA SCOTT'S NOTICE OF PATENT ISSUANCE AND MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT [DKT. 309]**

Pursuant to Local Rule 3.01(b), Defendants Hi-Lite Manufacturing Company, Inc. ("Hi-Lite"), Barnlight Originals, Inc. ("Barnlight Originals"), and Jeffrey Ohai (collectively "Defendants") hereby submit this Opposition to Plaintiff Barn Light Electric Company, LLC's and Third-party Defendants Bryan and Donna Scott's Notice of Patent Issuance and Motion for Leave to File Fourth Amended Complaint [Dkt. 309] ("Motion"). In support of this Opposition, Defendants state as follows.

I.    **INTRODUCTION**

Plaintiff's Motion seeks leave of Court to amend its complaint for the fourth time. This motion should be denied as it comes well after the close of discovery and the filing of dispositive

---

[1] Plaintiff's Motion incorrectly identifies Hi-Lite Manufacturing Company, Inc. as a Nevada Corporation.

motions. The requested leave is also contrary to the directive of the Court that no further amendments would be permitted. *See* Transcript of Status Conference (February 3, 2016) at 95:3-4 ("THE COURT: We're not going to amend the complaint anymore."). In light of the following, Plaintiff's Motion should be denied.

## II. ARGUMENT

This Court has discretion to deny Plaintiff's Motion for leave to amend. *See E-Ventures Worldwide, LLC v. Google, Inc.*, 2015 WL 6154481, at *1 (M.D. Fla. Oct. 19, 2015). "[A] motion to amend may be denied on numerous grounds such as undue delay, undue prejudice to the defendants, and futility of the amendment." *Maynard v. Bd. of Regents of Div. of Universities of Florida Dep't of Educ. ex rel. Univ. of S. Florida*, 342 F.3d 1281, 1287 (11th Cir. 2003) (internal citation omitted). The deadline to amend the pleadings in this case passed more than a year ago. *See* [Dkt. 43]. The discovery period closed nearly six months ago. *See* [Dkt. 106]. Mr. Ohai's '651 Patent issued more than three months ago, yet Plaintiff has provided no reasonable explanation for its delay in seeking leave to amend.

Further, Defendants stand to be greatly prejudiced if Plaintiff is permitted to amend its complaint for the fourth time. The proposed amendment will bring an entirely new patent, U.S. Patent No. 9,234,651, into the litigation. The claims of the '651 Patent are different than the claims of the Patent-in-Suit. As a result, if leave to amend is granted, new issues of patent validity and claim construction will be injected into the case. Also, pursuant to Fed. R. Civ. P. 13(a), a counterclaim for patent infringement, if any, would be compulsory. *See Vivid Technologies, Inc. v. Am. Sci. & Eng'g, Inc.*, 200 F.3d 795, 801-02 (Fed. Cir. 1999) (recognizing that a claim for patent infringement is a compulsory counterclaim in a declaratory judgment action seeking an adjudication of rights relating to said patent).

Thus, permitting Plaintiff's amendment will ultimately require the Court to reopen discovery and permit additional dispositive motions, including summary judgment motions, *Daubert* motions, *Markman* motions, and motions *In Limine*, thereby greatly increasing Defendants' litigation burden and expense. In short, permitting Plaintiff's amendment will require this Court to rewind the clock on an already costly and highly contentious case.

## III. CONCLUSION

In light of the foregoing, Defendants respectfully request that this Court deny Plaintiff's Motion.

Date: April 13, 2016

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (fax)
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2016, I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III