IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

                                                  Case No. 8:14-CV-1955-T-35AEP

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation;
HI-LITE MANUFACTURING COMPANY, INC.,
a California corporation; and
JEFFREY L. OHAI, an individual
California Resident

    Defendants.
_____/

**DEFENDANTS' OPPOSED MOTION FOR LEAVE TO SERVE DISCOVERY REQUESTS RELATING TO PLAINTIFF'S AFFIRMATIVE DEFENSE OF IMPLIED LICENSE**

Pursuant to this Court's Order of February 25, 2016 [Dkt. 283, Paragraph 16] and Fed. R. Civ. P. 33 and 34, Defendants Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc. and Jeffrey L. Ohai, (collectively "Defendants"), by and through their undersigned counsel, respectfully ask this Court for leave to propound four (4) discovery requests relating to Plaintiff's newly pled Fourteenth Affirmative Defense of Implied License. In support of this Motion for Leave, Defendants state as follows:

1. On February 25, 2016, this Court granted Plaintiff's Motion for Leave to File a First Amended Answer to Defendants' Second Amended Counterclaims and Third Party Complaint to assert the affirmative defense of implied license. [Dkt. 283, Paragraph 7].

2. On March 3, 2016, believing this Court had previously granted permission to propound discovery relating to its affirmative defense of implied license, Defendants served their Fourth Set of Interrogatories and Sixth Set of Requests for Production to Plaintiff.

3. Thirty-five (35) days later, on April 7, 2016, Plaintiff responded to Defendants' discovery requests with a series of objections based upon this Court's statement during the hearing of February 23, 2016 that Defendants should first file a motion seeking leave to propound additional discovery requests. *See* Transcript of February 23, 2016 Hearing at 83:24 – 84:6. The transcript of the hearing, however, was not available for review until after Defendants had propounded their discovery requests. *See* [Dkt. 301].

4. Plaintiff has objected to responding to the discovery requests absent an Order from this Court.

5. Accordingly, Defendants respectfully ask this Court for leave to serve the following discovery requests upon Plaintiff. The subject requests are narrowly focused and seek discovery on the existence and scope of Plaintiff's newly asserted affirmative defense.

    a. **Interrogatory No. 26:** Please identify all documents You believe support Your Fourteenth Affirmative Defense of License.

    b. **Interrogatory No. 27:** Please describe all of the facts and circumstances You believe support Your Fourteenth Affirmative Defense of License.

    c. **Interrogatory No. 28:** Identify all Materials You are currently using (including but not limited to Materials appearing on any of Your websites)

that You contend are the subject of a license from Hi-Lite.

    d. **Request for Production No. 207:** Documents sufficient to show the scope of any alleged license and/or any limitations associated with any alleged license.

WHEREFORE, Defendants respectfully request leave of Court to serve the above identified discovery requests upon Plaintiff.

### Certification Pursuant to Local Rule 3.01(g)

Pursuant to Local Rule 3.01(g), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff, and counsel for Plaintiff opposes the requested relief.

Dated: April 25, 2016.

Respectfully submitted,

/s/ Michael J. Colitz, III
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy to all counsel of record.

/s/ Michael J. Colitz, III
Michael J. Colitz, III