BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

        Plaintiff,

v.

CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

        Defendants.

_____/

## NOTICE OF FILING REQUEST FOR SUPPLEMENTAL EXAMINATION OF U.S. PATENT NO. 9,234,651

Defendant Jeffrey L. Ohai hereby provides notice that a Request for Supplemental Examination pursuant to 35 U.S.C. § 257(a) has been filed relative to U.S. Patent No. 9,234,651 ("Request"). The Request seeks a supplemental examination of the '651 Patent by the U.S. Patent and Trademark Office in view of the relevant portions of Dkts. 107, 198, 215, 216, and 227 in the present litigation. A copy of the Request form is enclosed as Exhibit A.

Date: June 6, 2016

Respectfully submitted,

*/s/ Michael J. Colitz, III*_____
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700

Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy to all counsel of record.

/s/ *Michael J. Colitz, III*
Michael J. Colitz, III

# 9658074 v2