**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING
COMPANY, INC., a
California corporation; and
JEFFREY L. OHAI, an
individual California Resident,

    Defendants.
_____/   CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY,
INC., a California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

**UNOPPOSED MOTION FOR LEAVE TO FILE
<u>MOTION FOR SUBSTITUTION OF COUNSEL</u>**

Plaintiff Barn Light Electric, LLC and Third-Party Defendants Bryan and Donna Scott (collectively, "Plaintiffs") respectfully move this Court for leave to submit a Motion for Substitution of Counsel (the "Motion") so that Brinks, Gilson & Lione, P.C. ("Brinks") will become counsel of record for Plaintiffs in this action and Feldman Gale, P.A. ("Feldman Gale") will be discharged from any further responsibility to Plaintiffs in this action, and in support states as follows:

1. Lawyers formerly associated with Feldman Gale, including Alejandro Fernandez, Gregory Hillyer, Joseph Sozzani and Stephen Leahu, have joined Brinks and shall, at the election of Plaintiffs, continue to represent Plaintiffs in this action. The Motion will request that the Court: (a) substitute Brinks for Feldman Gale as counsel of record for Plaintiffs in this action; (b) discharge Feldman Gale from any further responsibility to Plaintiffs in this action; and, (c) direct the Clerk to terminate lawyers currently associated with Feldman Gale, including Matthew N. Horowitz and David M. Stahl, in this action.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to L.R. 3.01(g), the undersigned certifies that counsel for the Plaintiffs have consulted with counsel for Defendants and has been informed that Defendants do not object to this motion.

Dated: June 9, 2016                                     Respectfully submitted,

| | |
|---|---|
| */s/   Stephen J. Leahu* | */s/   Matthew N. Horowitz* |
| Alejandro J. Fernandez (FBN: 32221) | Matthew N. Horowitz, Esq. |
| afernandez@brinksgilson.com | Fla. Bar No. 98564 |
| Stephen J. Leahu (FBN 54037) | E-mail: MHorowitz@FeldmanGale.com |
| sleahu@brinksgilson.com | David Martin Stahl, Esq. |
| Joseph R. Sozzani (FBN: 120297) | Fla. Bar No. 84713 |
| jsozzani@brinksgilson.com | E-mail: DStahl@FeldmanGale.com |
| **BRINKS GILSON & LIONE, P.C.** | **FELDMAN GALE, P.A.** |
| NBC Tower | One Biscayne Tower, 30th Floor |
| 455 N. Cityfront Plaza Drive, Suite 3600 | 2 South Biscayne Boulevard |
| Chicago, IL 60611 | Miami, FL 33131-4332 |
| Telephone No. (312) 321-4200 | Telephone No. (305) 358-5001 |
| Telefacsimile No. (312) 331-2499 | Telefacsimile No. (305) 358-3309 |

Gregory L. Hillyer (FBN: 682489)
ghillyer@brinksgilson.com
**BRINKS GILSON & LIONE, P.C.**
1775 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
Telephone No. (202) 296-6911
Telefacsimile No. (202) 296-8701

*Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

*/s/ Stephen J. Leahu*
Stephen J. Leahu