# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.                                          Case No.: 8:14-cv-1955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.

_____/

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida residents,

    Third-Party Defendants.

_____/

**ORDER**

**THIS CAUSE** comes before the Court for consideration of the Motion for Leave to Serve Discovery Requests to Plaintiff's Affirmative Defense of Implied License (Dkt. 324) filed by Defendants, Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey Ohai, and the Response in opposition thereto (Dkt. 336) filed by Plaintiff, Barn Light Electric Company, LLC ("BLE") and Third-Party Defendants Bryan and Donna Scott (the "Scotts"). Upon review, the Motion is **GRANTED**. All objections raised by BLE and the Scotts are overruled. Accordingly, BLE and the Scotts are directed to respond to the discovery requests contained in Defendants' Motion within **fourteen (14) days** of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of June, 2016.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE