UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARN LIGHT ELECTRIC COMPANY,**
**LLC, a Florida limited liability company,**

    **Plaintiff,**
**v.**                                            **CASE NO.: 8:14-cv-1955-MSS-AEP**

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    **Defendants.**
_____/

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    **Counterclaim Plaintiffs,**
**v.**

**BARN LIGHT ELECTRIC COMPANY, LLC,**
**a Florida limited liability company,**

    **Counterclaim Defendants,**

**and**

**BRYAN AND DONNA SCOTT, individual**
**Florida residents,**

    **Third-Party Defendants.**
_____/

### **ORDER**

    **THIS CAUSE** comes before the Court for consideration of the Notice of Filing Request for Supplemental Examination of U.S. Patent No. 9,234,651 (Dkt. 341) filed by

Defendant, Jeffrey Ohai ("Ohai").  The docket entry associated with the Notice indicates that it was filed in connection with Defendants' Response in opposition to Plaintiff and Third-Party Defendants' Motion for Leave to File Fourth Amended Complaint.  (Dkt. 320)

Accordingly, Plaintiff, Barn Light Electric Company, LLC, and Third-Party Defendants, Bryan and Donna Scott, are hereby **DIRECTED** to file, within **seven (7) days** of the date of this Order, a brief supplement advising whether Ohai's filing of the request for supplemental examination impacts the Court's consideration of their previously-field Motion for Leave to File Fourth Amended Complaint.   The supplement shall not exceed **seven (7) pages** in length.   Thereafter, Ohai shall have **seven (7) days** to file a response to the supplement, which also shall not exceed **seven (7) pages** in length.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of June, 2016.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE