UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPLANY, INC.,
a California corporation,
JEFFREY L. OHAI, an individual California resident,

    Defendants.
_____/     CASE NO.: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY,
INC., a California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

## NOTICE OF COMPLIANCE

Plaintiff and Counterclaim Defendant, Barn Light Electric Company, LLC ("Barn Light Electric") and Third-Party Defendants, Bryan Scott and Donna Scott ("the Scotts") (collectively, "Plaintiffs"), by and through their undersigned counsel, state as follows:

1

1. Plaintiffs completed production of all non-privileged documents responsive to Defendants' document requests, subject to Plaintiff's objections.

2. Subsequent to the completion of Plaintiffs' production, Plaintiffs served a Rule 26(g) Certification on Defendants reflecting compliance with the Court's Order of March 11, 2016 [D.E. 303].

WHEREFORE, in light of Plaintiff's completed production, and certification reflecting same, this case is in condition for rescheduling on the Court's docket.

Dated: August 8, 2016                                  Respectfully submitted,


                                                       */s/ Alejandro J. Fernandez*
                                                       Alejandro J. Fernandez (FBN: 32221)
                                                       afernandez@brinksgilson.com
                                                       Stephen J. Leahu (FBN 54037)
                                                       sleahu@brinksgilson.com
                                                       Joseph R. Sozzani (FBN: 120297)
                                                       jsozzani@brinksgilson.com
                                                       **BRINKS GILSON & LIONE, P.C.**
                                                       SunTrust Financial Centre, Suite 3500
                                                       401 E. Jackson Street
                                                       Tampa, FL 33602
                                                       Telephone No. (312) 321-4200
                                                       Telefacsimile No. (312) 331-2499

                                                       Gregory L. Hillyer (FBN: 682489)
                                                       ghillyer@brinksgilson.com
                                                       **BRINKS GILSON & LIONE, P.C.**
                                                       1775 Pennsylvania Ave. NW, Suite 900
                                                       Washington, DC 20006
                                                       Telephone No. (202) 296-6911
                                                       Telefacsimile No. (202) 296-8701

                                                       *Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants*

# CERTIFICATE OF SERVICE

I HEREBY certify that on August 8, 2016, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ Alejandro J. Fernandez
Alejandro J. Fernandez

# SERVICE LIST

**Barn Light Electric Company, LLC v. Barnlight Originals, Inc., et al.**
Case No. : 8:14-cv-1955-T-35AEP
United States District Court, Middle District of Florida

Stefan Vaugh Stein
Email: Stefan.stein@gray-robinson.com
Michael J. Colitz, III
Trial Counsel
Email: Michael.colitz@gray-robinson.com
Stephen Gregory Anderson
Email: Stephen.anderson@gray-robinson.com
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, FL 33602
Telephone No. (813)273-5000
Attorneys for the Defendant/Counter-Plaintiff