UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPLANY, INC.,
a California corporation,
JEFFREY L. OHAI, an individual California resident,

    Defendants.
_____/     CASE NO.: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY,
INC., a California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

## OPPOSED MOTION FOR LEAVE TO REQUEST STATUS CONFERENCE

Plaintiff and Counterclaim Defendant, Barn Light Electric Company, LLC ("Barn Light Electric") and Third-Party Defendants, Bryan Scott and Donna Scott ("the Scotts") (collectively,

1

"Plaintiffs"), by and through their undersigned counsel, hereby seek leave to request a status conference so the Court may set new trial date at the Court's convenience.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to L.R. 3.01(g), the undersigned certifies that counsel for the Plaintiffs have consulted with counsel for Defendants and has been informed that Defendants do object to this motion.

Dated: August 22, 2016

Respectfully submitted,

/s/ Alejandro J. Fernandez
Alejandro J. Fernandez (FBN: 32221)
afernandez@brinksgilson.com
Stephen J. Leahu (FBN 54037)
sleahu@brinksgilson.com
Joseph R. Sozzani (FBN: 120297)
jsozzani@brinksgilson.com
**BRINKS GILSON & LIONE, P.C.**
SunTrust Financial Centre, Suite 3500
401 E. Jackson Street
Tampa, FL 33602
Telephone No. (312) 321-4200
Telefacsimile No. (312) 331-2499

Gregory L. Hillyer (FBN: 682489)
ghillyer@brinksgilson.com
Evi T. Katsantonis
ekatsantonis@brinksgilson.com
Admitted Pro Hac Vice
**BRINKS GILSON & LIONE, P.C.**
1775 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
Telephone No. (202) 296-6911
Telefacsimile No. (202) 296-8701

*Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on August 22, 2016, I electronically filed the foregoing document with the Clerk of the Court CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

/s/ Alejandro J. Fernandez
Alejandro J. Fernandez

**SERVICE LIST**

**Barn Light Electric Company, LLC v. Barnlight Originals, Inc., et al.**
Case No. : 8:14-cv-1955-T-35AEP
United States District Court, Middle District of Florida

Stefan Vaugh Stein
Email: Stefan.stein@gray-robinson.com
Michael J. Colitz, III
Trial Counsel
Email: Michael.colitz@gray-robinson.com
Stephen Gregory Anderson
Email: Stephen.anderson@gray-robinson.com
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
P.O. Box 3324
Tampa, FL 33602
Telephone No. (813)273-5000
Attorneys for the Defendant/Counter-Plaintiff