# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BARN LIGHT ELECTRIC COMPANY,**
**LLC, a Florida limited liability company,**

    Plaintiff,

v.                                         CASE NO.: 8:14-cv-1955-MSS-AEP

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    Defendants.
_____/

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    Counterclaim Plaintiffs,

v.

**BARN LIGHT ELECTRIC COMPANY, LLC,**
**a Florida limited liability company,**

    Counterclaim Defendants,

**and**

**BRYAN AND DONNA SCOTT, individual**
**Florida residents,**

    Third-Party Defendants.
_____/

## **ORDER**

    **THIS CAUSE** comes before the Court for consideration of the Supplemental Brief in Support of Motion for Leave to File Fourth Amended Complaint (Dkt. 346) filed by

Plaintiff, Barn Light Electric, LLC, and Third-Party Defendants, Bryan and Donna Scott, and the Response in opposition thereto (Dkt. 347) filed by Defendant, Jeffrey Ohai. Upon consideration and review, the Court is inclined to stay this entire matter pending a determination by the United States Patent and Trademark Office on the Request for Supplemental Examination of U.S. Patent No. 9,234,651. It would appear to be a reasonable use of the Parties' and the Court's resources to resolve this case altogether rather than on a piecemeal basis—such as by proceeding to a determination and/or trial on the non-patent claims while staying consideration of the patent claims during the pendency of the Supplemental Examination and any resulting *Ex Parte* Reexamination Proceeding.

Accordingly, the Parties are hereby **DIRECTED** to advise the Court, within **seven (7) days** of the date of this Order, whether they oppose such a stay of this case. The Parties' responses shall not exceed **ten (10) pages**.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of August, 2016.

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE