UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.

                                    CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

## DEFENDANTS' STATUS UPDATE RE: SUPPLEMENTAL REEXAMINATION OF U.S. PATENT 9,234,651

Defendants Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey L. Ohai, (collectively "Defendants") hereby provide the following status update regarding the Request for Supplemental Examination of U.S. Patent 9,234,651 (the "'651 Patent").

On September 7, 2016, the United States Patent and Trademark Office ("USPTO") issued a Notice of Termination ("Notice") regarding Request for Supplemental Examination 96/000,155. *See* Exhibit A. The Notice was provided to the undersigned by Mr. Ohai's patent prosecution counsel. The Notice indicates that the request improperly sought the USPTO's review of more than twelve (12) individual items of information. The twelve item limit was exceeded due to the numerous exhibits associated with the Court filings submitted to the USPTO. The USPTO suggested that multiple requests could be filed to comply with the twelve item limit. Accordingly, on September 12, 2016, Mr. Ohai filed two separate Requests for Supplemental Examination to comply with the twelve item limit. The items of information

submitted are identical to those submitted with the original Request for Supplemental Examination. The two new requests (96/000,171 and 96/000,172) are now pending before the USPTO. These requests also include a claim chart to provide a more detailed explanation of the relevance and manner of applying the cited Court documents to the claims of the '651 Patent. Defendants will provide further updates to the Court as the Supplemental Examination progresses.

Date: September 14, 2016

/s/ Michael J. Colitz, III
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (fax)
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2016, I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

/s/ Michael J. Colitz, III
Michael J. Colitz, III

# 9826553 v2