UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.

    CASE NO. 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

## JOINT MOTION FOR UPDATED CASE MANAGEMENT REPORT

Plaintiff, Barn Light Electric Company, LLC, Defendants, Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey L. Ohai and Third-Party Defendants, Bryan and Donna Scott (collectively, the "Parties"), by and through their respective counsel, jointly move for entry of an updated Case Management Report and state as follows:

1. Pursuant to the Court's Order of September 28, 2016 [Dkt. 360], the Parties were directed to meet and confer regarding proposed remaining case deadlines. In accordance with that Order, the Parties met in person on October 5, 2016.

2. Other than the disagreements noted below, the Parties have agreed on the dates set forth in <u>Exhibit A</u>.

3. The Parties disagree on the need for a Status Conference. Plaintiff proposes a Status Conference on October 28, 2016 for the purpose of addressing its pending renewed motion to compel Hi-Lite to produce its complete financial documents. Defendants note that Plaintiff's renewed Motion to Compel has been fully briefed and that a Status Conference is unnecessary.

4. Defendants request supplemental briefing on implied license consistent with the Court's Order of September 28. [Dkt. 360.]

5. The Parties disagree on the schedule of the briefing on implied license. Defendants specifically seek leave to file a brief of no more than fifteen pages to be filed two weeks after any discovery served as a result of Defendants' Motion for Leave to File Motion to Compel [Dkt. 364]. Defendants further propose that Plaintiff's opposition brief of fifteen pages would be served fourteen days thereafter.

6. Plaintiff proposes filing such briefs on an expedited basis. Specifically, Plaintiff maintains that an expedited briefing schedule is appropriate to permit the Court to expeditiously narrow this case to only those issues triable as soon as practicable in advance of Parties engaging in pretrial activities. Thus, Plaintiff proposes that the Defendants file any affirmative brief no later than October 28, 2016 and Plaintiff file any opposition no later than November 18, 2016.

**WHEREFORE**, the Parties respectfully move as follows:

1. The Parties Jointly move for entry of the Scheduling Order attached as Exhibit A;

2. Plaintiff requests leave for a Status Conference on October 28, 2016; and

3. Defendants request leave for additional briefing on the affirmative defense of implied license. Specifically, Defendants seek leave to file a brief of no more than fifteen pages to be filed two weeks after any discovery served as a result of Defendants' Motion for Leave to File Motion to Compel [Dkt. 364]. Defendants further propose that Plaintiff's opposition brief of fifteen pages would be served fourteen days thereafter.

4. Plaintiff requests leave for Defendants to file their implied license brief of no more than fifteen pages by October 28, 2016, and Plaintiff to file its opposition brief of no more than fifteen pages by November 18, 2016.

Date: October 12, 2016

| | |
|---|---|
| */s/ Michael J. Colitz, III* | */s/Alejandro J. Fernandez* |
| Michael J. Colitz, III | Alejandro J. Fernandez |
| Florida Bar No. 164348 | Florida Bar No. 32221 |
| GRAYROBINSON, P.A. | BRINKS GILSON & LIONE, P.C. |
| 401 E. Jackson Street, Suite 2700 | 401 E. Jackson Street, Suite 3500 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| (813) 273-5000 | (312) 321-4200 |
| (813) 273-5145 (fax) | (312) 331-2499 (fax) |
| michael.colitz@gray-robinson.com | afernandez@brinksgilson.com |
| stefan.stein@gray-robinson.com | sleahu@brinksgilson.com |
| stephen.anderson@gray-robinson.com | jsozzani@brinksgilson.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2016, I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

# EXHIBIT "A"

## UPDATED CASE MANAGEMENT REPORT AND SCHEDULING ORDER

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **All Other Motions** | **January 6, 2017** |
| **Meeting *In Person* to Prepare Joint Final Pretrial Statement** | **January 13, 2017** |
| **Deposition Designations** | **January 20, 2017** |
| **Counter Designations and Objections** | **February 3, 2017** |
| **Joint Final Pretrial Statement (*Including* a Single Set of Jointly-Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists with Objections on Approved Form)** | **February 10, 2017** |
| **Final Pretrial Hearing** | **February 20, 2017** |
| ***Daubert* Hearing** | **February 15, 2017** |
| **Trial Term:** <br> **Trial Term Begins:** <br><br> **Parties shall be prepared to try this case anytime during the trial term. A more specific date will follow, by separate notice.** | **April 2017** |
| **Estimated Length of Trial** | **8-10 days** |
| **Jury / Non-Jury** | **JURY TRIAL** |

# 9887693 v5