# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BARN LIGHT ELECTRIC COMPANY,**
**LLC, a Florida limited liability company,**

    **Plaintiff,**

v.                                         **CASE NO.: 8:14-cv-1955-MSS-AEP**

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    **Defendants.**
_____/

**BARNLIGHT ORIGINALS, INC., a**
**Nevada Corporation; HI-LITE**
**MANUFACTURING COMPANY, INC., a**
**California corporation; and JEFFREY L.**
**OHAI, an individual California Resident,**

    **Counterclaim Plaintiffs,**

v.

**BARN LIGHT ELECTRIC COMPANY, LLC,**
**a Florida limited liability company,**

    **Counterclaim Defendants,**

**and**

**BRYAN AND DONNA SCOTT, individual**
**Florida residents,**

    **Third-Party Defendants.**
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion for Leave to File Motion to Compel (Dkt. 364) filed by Defendants, Barnlight Originals, Inc. ("BLO"), Hi-Lite Manufacturing Company ("Hi-Lite"), and Jeffrey Ohai ("Ohai"), the Response in opposition thereto (Dkt. 367) filed by Plaintiff and Counter-Defendant, Barn Light Electric, LLC ("BLE") and Third-Party Defendants, Bryan and Donna Scott (the "Scotts"), and the Updated Case Management Report (Dkt. 365) filed by the Parties.

In the Motion for Leave to File Motion to Compel, Defendants seek leave to file a motion seeking to compel production of: 1) more meaningful responses to the implied license discovery ordered on June 27, 2016; 2) purchase orders that BLE and the Scotts contend remain unproduced pursuant to United States Magistrate Judge Anthony E. Porcelli's order entered on March 11, 2016; and 3) documents relating to several highly relevant records custodians which BLE and the Scotts contend should have been produced according to Judge Porcelli's March 11, 2016 order.

As to the first request relating to the implied license discovery, BLE and the Scotts are hereby **ORDERED** to specifically identify and/or produce (if the documents have not already been produced) the "numerous marketing materials" and "catalogs" that are either in their possession or known to them to exist and that contain Hi-Lite images allegedly covered by an implied license. Such production shall occur within **fourteen (14) days** of the date of this Order. BLE and the Scotts are not required to specifically identify every instance in which a Hi-Lite image is used on its website. Accordingly, Defendants' request to file a motion to compel production of these materials is **DENIED as moot**.

As to the remaining discovery requests related to Judge Porcelli's March 11, 2016 order, Defendants' Motion is **GRANTED**. Defendants shall have **fourteen (14) days** from the date of this Order to file their motion to compel related to these requests. Thereafter, BLE and the Scotts shall have **fourteen (14) days** to file a response. Pursuant to 28 U.S.C. § 636, the motion to compel shall be **REFERRED** to Judge Porcelli for entry of an Order or Report and Recommendation, as appropriate.

Upon review of the Updated Case Management Report (Dkt. 365) filed by the Parties, the Court sets the remaining deadlines in this case as follows:

| | |
|---|---|
| **Defendant's Supplemental Brief on Implied License Defense** *(not to exceed fifteen (15) pages)* | **JANUARY 2, 2017** |
| **Plaintiff's Response Brief on Implied License Defense** *(not to exceed fifteen (15) pages)* | **JANUARY 16, 2017** |
| *Meeting In Person* **to Prepare Joint Final Pretrial Statement** | **MARCH 17, 2017** |
| **Joint Final Pretrial Statement** (See Section III. B.) | **MARCH 27, 2017** |
| **All Other Motions Including Motions** *In Limine* | **APRIL 3, 2017** |
| **Final Pretrial Conference** | **If needed, it will be set, by separate notice, on a date that is approximately 4 weeks before trial** |
| **Trial Briefs and Deposition Transcripts with Designations Highlighted** | **APRIL 10, 2017** |
| **Trial Term:** | **MAY 2017** |
| **Begins:** | **MAY 1, 2017** |
| **Parties shall be prepared to try this case anytime during the trial term. A more specific date will follow, by separate notice.** | |
| **Estimated Length of Trial** | **8-10 days** |

| **Jury / Non-Jury** | **Jury** |

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of November, 2016.

*/s/ Mary S. Scriven*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person