UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.                                        CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.

_____/

## DEFENDANTS' UNOPPOSED MOTION
## FOR LEAVE TO FILE A MOTION FOR USE OF ELECTRONIC EQUIPMENT[1]

Defendants Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey L. Ohai, (collectively "Defendants"), respectfully move the Court for permission for counsel to use a laptop computer at the hearing on Defendants' Motion to Compel Discovery Responses or, in the alternative, Motion for Sanctions [Dkt. 372] ("Motion"). The hearing on the Motion is currently scheduled for January 19, 2017 at 10:00 AM in Courtroom 10A. [Dkt. 381.] Defendants believe it would be beneficial to present certain documents to the Court via PowerPoint presentation. The laptop would be employed for this purpose.

**WHEREFORE**, Defendants respectfully seek leave for the undersigned to bring a laptop into the Courtroom for use during the hearing on Defendants' Motion currently scheduled for January 19, 2017 in Courtroom 10A at 10:00 AM.

---

[1] Pursuant to the Court's Standing Order against filing any further motions without leave, this Motion is styled as a request for leave to file a motion.

1

## CERTIFICATE OF CONFERENCE PURSUANT TO L. R. 3.01(G)

Pursuant to Local Rule 3.01(g), I hereby certify that I have conferred with counsel for Plaintiff regarding the relief requested herein and Plaintiff does not oppose.

Dated: January 17, 2017          Respectfully submitted,

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GRAYROBINSON, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
(813) 273-5000
(813) 273-5145 (fax)
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2017 I filed the foregoing with the Court's CM/ECF system which will send a Notice of Electronic Filing to all counsel of Record.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

# 10057555 v1