UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC
COMPANY, LLC,

        Plaintiff,

v.                                          Case No. 8:14-cv-1955-T-35AEP

BARNLIGHT ORIGINALS, INC.,
*et al.*,

        Defendants.
_____/

## ORDER

This cause comes before Court upon Defendants' Unopposed Motion for Leave to File a Motion for Use of Electronic Equipment (Doc. 384). After consideration, it is hereby

ORDERED:

1. Defendants' Unopposed Motion for Leave to File a Motion for Use of Electronic Equipment (Doc. 384) is GRANTED.[1]

2. Attorney Michael J. Colitz may bring a laptop computer into the Sam M. Gibbons United States Courthouse for use during the hearing on Defendants' Motion to Compel or for Sanctions scheduled for January 19, 2017, at 10:00 a.m.

3. Attorney Michael J. Colitz shall present a copy of this Order to security personnel upon entering the courthouse with such laptop computer. The laptop computer is subject to inspection at any time by courthouse security personnel.

---

[1] Defendants need not file a separate motion seeking the use of electronic equipment following entry of this Order.

DONE AND ORDERED in Tampa, Florida, on this 18th day of January, 2017.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:     Counsel of Record
        Court Security Officers – Lobby