UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.                                                                          CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

## NOTICE OF FILING SUPPLEMENTARY COPYRIGHT REGISTRATIONS

Defendant Hi-Lite Manufacturing Company, Inc. hereby provides notice that the following Supplementary Copyright Registrations have been filed with the U.S. Copyright Office. As noted in Section C of Form CA, the Supplementary Registrations identify dates of prior publication for certain photographs and also identify Dimitri Newman as an author of certain photographs.

- Form CA for Supplementary Copyright Registration VA 1-931-193 (attached hereto as Exhibit A);

- Form CA for Supplementary Copyright Registration VA 1-931-001 (attached hereto as Exhibit B); and

- Form CA for Supplementary Copyright Registration VA 1-931-982 (attached hereto as Exhibit C).

Date: March 10, 2017                    Respectfully submitted,

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy to all counsel of record.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

# 10210432 v1