# EXHIBIT B

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778.

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**
Title of Work ▼
Hi-Lite Mfg. Co. Commercial and Residential Lighting Catalog 208

Registration Number of the Basic Registration ▼
VA 1-931-001

Year of Basic Registration ▼
2014

Name(s) of Author(s) ▼
Hi-Lite Manufacturing Company, Inc.

Name(s) of Copyright Claimant(s) ▼
Hi-Lite Manufacturing Company, Inc.

**B**
Location and Nature of Incorrect Information in Basic Registration ▼
Line Number  n/a          Line Heading or Description  n/a

Incorrect Information as It Appears in Basic Registration ▼
n/a

Corrected Information ▼
n/a

Explanation of Correction ▼

**C**
Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number  6a          Line Heading or Description  Preexisting Material

Amplified Information and Explanation of Information ▼

Some of the photographs in the work were previously published. The approximate dates of prior publication are January 1, 1994, March 1, 1994, September 1, 1996, February 1, 2002, January 1, 2003, and August 1, 2004. Dimitri Newman authored some of the photographs in the work.  Mr. Newman is domiciled in the United States and conveyed his rights in the work to the copyright claimant via assignment.  All of the photographs in the work are owned by the copyright claimant.

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of _____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES  ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☑ Part C

Line Number 6b:  Material Added to This Work

All material not otherwise identified in line 6a as previously published, including photographs, 2-D artwork, technical drawings, and text.

Correspondence: Give name and address to which correspondence about this application should be sent.

Michael J. Colitz, III
401 East Jackson Street, Suite 2700
Tampa, Florida 33602

Phone ( 813 273-5298          Fax ( 813 273 5145          Email michael.colitz@gray-robinson.com

Deposit Account: If the registration fee is to be charged to a deposit account established in the Copyright Office, give name and number of account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of   Hi-Lite Manufacturing Company, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Michael J. Colitz, III          Date ▼ 3/7/17

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:
Name ▼ Michael J. Colitz, III
Number/Street/Apt ▼ 401 East Jackson Street, Suite 2700
City/State/ZIP ▼ Tampa, FL 33602

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office-FIACD
101 Independence Avenue SE
Washington, DC 20559

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA–Full  Rev: 10/2011  Printed on recycled paper          U.S. Government Printing Office: 2011-xxx-xxx/xx,xxx