**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| CASE NO.: | 8:14-cv-1955 MSS AEP | DATE: | 3/9/2017 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **BARNLIGHT ELECTRIC COMPANY, LLC**<br>          **Plaintiff,**<br>v.<br>**BARNLIGHT ORIGINALS, INC. et al**<br>          **Defendants** | | **PLAINTIFF'S COUNSEL**<br>Gregory Hillyer, Stephen Leahu, Joseph Sozzani | |
| | | **DEFENDANTS' COUNSEL**<br>Stefan Stein, Michael Colitz, Stephen Anderson | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Jounice L. Nealy-Brown |
| **TIME:** 10:33-12:11   **TOTAL:**  98  mins | | **COURTROOM:** | 10A |

**PROCEEDINGS:** TELEPHONE CONFERENCE CALL

\* Court heard oral arguments on Defendants' Motion to Continue March 24, 2017 Evidentiary Hearing (Doc. 401).

\* The evidentiary hearing scheduled for March 24, 2017 will be canceled due to the court permitting the depositions of Lauren Mitchell and Mark Leathlean. The hearing will be rescheduled by separate notice.

\* The depositions shall be no longer than two hours of each and shall be limited in scope.

\* The expert may not testify without notice and expert report.

\* The court will hold a hearing on March 24, 2017 at 10:30 a.m. to discuss allegations of misrepresentation.