UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC
COMPANY, LLC,

    Plaintiff,

v.                                              Case No. 8:14-cv-1955-T-35AEP

BARNLIGHT ORIGINALS, INC.,
*et al.*,

    Defendants.
                                         /

## **ORDER**

This cause came before the Court for an evidentiary hearing regarding the allegations by Plaintiff as to purported misrepresentations made by Defendants during a prior hearing, as articulated in its Supplemental Response in Opposition to Motion to Compel (Doc. 412). During the instant hearing, the Court also heard argument from the parties regarding Plaintiff's contention that Defendants failed to maintain confidential designations during their presentation at the January 19, 2017 hearing (*see* Docs. 388 & 398); Plaintiff's Motion for Leave to File Motion to Redact the Transcript of the January 19, 2017 Hearing (Doc. 405); Defendants' Motion for Leave to File a Motion to Give Defendants' Forensic Expert Immediate Access to Highly Confidential information Pursuant to the Agreed Protective Order (Doc. 410); Plaintiff's Opposed Motion for Leave to File Under Seal Documents in Support of its Supplemental Response in Opposition to Defendants' Motion to Compel (Doc. 413). After consideration, and for the reasons stated at the hearing, it is hereby

ORDERED:

1. With respect to the allegations of misrepresentation by Defendants, as set forth in Plaintiff's Supplemental Response in Opposition to Motion to Compel (Doc. 412), the Court finds that Defendants made no intentional misrepresentations.

2. With respect to the purported failure to maintain confidential designations, the Court finds that Plaintiff suffered no harm or prejudice as a result of the presentation and thus sanctions will not issue at this time. Both parties are on notice, however, that each should provide notice and an opportunity to object to the use or production of a document covered by the protective order entered in this case. Failure to do so may lead to the imposition of sanctions in the future.

3. Defendants' Motion for Leave to File a Motion to Give Defendants' Forensic Expert Immediate Access to Highly Confidential information Pursuant to the Agreed Protective Order (Doc. 410) is GRANTED to the extent that Defendants' expert may review documents designated as "Attorney's Eyes Only" for purposes of consultation, not for the presentation of expert testimony, unless otherwise ordered by the Court.

4. Plaintiff's Opposed Motion for Leave to File Under Seal Documents in Support of its Supplemental Response in Opposition to Defendants' Motion to Compel (Doc. 413) is GRANTED.

5. The Court defers ruling on Plaintiff's Motion for Leave to File Motion to Redact the Transcript of the January 19, 2017 Hearing (Doc. 405) to allow consideration of Defendants' recently filed response (Doc. 422).

6. Defendants' Motion to Compel, or in the Alternative, Motion for Sanctions Due to Spoliation (Doc. 372) is DENIED as to the request for further discovery. The Court defers ruling on Defendants' request for sanctions pending the April 12, 2017 evidentiary hearing.

DONE AND ORDERED in Tampa, Florida, on this 27th day of March, 2017.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record