# EXHIBIT C

**PLAINTIFF'S WITNESS LIST**

# PLAINTIFF'S TRIAL WITNESS LIST

| WITNESS | OBJECTION |
|---|---|
| 1. Bryan Scott (Likely)<br>President, Owner<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL 32780<br>c/o Counsel for Barn Light Electric | None. |
| 2. Donna Scott (Likely)<br>Owner<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL 32780<br>c/o Counsel for Barn Light Electric | None. |
| 3. Katie Schilling (Likely)<br>Marketing Manager<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL 32780<br>c/o Counsel for Barn Light Electric | None. |
| 4. Jeffrey Ohai (Likely)<br>VP, Hi-Lite Manufacturing<br>President, Barnlight Originals<br>13450 Monte Vista Ave<br>Chino, CA 91710 | None. |
| 5. Debra Deardourff Faulk (Likely)<br>Gray Robinson<br>401 East Jackson Street<br>Suite 2700<br>Tampa, Florida 33602 | R, P, H |
| 6. Jon Cabrera (Likely)<br>Sales Manager<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL 32780<br>c/o Counsel for Barn Light Electric | None. |

| | |
|---|---|
| 7. Janette Stephan (May be called)<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL. 32780<br>c/o Counsel for Barn Light Electric | None. |
| 8. Paige Perigo (May be called)<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL. 32780<br>c/o Counsel for Barn Light Electric | R, UT |
| 9. Anna Arnold (May be called)<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL. 32780<br>c/o Counsel for Barn Light Electric | R, UT |
| 10. Josh Nolan (Likely)<br>Bold Array<br>3420 Bristol St., 6th Floor<br>Costa Mesa, CA 92626 | None. |
| 11. Carlos Leon (Likely)<br>Lighting Reps, LLC<br>5455 SW 8th Street, Suite 210<br>Coral Gables, FL 33134 | None. |
| 12. George Gonzalez (Likely)<br>Front Line SEO<br>2996 East Black Horse Dr.<br>Ontario, CA | None. |
| 13. Michael Koller (Likely)<br>Barn Light Electric Company, LLC<br>3405 S. Washington Ave.<br>Titusville, FL 32780 | None. |
| 14. Rebuttal and/or impeachment witnesses | Objection on the basis that no witnesses are identified by name. |
| 15. Michael Karaban<br>1900 Sunset Harbour Dr., #1008<br>Miami Beach, FL 33139<br>c/o Counsel for Barn Light Electric | Defendants renew the objection to Mr. Karaban's anticipated testimony on the basis that it constitutes an improper legal opinion and is unreliable under Daubert. [Dkt. 130.] |

| | |
|---|---|
| 16. John Plumpe<br>Principal - Intellectual Property<br>Charles River Associates<br>One South Wacker Dr., Suite 3400<br>Chicago, IL 60606<br>c/o Counsel for Barn Light Electric | None. |
| 17. Jeffrey Stec, PhD<br>Vice President<br>Charles River Associates<br>One South Wacker Dr., Suite 3400<br>Chicago, IL 60606<br>c/o Counsel for Barn Light Electric | Defendants renew the objection to Mr. Stec's anticipated testimony on the basis that its probative value is outweighed by potential for unfair prejudice and is unreliable under Daubert. [Dkt. 161.] |

Objection Codes:

- A     Authenticity
- I     Contains inadmissible matter
- R     Relevancy
- F     Foundation
- H     Hearsay
- HH     Hearsay within Hearsay
- BE     Best Evidence Rule
- UP     Unduly Prejudicial – Probative value outweighed by undue prejudice
- P     Privileged
- C     Cumulative
- M     Missing
- UT     Untimely Witness not identified in discovery