# EXHIBIT D

**DEFENDANTS' WITNESS LIST**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC.,
a Nevada corporation; and
HI-LITE MANUFACTURING COMPANY, INC.,
a California corporation; and
JEFFREY L. OHAI, an individual California Resident

    Defendants.
_____/     Case No. 8:14-CV-1955-T-35AEP

BARNLIGHT ORIGINALS, INC., a
Nevada corporation; and HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Counterclaim Defendant,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.
_____/

**DEFENDANTS' AND COUNTERCLAIM PLAINTIFFS' WITNESS LIST**

Pursuant to the Court's Scheduling Order of November 28, 2016 [Dkt. 370], the witnesses identified below are being provided to opposing counsel on March 17, 2017.

| WITNESS | ADDRESS | LIKELIHOOD OF BEING CALLED AT TRIAL |
|---|---|---|
| 1. Anema, Drew | Unknown | Unlikely |
| 2. Berry, Collin | Unknown | Unlikely |
| 3. Best, Shawn | c/o Brinks Gilson & Lione | Likely |
| 4. Bragg, Johnny | c/o Brinks Gilson & Lione | Likely |
| 5. Butala, Michael | c/o Ropers, Majeski, Kohn & Bentley, PC | Unlikely |
| 6. Cabrera, Jon | c/o Brinks Gilson & Lione | Likely |
| 7. Dodson, Scott | Unknown | Unlikely |
| 8. Ficker, Holly | Unknown | Unlikely |
| 9. Fredericks, Katie | Unknown | Likely |
| 10. George, Ashley | Unknown | Unlikely |
| 11. Gonzales, George | c/o Law offices of John D. Lueck | Unlikely |
| 12. Johnson, Wesley | c/o GrayRobinson, P.A. | Likely |
| 13. Karaban, Michael | c/o Brinks Gilson & Lione | Unlikely |
| 14. Koller, Michael | c/o Brinks Gilson & Lione | Likely |
| 15. LaCorte, John | c/o Brinks Gilson & Lione | Likely |
| 16. Leach, Jan | 22 West Comstock Avenue, Suite 201 Winter Park, Florida 32789 | Unlikely |
| 17. Leary, Betty-Lynne | Unknown | Unlikely |

| | | |
|---|---|---|
| 18. Leathlean, Mark | c/o Brinks Gilson & Lione | Likely |
| 19. Leon, Carlos | 300 South Biscayne Boulevard, #2508 Miami, Florida 33131 | Unlikely |
| 20. McAdam, David | c/o GrayRobinson, P.A. | Likely |
| 21. McCain, Tracy | Unknown | Unlikely |
| 22. Mitchell, Lauren | c/o Brinks Gilson & Lione | Likely |
| 23. Newman, Dimitri | c/o GrayRobinson, P.A. | Unlikely |
| 24. Nolan, Josh | c/o McCliman Law Firm | Unlikely |
| 25. Ohai, Dorothy | c/o GrayRobinson, P.A. | Likely |
| 26. Ohai, Jeffrey | c/o GrayRobinson, P.A. | Likely |
| 27. Plumpe, John | c/o Brinks Gilson & Lione | Unlikely |
| 28. Reis, Stephanie | Unknown | Likely |
| 29. Sanders, William | 6640 Andre Lane Solon, Ohio 44139 | Likely |
| 30. Schilling, Katie | c/o Brinks Gilson & Lione | Likely |
| 31. Schilling, Kurt | Unknown | Unlikely |
| 32. Schilling Tyler | c/o Brinks Gilson & Lione | Likely |
| 33. Schultz, Michael | 335 13th Avenue Northeast St. Petersburg, Florida 33701 | Likely |
| 34. Scott, Ashley | c/o Brinks Gilson & Lione | Likely |
| 35. Scott, Bryan | c/o Brinks Gilson & Lione | Likely |
| 36. Scott, Donna | c/o Brinks Gilson & Lione | Likely |
| 37. Seggev, Eli | c/o GrayRobinson, P.A. | Likely |

| | | |
|---|---|---|
| 38. Solms, Trey | 2112 West Gimble Street<br>Pensacola, Florida 32502 | Likely |
| 39. Stephenson, Stan | c/o GrayRobinson, P.A. | Likely |
| 40. Stewart, Christopher | Unknown | Unlikely |
| 41. Stringer, Jesse-Lee | Unknown | Unlikely |
| 42. Thomas, Hilinai | 12260 East End Avenue<br>Chino, California 91710 | Likely |
| 43. Toth, Michael | Unknown | Likely |
| 44. Turner, Jim | Unknown | Unlikely |
| 45. Walker, Al | Unknown | Unlikely |
| 46. Wardlow, Gayle | Unknown | Unlikely |
| 47. Williams, Anna | Unknown | Likely |
| 48. All of Plaintiff's witnesses | | Likely |
| 49. Any rebuttal witnesses | | Likely |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017 a true and correct copy of the foregoing was served by hand upon Alejandro Fernandez, counsel for Plaintiff, Counterclaim Defendant, and Third-Party Defendants.

*/s/ Michael J. Colitz. III*
Michael J. Colitz, III
Trial Counsel
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GrayRobinson, P.A.

401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants and Counterclaim Plaintiffs*