UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.                                                                   CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

## NOTICE OF FILING

Defendants Barnlight Originals, Inc., Hi-Lite Manufacturing Company, Inc., and Jeffrey L Ohai ("Defendants") hereby provide notice that the following was electronically filed with the Clerk of the Court:

- Declaration of Donna Messina (attached hereto as Exhibit A).

Date: April 11, 2017

Respectfully submitted,

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein
Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com

stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy to all counsel of record.

*/s/ Michael J. Colitz, III*
Michael J. Colitz, III

# 10254922 v1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.                                                CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.

_____/

## DECLARATION OF DONNA MESSINA

1. My name is Donna Messina. I am an attorney, over the age of 21, and am competent to testify as to the matters stated herein.

2. I am a Senior Project Manager for KroLDiscovery, the e-discovery company engaged by GrayRobinson, P.A. at the outset of this litigation to assist with the collection, management, and analysis of documents produced by the parties in this case.

3. I was asked by Defendants' counsel to conduct a search for emails sent between Barn Light Electric Company, LLC ("Barn Light Electric") and Hi-Lite Manufacturing Company, Inc. ("Hi-Lite") during specified date ranges. I performed this search by searching for the domains of the respective companies.

4. As a result of this search, I determined that Barn Light Electric produced approximately 12,146 emails it either sent to or received from Hi-Lite spanning the date range of November 11, 2011 through December 14, 2012.

5. Similarly, I determined that Hi-Lite produced approximately 12,556 emails it either sent to or received from Barn Light Electric spanning the date range of November 11, 2011 through December 14, 2012.

6. I was also asked by Defendants' counsel to conduct an analysis of emails sent between Barn Light Electric and Bay Area Innovations ("BAI"). I performed this search by searching for the domains of the respective companies.

7. As a result of this search, I determined that BAI produced at least approximately 2,455 emails it sent to or received from Barn Light Electric. These emails span the date range of November 11, 2011 and May 3, 2013.

8. I also determined that Barn Light Electric produced a total of approximately 9 emails that it sent to or received from BAI.

9. Some of the BAI emails produced by Barn Light Electric were not produced by BAI.

10. Of the documents produced by BAI, at least the following Barn Light Electric employees are identified as having corresponded with BAI. The number in parentheses indicates the number of documents produced by BAI in which the identified individual is either a sender or a recipient of an email.

    a. Bryan Scott (207)

    b. Donna Scott (825)

    c. Ashley Scott (40)

    d. Christopher Stewart (267)

    e. Katie Schilling (89)

    f. Holly Ficker (55)

    g. Tracey McCain (185)

    h. Jim Turner (14)

    i. Jesse-Lee Stringer (9)

    j. Lauren Mitchell (64)

    k. Tyler Schilling (100)

    l. Johnny Bragg (75)

    m. Scott Dodson (382)

    n. Mark Leathlean (205)

11. Of the documents produced by Barn Light Electric in this case, Mark Leathlean was a sender or recipient of approximately 641 emails.

12. Of the documents produced by Barn Light Electric in this case, Lauren Mitchell was a sender or recipient of approximately 110 emails.

13. I declare under penalty of perjury that the foregoing declaration is, to the best of my knowledge, true and correct.

DONNA MESSINA

Date: 4/11/2017