UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,

    Plaintiff,

v.                                                      CASE NO: 8:14-cv-01955-MSS-AEP

BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,

    Defendants.
_____/

## DEFENDANTS' EXHIBIT LIST FOR APRIL 12, 2017 EVIDENTIARY HEARING [DKT. 409]

Pursuant to the Court's Order of March 13, 2017 [Dkt. 409], Defendants provide the following exhibit list to Plaintiff:

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1. | | | Donna Scott | Declaration of Donna Scott (03/07/16) [Dkt. 396-3] |
| 2. | | | Donna Scott; Bryan Scott | BLO's Second Amended Counterclaims, Third-Party Complaint, and Demand for Jury Trial (04/02/15) [Dkt. 60] |
| 3. | | | Donna Scott | Email from David McAdam to Donna Scott; Cease and Desist (09/07/12) BLO0003790 |
| 4. | | | Donna Scott; Bryan Scott | BLE's Objections and Responses to BLO's First Request for Admissions (06/10/15) |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 5. | | | Donna Scott; Bryan Scott | Email from Jesse-Lee Stringer; Subject: Supplier Product Codes (08/19/2011) BLE 0042666-BLE0042667 |
| 6. | | | Donna Scott; Bryan Scott | BLE Privilege Log |
| 7. | | | Donna Scott | Email from Katie Schilling to Donna Scott; Subject: Compilation of Data (03/04/14) BLE 0001406 |
| 8. | | | Donna Scott | Email from eBlaster to Donna Scott re activity report (03/24/14) BLE 0103821-BLE0103847 |
| 9. | | | Donna Scott | Email from Jeffrey Ohai to Donna Scott; Subject: Discounting on Rush Manufacturing (08/30/10) BLO0023074- BLO0023075 |
| 10. | | | Donna Scott; Bryan Scott | BLE Orig. Chart BLE 0126233 |
| 11. | | | Donna Scott; Bryan Scott | Barn Light Electric 2013 Press Kit |
| 12. | | | Donna Scott; Bryan Scott | BLE's Responses and Objections to BLO's Second Set of Interrogatories (Nos. 15-25) (10/26/15) |
| 13. | | | Donna Scott; Shawn Best | Email from Donna Scott to Shawn Best; Subject: Did you guys want to come down and meet today? (08/21/12) BAI_0001760 |
| 14. | | | Donna Scott; Shawn Best | Email from Donna Scott to Shawn Best; Subject: New gooseneck arm marketing (08/24/12) BAI_0001039 |
| 15. | | | Donna Scott; Bryan Scott | BLE's Responses and Objections to BLO's Second Set of Interrogatories (Nos. 11-14) (08/07/15) |
| 16. | | | Donna Scott; Bryan Scott | BLE Purchase Order (10/20/10) PO 0003207 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 17. | | | Donna Scott; Bryan Scott | BLE Purchase Order (05/08/12) BLE 0125525 |
| 18. | | | Donna Scott; Bryan Scott | Email from Bryan Scott to Trey Solms and Jon Cabrera; Subject: Substituted Hi-Lite Products (01/25/12) BLE 0085448 |
| 19. | | | Donna Scott | Email from Donna Scott to Jim Turner; Subject: Ballast (08/02/10) BLE 0003282-BLE 0003284 |
| 20. | | | Donna Scott; Bryan Scott | BLO's Third Request for Production (35-97) to BLE (07/02/15) |
| 21. | | | Donna Scott; Bryan Scott | BLO's Fourth Request for Production (98-198) to BLE (07/29/15) |
| 22. | | | Bryan Scott; Shawn Best | Email from Shawn Best to John LaCorte and Bryan Scott; Subject: Engineering Services (11/18/11) BAI_0011407-BAI_0011410 |
| 23. | | | Shawn Best; Michael Schultz | Email from Mike Schultz to Shawn Best; Subject: 100 (07/24/12) BAI_0000003 (with attachment) |
| 24. | | | Shawn Best; Michael Schultz | Email from Shawn Best to Mike Toth; Subject: Marketing Drawings (08/01/12) BAI_0000549- BAI_0000550 |
| 25. | | | Donna Scott; Bryan Scott; Shawn Best | Email from Shawn Best to Bryan Scott; Subject: Contract Engineering (08/03/12) BAI_0001752- BAI_0001753 |
| 26. | | | Michael Schultz | Email from Mike Schultz to Tracy Mccain; Subject: Top 24 Products Report (12/19/11) BLE 0100362-BLE 00100372 |
| 27. | | | Trey Solms; Bryan Scott | Signature and Handwriting Samples of Walter L. Solms 10/13/15 Deposition of Bryan Scott; Ex. 34 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 28. | | | Trey Solms; Bryan Scott | Document Examination – Handwriting Analysis – Letter of Opinion (09/24/12)<br>10/13/15 Deposition of Bryan Scott; Ex. 33 |
| 29. | | | Trey Solms; Bryan Scott | Walter L. Solms' Motion to Tax Costs of Litigation and Award Prevailing Party Attorney's Fees (10/15/12)<br>10/13/15 Deposition of Bryan Scott; Ex. 32 |
| 30. | | | Trey Solms; Bryan Scott | Barn Light Electric Company Agreement (02/18/11)<br>10/13/15 Deposition of Bryan Scott; Ex. 31 |
| 31. | | | Donna Scott; Bryan Scott | Email from Donna Scott to Bryan Scott; Subject: Vendor Relationship (02/21/11)<br>BLE 0042704 |
| 32. | | | Donna Scott; Bryan Scott | Email from Bryan Scott to David Neal; Subject: HL-C Arm (02/08/11)<br>BLE 0088735 |
| 33. | | | Bryan Scott | Email from Jesse-Lee Stringer to Bryan Scott; Subject: Tony arrives this Thursday (07/31/10)<br>BLE 0006816-BLE 0006817 |
| 34. | | | Bryan Scott | Email from Jesse-Lee Stringer to Bryan Scott; Subject: Consideration (07/31/10)<br>BLE 0006819-BLE 0006820 |
| 35. | | | Bryan Scott | Email from Jesse-Lee Stringer to Bryan Scott; Subject: Questions (10/27/10)<br>BLE 0110224 |
| 36. | | | Bryan Scott | Email from Betty Lynne to Jesse-Lee Stringer; Subject: BarnLightOriginals.com (01/07/14)<br>BLE 0000816-BLE 0000820 |
| 37. | | | Bryan Scott | Barn Light Electric website "Barn Light Australia" |
| 38. | | | Bryan Scott | Email from Jesse-Lee Stringer to Bryan Scott; Subject: Skype (04/05/14)<br>BLE 0043001 |

