# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION
# CLERK'S MINUTES

| CASE NO.: | 8:14-cv-1955 MSS AEP | DATE: | 4/12/17 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **BARNLIGHT ELECTRIC COMPANY, LLC** <br> **Plaintiff,** <br> v. <br> **BARNLIGHT ORIGINALS, INC.** <br> **Defendant** | | **PLAINTIFF'S COUNSEL** <br> Alejandro Fernandez, Gregory Hillyer, Joseph Sozzani, Stephen Leahu, Evi Katsantonis <br><br> **DEFENSE COUNSEL** <br> Stefan V. Stein, Michael Colitz, Stephen Anderson, Cole Carlson | |
| **COURT REPORTER:** DIGITAL/Sharon Miller | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 10:19 to 5:58   **TOTAL:**  min | | **COURTROOM:** | 10A |

**PROCEEDINGS:**     HEARING ON - EVIDENTIARY HEARING – Regarding the pending motions for sanctions.
Rule invoked - Sequestration of witnesses
Application of defense to hold this hearing as closed door.   Parties have stipulated that hearing will not be sealed.
Third parties be sequestered through the entire hearing.

Donna Scott sworn for defense (10:26 am) Direct by defense begins.
Cross by plaintiff at 11:12 am
Re-Direct by defendant at 11:56 am.

Lunch 12:15    Resume 1:20

Shawn Best sworn for defendant (1:24 pm) Direct by defense begins.
Cross by plaintiff at 1:46 pm
Re-direct by defendant at 2:22 pm

Michael Schultz sworn for defendant (2:27 pm) Direct by defense begins.
Cross by plaintiff at 2:35 pm
Re-direct by defendant at 2:43 pm

Bryan Scott sworn for defendant (2:45 pm) Direct by defense begins.
Cross by plaintiff at 3:44 pm
Re-direct by defendant at 4:31 pm

Videotaped depositions to be submitted.

Michael Koller sworn for defendant (4:43 pm) Direct by defense begins.

Hearing continued to Thursday at 2:20 pm

Court adjourn at 5:58 pm