UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
# CLERK'S MINUTES

| CASE NO.: | 8:14-cv-1955 MSS AEP | DATE: | 4/19/17 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **BARNLIGHT ELECTRIC COMPANY, LLC** <br> Plaintiff, <br> v. <br> **BARNLIGHT ORIGINALS, INC.** <br> Defendant | | **PLAINTIFF'S COUNSEL** <br> Alejandro Fernandez, Gregory Hillyer, Joseph Sozzani, Stephen Leahu <br><br> **DEFENSE COUNSEL** <br> Michael Colitz <br><br> Jeff Powell | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 11:59 TO 12:56  **TOTAL:** 57 min | | **COURTROOM:** | 10A |

PROCEEDINGS:   TELEPHONE HEARING ON -

Based on the dispute of a Rule 45 subpoena served upon Mr. Powell.

Grant motion to quash subpoena. As stated on the record. Order to be entered.

Order to be entered regarding additional discovery.

Evidentiary hearing continued to 4/26 at 10:00 am