**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO. 8:14-cv-1955-T-35AEP | DATE: April 26, 2017 |
|---|---|
| TITLE: Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et al ||
| TIME: 2:04-2:42 PM | TOTAL: 38 Minutes |
| Courtroom Deputy: Anaida Vizza | Court Reporter: David Collier |
| Counsel for Plaintiff(s): Alejandro Fernandez, Gregory Hillyer, Joseph Sozzani, and Stephen Leahu ||
| Counsel for Defendant(s): Michael Colitz, Stephen Anderson, Cole Carlson and Stefan Stein ||

## *CLERK'S MINUTES: PROCEEDINGS OF STATUS CONFERENCE*

This cause is before for the Court for the matter of setting a trial date. The Court sets this matter for **Trial to commence on August 7, 2017 at 9:00 AM**. Eight (8) days have been reserved. The Court will recess on Fridays. The Parties have no objection to this trial term.

A **Final Pretrial Conference (FPTC) is set for July 31, 2017 at 9:30 AM**. The Parties are to advise the Court if they believe that a FPTC is not warranted.

A **Daubert Hearing will be held on July 13, 2017 at 9:30 AM**. The Defendants will confirm that their expert is available. The Plaintiff has no objection.

The Court rules on certain pending motions as stated on the record and a written order will be filed shortly. The Court will allow certain deposition designations to be filed under seal, as stated on the record. The Defendants shall file a reply, within **seven (7) days from today's date**, to the Plaintiff's Response in opposition to the Defendants' Motion to Supplement Trial Exhibit List. (Dkts. 430 & 461)

The period in which to file an objection to the Magistrate Judge's Report and Recommendation is **seven (7) days** and not the usual fourteen (14) days. The Defendants remain hopeful that this matter will settle; the Plaintiff does not believe that this matter will be resolved short of trial. The Court's trial preferences are discussed. Court is adjourned.