UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BARN LIGHT ELECTRIC COMPANY,
LLC, a Florida limited liability company,**

    **Plaintiff,**

**v.**                                                         **CASE NO.: 8:14-cv-1955-MSS-AEP**

**BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,**

    **Defendants.**
_____/

**BARNLIGHT ORIGINALS, INC., a
Nevada Corporation; HI-LITE
MANUFACTURING COMPANY, INC., a
California corporation; and JEFFREY L.
OHAI, an individual California Resident,**

    **Counterclaim Plaintiffs,**

**v.**

**BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,**

    **Counterclaim Defendants,**

**and**

**BRYAN AND DONNA SCOTT, individual
Florida residents,**

    **Third-Party Defendants.**
_____/

**ORDER**

**THIS CAUSE** comes before the Court for consideration of the Motion for Leave to File Motion to Compel Compliance with Court Order (Dkt. 530) filed by Defendant and Counterclaim Plaintiff, Hi-Lite Manufacturing Company, Inc. ("Hi-Lite"). Hi-Lite's Motion is **GRANTED**. Because the motion for leave already includes the substance of Hi-Lite's arguments requesting an order compelling Plaintiff and Counterclaim Defendant, Barn Light Electric Company, LLC ("BLE") to produce supplemental financial disclosures, the motion for leave is **deemed filed** as the underlying motion to compel compliance with court order.

Hi-Lite argues that BLE has failed to supplement its previous financial disclosures in accordance with the Court's oral Order at the *Daubert* hearing held in this case on July 13, 2017. At that hearing, the Court initially stated that BLE would not have to supplement its financial disclosures if it could attest that no sales were made from the end of its previous disclosures to date. (Dkt. 522 at P. 174) After hearing further argument from counsel for Defendants regarding how long a certain link on BLE's website remained active and the scope of the previous financial disclosures, the Court directed BLE to supplement its financial disclosures through the date of the deposition of BLE's expert witness, Mr. Plumpe. (Id. at P. 182) The Court also directed BLE to "provide an affidavit from someone who could tell me precisely the date the link was disabled and supplement through that date as well and then you all can fight about what sales go to where . . . ." (Id.)

BLE has submitted an affidavit from its Director of Information Technology, Michael S. Koller. (Dkt. 526) Mr. Koller attests that the links on the National Media Placement April 2011 Space Coast Living page were removed on or before August 27, 2016.

Accordingly, BLE is hereby **ORDERED** to supplement its previous financial disclosures up to and including August 27, 2016. The supplemental financial disclosures shall be produced on or before **July 31, 2017**.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of July, 2017.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person