**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BARN LIGHT ELECTRIC COMPANY,**
**LLC**, a Florida limited liability company,

    Plaintiff,

v.                                                                           **CASE NO.: 8:14-cv-1955-MSS-AEP**

**BARNLIGHT ORIGINALS, INC.**, a
Nevada Corporation; **HI-LITE**
**MANUFACTURING COMPANY, INC.**, a
California corporation; and **JEFFREY L.**
**OHAI**, an individual California Resident,

    Defendants.
_____/

**BARNLIGHT ORIGINALS, INC.**, a
Nevada Corporation; **HI-LITE**
**MANUFACTURING COMPANY, INC.**, a
California corporation; and **JEFFREY L.**
**OHAI**, an individual California Resident,

    Counterclaim Plaintiffs,

v.

**BARN LIGHT ELECTRIC COMPANY, LLC**,
a Florida limited liability company,

    Counterclaim Defendants,

**and**

**BRYAN AND DONNA SCOTT**, individual
Florida residents,

    Third-Party Defendants.
_____/

## ORDER

This cause comes before the Court on the *ore tenus* inquiry of counsel for Plaintiff, Barn Light Electric Company, LLC. Counsel inquired as to whether trial exhibits should be brought to the final pretrial conference scheduled to occur on Monday, July 31, 2017. The Court has reviewed the Parties' Exhibit lists and notes that there are numerous objections both to trial and demonstrative exhibits.

Accordingly, the Parties are hereby **ORDERED** to bring the trial and demonstrative exhibits to which there are objections to the final pretrial conference so the Court may endeavor to resolve as many objections as practicable.

**DONE** and **ORDERED** in Tampa, Florida, this 28th day of July, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person