# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CASE NO. 8:14-cv-01955-MSS-AEP

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Plaintiff,

v.

BARNLIGHT ORIGINALS, INC., a
a Nevada corporation; HI-
LITE MANUFACTURING
COMPANY, INC., a
California corporation; and
JEFFREY L. OHAI, an
individual California
Resident,

    Defendants.

_____/

BARNLIGHT ORIGINALS, INC., a
a Nevada corporation; and HI-LITE
MANUFACTURING COMPANY,
INC., a California corporation,

    Counterclaim Plaintiffs,

v.

BARN LIGHT ELECTRIC COMPANY, LLC,
a Florida limited liability company,

    Counterclaim Defendants,

and

BRYAN AND DONNA SCOTT, individual
Florida Residents,

    Third-Party Defendants.

_____/

# JOINT STATEMENT OF THE CASE

Pursuant to the Court's Order [Dkt. 543], Plaintiff and Counterclaim Defendant, Barn Light Electric Company, LLC ("Barn Light Electric"), Third Party Defendants Bryan Scott and Donna Scott ("The Scotts") (collectively, "Plaintiffs"), Defendants and Counterclaim Plaintiffs Hi-Lite Manufacturing Company, Inc., ("Hi-Lite"), Barnlight Originals, LLC ("Barnlight Originals") and Jeffrey L. Ohai ("Ohai") (collectively, "Defendants"), by and though their respective undersigned counsel, respectfully submit the following joint, short and concise statement of the case to be read to the jury at trial:

Barn Light Electric sued Defendants for infringement of federally registered trademarks, false designation of origin, common law trademark infringement and unfair competition, and cybersquatting, and Barn Light Electric further sued Barnlight Originals for cancellation of Barnlight Originals' trademark registrations.

Defendants filed counterclaims against Plaintiffs for infringement of federally registered trademarks and common law trademark infringement.

You will be deciding both issues – Plaintiff's claims against Defendants and Defendants' counterclaims against Plaintiffs. At the end of the presentation of evidence, I will instruct you on the law and then you will retire to deliberate on the issues of whether Defendants are liable for Barn Light Electric's claims and whether Plaintiffs are liable for Defendants' counterclaims. You may decide that one party is liable for the other's claims, that both are liable to the other's claims or that neither is liable for the other's claims. If you conclude that one or both are liable, you will then deliberate on the issue of damages.

Dated: August 2, 2017

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Leahu | /s/ Stefan V. Stein |
| Alejandro J. Fernandez | Michael J. Colitz, III |
| Florida Bar No.: 32221 | Trial Counsel |
| afernandez@brinksgilson.com | Florida Bar No. 164348 |
| Joseph R. Sozzani | michael.colitz@gray-robinson.com |
| Florida Bar No.: 120297 | Stefan V. Stein |
| jsozzani@brinksgilson.com | Florida Bar No. 300527 |
| Stephen J. Leahu | stefan.stein@gray-robinson.com |
| Florida Bar No.: 54037 | Stephen G. Anderson |
| sleahu@brinksgilson.com | Florida Bar No. 0105697 |
| BRINKS GILSON & LIONE | stephen.anderson@gray-robinson.com |
| 401 E. Jackson Street, Suite 3500 | GRAYROBINSON, P.A. |
| Tampa, FL 33602 | 401 E. Jackson Street, Suite 2700 |
| Tel: (312) 321-4200 | Tampa, FL 33602 |
| Fax: (312) 331-2499 | Tel: (813) 273-5000 |
| | Fax: (813) 273-5145 |

*Attorneys for Defendant and Counterclaim Plaintiffs*

Gregory L. Hillyer
Florida Bar No.: 682489
ghillyer@brinksgilson.com
Evi T. Katsantonis
ekatsantonis@brinksgilson.com
Admitted Pro Hac Vice
BRINKS GILSON & LIONE
1775 Pennsylvania Ave. NW, Suite 900
Washington, DC 20006
Tel: (202) 296-6911
Fax: (202) 296-8701

*Counsel for Plaintiff, Counterclaim-Defendants and Third Party Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a copy to all counsel of record.

/s/ Stephen J. Leahu