**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| | |
|---|---|
| CASE NO.  8:14-cv-1955-T-35AEP | DATE:  August 8, 2017 |
| TITLE:  Barn Light Electric Company, LLC v. Barnlight Originals, Inc. et al | |
| TIME:  08:59 – 11:53 AM/1:24 – 05:10 PM   TOTAL: 6 hours and 40 minutes | |

| Courtroom Deputy: Anaida Vizza | Court Reporter:  David Collier |
|---|---|
| Counsel for Plaintiff(s):  Gregory Loyde Hillyer, Alejandro J. Fernandez, Joseph Sozzani, Stephen Leahu and Evi Katsantonis<br>Also at counsel table: Brian Scott, Donna Scott (Plaintiffs) Joe Boxer (computer tech) | |
| Counsel for Defendant(s):  Michael Colitz, Stefan Vaughn Stein, Stephen Anderson, Cole Carlson<br>Also at Counsel Table: Jeffrey Ohai, Michael Medina and Jacqueline Hirschfeld | |

### *CLERK'S MINUTES: JURY TRIAL DAY 2*

Court called to order.  The Court addresses preliminary matters with the Parties.

**Plaintiff's Case-in-Chief**:
09:10 AM – Continued Cross of **Brian Scott** by Mr. Colitz
10:14 AM – Redirect by Mr. Hillyer
10:32 AM – Brief Recess
10:49 AM – Court in Session/Jury Recalled
10:51 AM – Direct examination of **Donna Scott** by Mr. Hillyer
11:41 AM – Cross by Mr. Anderson
11:53 AM – Lunch Recess
01:24 PM – Court in Session/Jury Recalled
01:25 PM – Continued Cross
02:05 PM – Re-direct
02:08 PM – Direct Examination of **Katie Schilling** by Mr. Fernandez
03:12 PM – Brief Recess
03:33 PM – Court in Session/Jury Recalled
03:35 PM – Continued Direct
03:43 PM – Cross by Mr. Anderson
04:28 PM – Redirect
04:45 PM – Testimony of **Josh Nolan** by way of video deposition
04:58 PM – Jury excused for the evening and directed to return tomorrow at 11:30 AM.
The Court discusses order of witnesses to be called tomorrow and objections to certain exhibits. Court is adjourned.