| Exhibit No. | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 39. | | | Bryan Scott | Australian Securities & Investments Commission "Current & Historical Company Extract" |
| 40. | | | Bryan Scott | Email from Jesse-Lee Stringer to Bryan Scott; Subject: Skype (04/02/14) BLE 0042911-BLE 0042913 |
| 41. | | | Michael Koller | Declaration of Michael Koller (03/07/16) [Dkt. 296-1] |
| 42. | | | Michael Koller | Declaration of Andrew Knabel (12/22/16) [Dkt. 375-1] |
| 43. | | | Michael Koller | Declaration of Michael Koller (12/23/16) [Dkt. 375-2] |
| 44. | | | Donna Scott; Bryan Scott | Email from Katie Fredericks; Subject: TOP 5 First Quarter 2012 (02/17/12) BAI_0015876-BAI_0015877 (with attachment) |
| 45. | | | Mark Leathlean | Email from Scott Dodson to Mark Leathlean; Subject: New Shade and New Mold Number Needed Please (08/26/15) |
| 46. | | | Michael Koller | Email from Rosemarie Bliss to Michael Koller; Subject: Employees / Machine & R & D (12/26/13) BLE 0126232-BLE 0126234 |
| 47. | | | Michael Koller | Live copy of Defendants' Relativity Database |
| 48. | | | | Any exhibits from Plaintiff's exhibit list |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy to all counsel of record.

/s/ *Michael J. Colitz, III*
Michael J. Colitz, III
Florida Bar No. 164348
Stefan V. Stein

Florida Bar No. 300527
Stephen G. Anderson
Florida Bar No. 0105697
GrayRobinson, P.A.
401 E. Jackson Street, Suite 2700
Tampa, FL 33602
Tel: 813/273-5000
Fax: 813/273-5145
michael.colitz@gray-robinson.com
stefan.stein@gray-robinson.com
stephen.anderson@gray-robinson.com
*Attorneys for Defendants*

# 10250767 v5